Thomas Woodson P-76095 C-8-113

H.D.S.P
P.O. Box 3030
Susanville CA 96127

September 16, 2007

TO: U.S.D.C. for the Northern Dist.

This note is to inform the court that these documents were sent to institutional mail room for mailing purposes on September 4th the date intended. However, the mail room held on to the documents for 10 days and returned the envelope containing the documents to me on September 14th stating that Plaintiff needs to repackage the documents because the envelope had a tear on it. It should be noted that there was no tear in the envelope, in fact it was double enveloped per new policy requirment. This institution in conjunction with Salinas Valley State Prison is purposely and willfully committing obstruction of justice against inmates who persue litigation against their various and often constitutional violations. I am attempting to re-mail these documents in hope that the federal offense of mail tampering by H.D.S.P. does not reoccur.

Respectfully /s/ Thomas Woodson

Thomas Woodson P-76895
C-8-113, H.D.S.P
P.O. Box 3030
Susanville, CA 96127