Thomas Woodson P-76092
C-8-113, H.D.S.P
P.O. Box 3030
Susanville, CA. 96127

STATE PRISON

RECEIVED
SEP 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Courthouse
Clerks Office
450 Golden Gate Ave
16th floor
San Francisco, CA. 94102



PRIORITY MAIL
UNITED STATES POSTAL SERVICE®
www.usps.com
Label 107R, February 2006