EXHIBIT

"C"

# MEDICAL REPORT OF INJURY
## OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | | DATE |
|---|---|---|---|---|---|
| SVSP | | (USE OF FORCE)  INJURY  UNUSUAL OCCURRENCE  ON THE JOB INJURY  PRE AD/SEG ADMISSION | | | 3-23-06 |

| THIS SECTION FOR INMATE ONLY | NAME  LAST  Woodson | FIRST | CDC NUMBER  P76095 | HOUSING LOC.  C 3-105 | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME  LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME  LAST  FIRST  MIDDLE | | | DOB | OCCUPATION |
| | HOME ADDRESS   CITY   STATE   ZIP | | | | HOME PHONE |

| PLACE OF OCCURRENCE  C-3 | DATE/TIME OF OCCURRENCE  3-23-06  1325 | NAME OF WITNESS(ES)  custody |
|---|---|---|

| TIME NOTIFIED  1335 | TIME SEEN  1335 | ESCORTED BY  Custody | MODE OF ARRIVAL (circle)  (AMBULATORY)  LITTER  WHEELCHAIR  ON SITE | AGE | RACE  B | SEX  M |
|---|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE
1335 Uncooperative with questions
1342 Demanding to see MD- refused to allow physical inspection
1352 Again refuses to allow physical exam
1358 Cooperated

| INJURIES FOUND?  YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE?  YES / NO | |
| DECONTAMINATED?  YES / NO | |
| Self-decontamination instructions given?  YES / NO | |
| Refused decontamination?  YES / NO | |
| Q 15 min. checks | |
| Staff issued exposure packet?  YES / NO | |

| RN NOTIFIED/TIME  1335  Nina Moore RN | PHYSICIAN NOTIFIED/TIME  1402- Dr Sed |

TIME/DISPOSITION
Dr Sed saw at 1403- No apparent shoulder dislocation to custody 1407

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN)  Nina Moore  Nina Moore RN | BADGE #  2863657  26 | RDOs  SS |

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDC 7219 (Rev. 11/02)   DISTRIBUTION: ORIGINAL - UHR   CANARY - CUSTODY   PINK - HEALTH AND SAFETY/RTW COORDINATOR



STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:    **FEB 0 8 2007**

In re:    Woodson, P-76095
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127

IAB Case No.: 0606071          Local Log No.: SVSP 06-02170

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner J. G. Arceo, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that on March 23, 2006, staff ransacked his cell during a search and illegally confiscated his lumbar support. He requests that his support be returned or replaced.

**II    SECOND LEVEL'S DECISION:** The reviewer found that pursuant to the California Code of Regulations, Title 15, Section (CCR) 3193, the Department does not accept responsibility for lost, stolen or damaged property unless it is a direct result of employee action. Correctional Officer Rodriguez stated that he did search the appellant's cell on the day in question but does not recall seeing or confiscating a lumbar support. The appellant has failed to provide any proof that the stated property existed prior to or after the search.

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

   **A.    FINDINGS:** The appeals examiner finds that it is conjecture on the part of the appellant that his cell was ransacked or that staff intentionally failed to account for the property in question. The appellant has failed to state the reason that staff would irresponsibly remove the appellant's property and then not account for it being confiscated. Regardless of the appellant's opinion there is a lack of evidence that staff are liable for his loss. Relief at the Director's Level of Review is not warranted.

   **B.    BASIS FOR THE DECISION:**
California Penal Code Section: 2079, 2601
CCR: 3001, 3270, 3287, 3300

   **C.    ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, HDSP
Appeals Coordinator, HDSP
Appeals Coordinator, SVSP

State of California                                          California Department of Corrections and Rehabilitation

# APPEAL - FIRST LEVEL REVIEW
## SALINAS VALLEY STATE PRISON

**DATE:**    08/17/06

**NAME:**    Woodson          **CDC #**   P76095

**APPEAL #:**    FIRST LEVEL APPEAL LOG #SVSP-C-06-02170

**APPEAL DECISION:** DENIED

**SUMMARY OF APPEAL:**  Appellant states that on 03/23/06 his cell, in Building C3, was "ramsacked" and his "lower lumbar" supporter was taken. The appellant is requesting on appeal that his lumbar supporter is returned or replaced.

**SUMMARY OF INVESTIGATION:**

Officer J. Rodriguez was interviewed by Sergeant M. Atchley, on 08/17/06, in regards to this appeal and stated that on 03/23/06, he performed a search for missing metal on Inmate Woodson's cell, in building C3. Officer Rodriguez stated that he did not take any property from Inmate Woodson and that he did not recall ever seeing a "lumbar supporter" in the cell.

**APPEAL RESPONSE:** Based on the above information, this appeal is DENIED. The appellant has failed to provide any proof, what so ever, that the stated property existed prior to, during or after the search.

If you are dissatisfied with this decision, you may appeal to the Second Level by following the instructions on your appeal form.


M. Atchley
Correctional Sergeant
Salinas Valley State Prison

G. Ponder
Correctional Captain
Salinas Valley State Prison

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    September 26, 2006

To:      Woodson, P76095
         Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-C-06-02170

**ISSUE**:

Appellant claims that a lumbar supporter was removed from his cell, during a cell search.

The appellant is requesting that his lumbar support be returned or replaced.

**INTERVIEWED BY**: M. Nilsson, Correctional Sergeant

**REGULATIONS**:  The rules pertaining to this issue:

CCR Title 15 §3191 Nonexpendable property
CCR Title 15 §3193 Liability
CCR Title 15 §3192 Possession and Exchange
SVSP OP #10, §10.4.1 Inmate Property

**SUMMARY OF INVESTIGATION**:

The First Level of Review (FLR) was completed on August 17, 2006. J. Celeya, Correctional Lieutenant was assigned to investigate this appeal at the Second Level of Review.  All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).

The appellant alleges a lumbar support was confiscated by staff during a cell search. The inventorying officer was interviewed and stated no lumbar support was observed in the appellant's cell nor was a lumbar support confiscated from the appellant.

The appellant has not provided any evidence to support his allegation that staff confiscated the lumbar support.

Per CCR Title 15 §3193, the Department does not accept responsibility for lost, stolen or damaged property unless it is a direct result of employee action.

Based on the above factors, your appeal is **DENIED** at the Second Level of Review.

**DECISION**:  This appeal is DENIED.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

A. HEDGPETH
Chief Deputy Warden
Salinas Valley State Prison

## INMATE / PAROLEE APPEAL SCREENING FORM

INMATE: **Woodson**   CDC #: **P 76095**   CDC HOUSING: **C3-105**   CDCR-695

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR

RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

[ ] Requested Action Already Taken

[ ] Duplicate Appeal; Same Issue

[ ] Appealing Action Not Yet Taken

[✗] Incomplete Appeal – Documents Not Attached

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] Appeal Process Abuse – Inappropriate Statements

[ ] No Significant Adverse Effect Demonstrated

[ ] Action / Decision Not Taken By CDCR

[ ] Action Sought Is Under Sentencing Court Jurisdiction

[ ] Submit Issue to Assigned Parole Office

[ ] Appeal Matter to VCGCB

[ ] DRB Decisions Are Not Appealable

[ ] Request for Interview; Not an Appeal

[ ] More than one issue –one issue per appeal

[ ] Requested Appeal Withdrawn

[ ] Appeal Previously Received and Processed

[ ] Incomplete 602 – Complete Next Appropriate Section

[ ] Incomplete 602 – Sign and Date Appropriate Section

[ ] Limit of One Continuation Page May Be Attached

[ ] Incomplete Disciplinary Appeal – Missing Documents*

[ ] Incomplete Property Appeal – Missing Documents*

[ ] Failed to Provide Necessary Copies of Chrono(s)*

[ ] Appeal Process Abuse – Pointless Verbiage

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Appeal Issue & Reasonable Accommodation Not 1824

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Emergency Not Warranted–CCR 3084.7

[ ] Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health

Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

### PLEASE ATTACH AS NOTED BELOW:

| | |
|---|---|
| [ ] CDC 115/Hearing Officer's Results | [ ] CDC 128C Medical Chrono |
| [ ] CDC 115 with IE/DA information | [ ] CDC 1819 Denied Publications |
| [ ] Supplemental Reports to CDC 115 | [ ] CDC 128 A |
| [ ] CDC 1030 Confidential Disclosure | [ ] CDC 128 B |
| [ ] CDC 114D Lockup Order | [ ] CDC 143 Property Transfer Receipt |
| [ ] CDC 128G ICC/UCC | [✗] Cell Search Slip |
| [ ] CDC 128G CSR Endorsement Chrono | [ ] Receipts |
| [ ] CDC 839/840 Class/Reclass Score Sheet | [ ] Qtr. Pkg. Inventory Slip |
| [ ] CDC 7219 Medical Report | [ ] Trust Account Statement |
| [ ] Other: SEE COMMENTS BELOW | [ ] Property Inventory Receipt |

Comments:  You may write on back of this form to clarify or respond to the above.

*I have no cell search slip. There was no cell search slip left for Appellant. They don't leave cell search slips behind illegal searches of inmate cells. They don't have a slip for harassment and theft.*

Variz, Correctional Counselor-II

Appeals Coordinator

Salinas Valley State Prison

Date: **4-4-04**

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

State of California · INMATE/PAROLEE APPEAL SCREENING FORM · Department of Corrections and Rehabilitation
Case 4:07-cv-04928-CW Document 21 Filed 09/21/2007 Page 9 of 51
CDCR-695

INMATE: __Woodson__ CDC #: __P76095__ CDC HOUSING: __C3-105__

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

<u>YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):</u>

[ ] Duplicate Appeal; Same Issue
[ ] Do Not Combine Staff Complaints with Other Issues
[ ] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] No Significant Adverse Effect Demonstrated
[ ] Pointless Verbiage/Appeal is vague
[X] Incomplete 602
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Request for Interview; Not an Appeal
[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached
[ ] Inappropriate Statements
[ ] Action / Decision Not Taken By CDCR
[ ] DRB Decisions Are Not Appealable
[ ] Appealing Action Not Yet Taken
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Not A Request Form; Use CDCR-7362 – to access Medical
   Services, submit your request on a CDCR-Form 7362.
   If necessary, sign up for sick call.
[ ] Write your appeal in black or blue ink, this is a legal
   document and pencil/inks other than black or blue do
   not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND <u>RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS</u>
   Comments:   You may write on back of this form to clarify or respond to the above.

if you do not have a cell search receipt,
I at least need to know who conducted the
cell search, otherwise there is no way to have the
appeal responded to.
   you state, on screening form, 'harassment & theft'
if you are alleging staff misconduct I need:
who, what, where, when, how; witnesses, be specific.

Staff complaints must be separate from other issues

The corrections officer who ravaged the cell originaly was J-Rodriguez
and Camarena. Auditory witnesses to the harassment were flores H. 62771
and Roldan H05477 C-3-104. I am the only eye witness to the theft of my Lumbar
Support   6/6/06

Eloy Medina, CC-II                                        Date:   5/3/06
Appeals Coordinator

This screening action may not be appealed.  If you allege the above reason is inaccurate, then attach an explanation
on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.*  Please
return this form to the Appeals Coordinator with the necessary information attached.

PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

(2nd)

# MEDICAL APPEAL

STATE OF CALIFORNIA                                                           DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region ___ CVSP C ___ 1. Log No. O6-02170 ___ Category #(11)
2. ___ CA11-____63

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.
*Cell Search - Confiscated back support*

| NAME Woodson   Thomas | NUMBER P76095 | ASSIGNMENT | D8-225 | UNIT/ROOM NUMBER C-3-105 |
|---|---|---|---|---|

**A. Describe Problem:** On March 23, 2006 a search was conducted of C-facility building three. Appellant cell was ransacked. Upon returning to the cell Appellant noticed his Lower Lumbar supporter had been taken. Appellant has a chrono for the supporter and has paid 20.00 for it.

REC'D MAY - 3 2006                                    DELIVERED MAY 0 2 2006

If you need more space, attach one additional sheet.

**B. Action Requested:** Appellant would like his lumbar supporter returned or replaced. Thank you.

REC'D APR  3 2006       REC'D JUN - 7 2006

Inmate/Parolee Signature: _____    DELIVERED JUN 0 6 2006   Date Submitted: 4/2/06
RECD JUN 2 8 2006

**C. INFORMAL LEVEL** (Date Received: _____)   17/10.

Staff Response: DENIED A lumbar supporter was not removed from cell

RECEIVED NOV 20 2006 INMATE APPEALS BRANCH

Staff Signature: _____    Date Returned to Inmate: RET'D JUL 0 6 2006

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

All I can say is what I have said. My lumbar support was missing after a cell harassment search on 3-23-06. I need my supporter I paid twenty dollars for it and I want it or to be compensated for my loss.

Signature: _____                          Date Submitted: 7/13/06

Note: Property/Funds appeals must be accompanied by a completed   CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim.

7/17/06  staff complaint issues, Addressed on response to ___ separate appeal.  REC'D JUL 14 2006  [  ]

First Level

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 7/17/06    Due Date: 8/25/06

Interviewed by: _____ See Attached

Staff Signature: _____    Title: Sgt    Date Completed: 08/17/06
Division Head Approved: _____    RETURNED AUG 2 8 2006
Signature: _____    Title: CIT    Date to Inmate: AUG 2 8 2006

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Appellant re-allege and re-incorporate section A. B. and D of the Appeal. Appellant willing to exchange life that the Allegations are true. The Summary of investigation on memorandum does not Appear to Contain any information gathered from Appellant's witnesses that were provided on Screen out form Dated 5/5/06 Vo flores H62771 and Baldon H65477 C-3-106. Appellants medical records can be checked to see if he was issued a lower lumbar Supporter in feb/march 06

Signature: Thomas Woods    Date Submitted: 8/08/06

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other

RECD AUG 2 9 2006    RECEIVED SEP 2 5 2006

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 8/30/06    Due Date: 9/27/06
☒ See Attached Letter

DELIVERED OCT 1 0 2006

Signature: _____    Date Completed: _____
Warden/Superintendent Signature: _____ CJR cmn    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

The evidence of the existence of the Lumbar supporter is attached. This 602 Appeal was delivered to Appellant on November 10 with an October 10, 2006 delivery stamp. further reprisal to thwart Appellant's efforts to seek justice in this matter. (See, Greenbott v. Munro (1958) 161 Cal. App. 2d 596, 606.

Signature: Thomas Woods    Date Submitted: 11/16/06

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____
☒ See Attached Letter    FEB 0 8 2007
CDC 602 (12/87)    Date: _____

STATE OF CALIFORNIA                                                                  DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS**: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

**None**

| | | | |
|---|---|---|---|
| Barrier Free/Wheelchair Access | P/T _____ | Bottom Bunk | P/T _____ |
| Ground Floor Cell | P/T _____ | Single Cell (See 128-C date: _____ ) | P/T _____ |
| Continuous Powered Generator | P/T _____ | Permanent OHU / CTC (circle one) | P/T _____ |
| | | Other _____ | P/T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

**None**

| | | | |
|---|---|---|---|
| Limb Prosthesis | P/T _____ | Wheelchair: (type) _____ | P/T _____ |
| Brace | P/T _____ | Contact Lens(es) & Supplies | P/T _____ |
| Crutches | P/T _____ | Hearing Aid | P/T _____ |
| Cane: (type) _____ | P/T _____ | Special Garment: ELASTIC LUMBER | |
| Walker | P/T _____ | (specify) SUPPORT | P/T |
| Dressing/Catheter/Colostomy Supplies | P/T _____ | Rx. Glasses: _____ | P/T _____ |
| Shoe: (specify) _____ | P/T _____ | Cotton Bedding | P/T _____ |
| Dialysis Peritoneal | P/T _____ | Extra Mattress | P/T _____ |
| | | Other _____ | P/T _____ |

### C. OTHER

**None**

| | | | |
|---|---|---|---|
| Attendant to assist with meal access and other movement inside the institution. | P/T _____ | Therapeutic Diet: (specify) _____ | P/T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Communication Assistance | P/T _____ |
| | | Transport Vehicle with Lift | P/T _____ |
| Wheelchair Accessible Table | P/T _____ | Short Beard | P/T _____ |
| | | Other _____ | P/T _____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?    ☐ Yes    ☒ No

If yes, specify: _____

| | | |
|---|---|---|
| **INSTITUTION** SVSP | **COMPLETED BY (PRINT NAME)** BOWMAN | **TITLE** |
| **SIGNATURE** _Robert Bowman_ | **DATE** 2/16/06 | **CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH** |
| **HCM/CMO SIGNATURE** _____ | **DATE** 2/18/10 | WOODSON, THOMAS |
| **(CIRCLE ONE)** APPROVED / DENIED | | P36095 |
| | | 3/31/71    CB-105 |

**COMPREHENSIVE ACCOMMODATION CHRONO**

CDC 7410 (03/04)

Distribution:
Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

EXHIBIT
"E"

State of California

**INMATE/PAROLEE APPEAL SCREENING FORM**

Department of Corrections and Rehabilitation

CDCR-695

INMATE: _Woodson_  CDC #: _P 76095_  CDC HOUSING: _D2-127_

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR

RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

<u>YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):</u>

[ ] Duplicate Appeal; Same Issue

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[ ] Incomplete 602

[ ] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[X] Request for Interview; Not an Appeal

[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Inappropriate Statements

[ ] Action / Decision Not Taken By CDCR

[ ] DRB Decisions Are Not Appealable

[ ] Appealing Action Not Yet Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Not A Request Form; Use CDCR-7362 – to access Medical

    Services, submit your request on a CDCR-Form 7362.

    If necessary, sign up for sick call.

[ ] Write your appeal in black or blue ink, this is a legal

    document and pencil/inks other than black or blue do

    not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND <u>RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS</u>**

  Comments:  You may write on back of this form to clarify or respond to the above.

_Note – Appellant reserves the right to Appeal any departmental decision, action, condition or policy which demonstrates having an adverse affect upon Appellants welfare per. Tis admin. Code 3084.1 (a). Appellant exercising his first Amendment and administrative right to file an appeal is "protected conduct" and should not be Attacked, stricken, or Obstructed in any way, for any reason._

_Respectfully by Thomas Woodson – P76095_

**Eloy Medina, CC-II**
**Appeals Coordinator**

Date: _8/7/06_

_8/30/06_

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

**PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE***

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 8/27/06 | TO | [FROM] (LAST NAME) | CDC NUMBER P 76095 |
|---|---|---|---|
| HOUSING D-2 | BED NUMBER 127 | WORK ASSIGNMENT | JOB NUMBER | FROM TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS   FROM   TO

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Appellant's records show that you are procedurally default with
regard to Staff complaint 602 Sent to your office on 8/6/06. you
have not gotten back to Appellant with an assignment notice indicating a
due date or indication that you have received the Appeal at all.

DO NOT write below this line. If you are asked to respond, write on back.

| INTERVIEWED BY | | |
|---|---|---|
| DISPOSITION | | |

My tracking system does not indicate receipt of
a staff complaint 0r 8/6/06.

DATE 9/7/06

STATE OF CALIFORNIA
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 10/22/06 | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓ |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| D-8 | 225 | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I have sent a handwritten copy of staff complaint against the Greenwall gang member gaurds Meyers, Powell, Miller, and Franco working in D-2 to replace the one you lost from 8/6/06. I have not gotten anything in response to it? Also on the 602 on C/o Rincon for retaliating against Appellant I sat on 8/30/06

INTERVIEWED BY

DISPOSITION    your last staff complaint was 9/4/06.

Eloy Medina

DATE 10/24/06

REC'D OCT 2 3 2006

---

STATE OF CALIFORNIA
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 9/26/06 | ▓▓▓ Coordinator | ▓▓▓▓ | P-76095 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| D-8 | 225 | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Sgt. Lutes visited Appellant on 9/5/06 and 9/6/06 regarding a 602 hearing for a 602 Appeal Appellant wrote concerning Appellants non-disciplinary Ad-Seg placement remarkably turned into Adverse transfer and retention in Ad-Seg. Appellant has received NO 602 response back from that.?

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DISPOSITION    What was the log # ?

Eloy Medina

DATE 9/29/06

REC'D SEP 2 7 2006

INMATE: __Woodson__    CDC #: __P-76095__    CDC HOUSING: __D2-127__

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR

RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

<u>YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):</u>

[ ] Duplicate Appeal; Same Issue

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[ ] Incomplete 602

[ ] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[X] Request for Interview; Not an Appeal

[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Inappropriate Statements

[ ] Action / Decision Not Taken By CDCR

[ ] DRB Decisions Are Not Appealable

[ ] Appealing Action Not Yet Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Not A Request Form; Use CDCR-7362 – to access Medical

Services, submit your request on a CDCR-Form 7362.

If necessary, sign up for sick call.

[ ] Write your appeal in black or blue ink, this is a legal

document and pencil/inks other than black or blue do

not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND <u>RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS</u>

Comments: You may write on back of this form to clarify or respond to the above.

All appeals received by the Appeals Office
Are processed; either by being assigned
for response. or by screening. If screened,
you need to comply w/ screening instructions
or document your argument to the screening.
This appeal is cancelled. In the future, if you
would like the status of an appeal, submit
a Request for interview. I respond to all
Request for Interviews I receive.

Eloy Medina, CC-II         Date: __9/13/06__

Appeals Coordinator

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

**PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE***

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | 10 |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.                                    Processing of Appeals

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Woodson. T | P-76095 | | D-2-187 |

**A. Describe Problem:** Appellant hereby inquires as to why Appeal Coordinator Eloy Medina or T. Variz has not responded to the Emergency 602 Submitted to there office on 7/23/06 with Blue Copy of 114 D lock up order of 7/13/06 attached along with a white Committee notification from 7/20/06.

If you need more space, attach one additional sheet.

DELIVERED SEP 0 8 2006

RET'D AUG 2 1 2006

RECEIVED AUG 3 0 2006

REC'D SEP 1 3 2006

**B. Action Requested:** for the issue to be Addressed and returned to Appellant as soon as possible per. California Code of Regulations Title 15 § 3084.7 (A)(B) it has been 14 days since submission under emergency standards.

Inmate/Parolee Signature: _Thomas Woodson_    RECEIVED AUG 0 7 2006    Date Submitted: 8/6/06

DELIVERED SEP 2 0 2006 PJH

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

CANCELLED

CANCELLED

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved:                                                            Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                     P.O. Box 942883
                                                     Sacramento, CA 94283-0001
                                                     Attn: Chief, Inmate Appeals

....................................................................................

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)                                                Date: _____

# INMATE / PAROLEE APPEAL SCREENING FORM

Department of Corrections and Rehabilitation
CDCR-695

INMATE: _Woodson_    CDC #: _P-76095_    CDC HOUSING: _D2-127_

THIS IS NOT AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] Duplicate Appeal; Same Issue
[ ] Do Not Combine Staff Complaints with Other Issues
[ ] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] No Significant Adverse Effect Demonstrated
[ ] Pointless Verbiage/Appeal is vague
[X] Incomplete 602
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Request for Interview; Not an Appeal
[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached
[X] Inappropriate Statements
[ ] Action / Decision Not Taken By CDCR
[ ] DRB Decisions Are Not Appealable
[ ] Appealing Action Not Yet Taken
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
[ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS
Comments: You may write on back of this form to clarify or respond to the above.

- remove the deragatory statements
- there is no C/o Ricon According to Personnel
- Attach copy of 1083.

- There are no derogatory statements in this complaint.
- I have been informed his name is Rincon or Rincore
- No need for 1083. Appellants books have been returned.
(Sarcasm) - Thanks for nothing as usual (withdrawn)

9/18/06 _[signature]_

9/27/06. return to I/m. I/m states issue resolved

dina, CC-II
Coordinator          Date: _9/6/06_

...ning action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation ...ate piece of paper, or use the back of this screen out – do not write any more on the appeal itself. Please ...form to the Appeals Coordinator with the necessary information attached.

## PERMANENT APPEAL ATTACHMENT – DO NOT R...

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region        Log No.              Category
1. SVSP d        1. 06-02781        # II

2. _____        2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. Cell search Staff Complaint Staff Search... Harassment etc.    4/11/06 etc. Staffing etc

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Woodson | P-76095 | REC'D SEP 05 2006 | D-8-225 |

A. Describe Problem: This appeal is an inmates Citizen Complaint per. p.c. 832.5 and Title 15 Admin. Code 3391 (a). Reporting misconduct on C/o Blevins. On 4/11/06 C/o Blevins working C-yard, packed Appellants property from C-lower yard bldg. 3, cell 105, without appellant being present. Appellant was detained in a strip cage in C-yard hobby shop being processed for (retaliatory) Ad-Seg placement. Blevins came to Appellant with a 1083 CDC form, saying to Appellant "I didn't put everything on here but I packed all your stuff." August 28, 2006 while in Ad-Seg D-2-127 Appellant gets two well overdue pieces of mail from his mother and sister n law stating that an anonymous inmate sent a big manilla envelope package of Appellants personal items discarded and left behind after Appellant was removed from C.P. (Pictures, letters, cards, shoes Etc...) Inmates Michael

If you need more space, attach one additional sheet. I are at C-1129C, D-8-130 and I/m T. Barnes E-43015 can confirm this 60's

B. Action Requested: Appellant seek for the Warden to be put on notice that C/o Blevins is a rogue and has no respect for departmental policy Title 15 Admin. Code 3391 (a). furthermore the Warden should know that as a result of the above, Appellants mother had a break down worrying about what SVSP Rogue, renegade officers had done to Appellant. further more Appellant seeks to view all of his property to make sure what was put on the CDC 1083 is actually there.

Inmate/Parolee Signature: Thomas Woodson                    Date Submitted: 9/4/06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

RET'D SEP 13 2006
REC'D SEP 14 2006

BYPASS

Staff Signature: _____        Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

BYPASS

Signature: _____                    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed        CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

06-2169 Property to stored property
...nted access to i/m on 8/24/06

06-2170 /cell search property denied on 8/25/06 at PLR currently at

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 9/10/06    Due Date: 10/27/06

Interviewed by: _____

_____

~~DELIVERED~~ SEP 2 6 2006

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved:    Returned

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____

☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

..................................................................................................

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

CDC 602 (12/87)    Date: _____

**INMATE / PAROLEE APPEAL SCREENING FORM**

INMATE: **Woodson**    CDC #: **P 76095**    CDC HOUSING: **D2-127**    CDCR-695

**THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR**

**RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.**

**PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**

[ ] Requested Action Already Taken
[X] Duplicate Appeal; Same Issue
[ ] Appealing Action Not Yet Taken
[ ] Incomplete Appeal – Documents Not Attached
[ ] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] Appeal Process Abuse – Inappropriate Statements
[ ] No Significant Adverse Effect Demonstrated
[ ] Action / Decision Not Taken By CDCR
[ ] Action Sought Is Under Sentencing Court Jurisdiction
[ ] Submit Issue to Assigned Parole Office
[ ] Appeal Matter to VCGCB
[ ] DRB Decisions Are Not Appealable
[ ] Request for Interview; Not an Appeal
[ ] More than one issue –one issue per appeal

[ ] Requested Appeal Withdrawn
[ ] Appeal Previously Received and Processed
[ ] Incomplete 602 – Complete Next Appropriate Section
[ ] Incomplete 602 – Sign and Date Appropriate Section
[ ] Limit of One Continuation Page May Be Attached
[ ] Incomplete Disciplinary Appeal – Missing Documents*
[ ] Incomplete Property Appeal – Missing Documents*
[ ] Failed to Provide Necessary Copies of Chrono(s)*
[ ] Appeal Process Abuse – Pointless Verbiage
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Appeal Issue & Reasonable Accommodation Not 1824
[ ] Do Not Combine Staff Complaints with Other Issues
[ ] Emergency Not Warranted-CCR 3084.7

[ ] Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health
Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

**PLEASE ATTACH AS NOTED BELOW:**

[ ]    CDC 115/Hearing Officer's Results
[ ]    CDC 115 with IE/DA information
[ ]    Supplemental Reports to CDC 115
[ ]    CDC 1030 Confidential Disclosure
[ ]    CDC 114D Lockup Order
[ ]    CDC 128G ICC/UCC
[ ]    CDC 128G CSR Endorsement Chrono
[ ]    CDC 839/840 Class/Reclass Score Sheet
[ ]    CDC 7219 Medical Report
[ ]    Other: SEE COMMENTS BELOW

[ ]    CDC 128C Medical Chrono
[ ]    CDC 1819 Denied Publications
[ ]    CDC 128 A
[ ]    CDC 128 B
[ ]    CDC 143 Property Transfer Receipt
[ ]    Cell Search Slip
[ ]    Receipts
[ ]    Qtr. Pkg. Inventory Slip
[ ]    Trust Account Statement
[ ]    Property Inventory Receipt

**Comments:** You may write on back of this form to clarify or respond to the above.

① duplicate of Cancelled appeal. Your original appeal
was Cancelled per CCR 3084.4(d) -lack of Cooperation. You
failed to comply with staff instructions. This issue does not
② rise to the level of staff misconduct.

T. Vara, Correctional Counselor-II
**Appeals Coordinator**
**Salinas Valley State Prison**                    Date: **9-11-06**

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on
a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return
this form to the Appeals Coordinator with the necessary information attached.

**PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE**

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| | Location:   Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | *1 0* |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.   *Processing Appeals*

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| *Woodson* | *P-76095* | | *D-2-127* |

A. Describe Problem: *This is a staff misconduct complaint per. Title 15 Admin. code 3391 (a), 3291 (a) served upon Eloy Medina CCII Appeals coordinator for unethical arbitrary administrative action, denying Appellant his procedural safe guards to protect his institutional cronies from culpability and ultimately respon-sibility for their unprofessional, unethical conduct. Appellant has done nothing wrong with regard to the enclosed CDCR 695 forms attached to the original 602 in fact Appellant is requesting the same rectification in every paragraph of every response from section A of the 602 to the last screen out sheet dated 8/11/06. For Eloy Medina to egregiously and unduly cancel Appellants Appeal is an illegitimate punitive action demonstrating deliberate indifference course of conduct putting a "chilling effect" on Appellants constitutional first Amendment right*

If you need more space, attach one additional sheet. *to file a prison grievance, Appellants refusal to cooperate (see attached)*

B. Action Requested: *Appellant seeks to exorcise his "protected conduct" right to file an appeal per. 3084.1(a) CCR T.15 and have the appeal be appropriately processed and responded to for remedy or exhaustion without attack via delay, obstruction, spurious technicality etc... Eloy Medina is unable to be fair and impartial in this process and should be removed from the position as he is alighning himself with the culture of corr-uption that is Salinas valley state prison*

Inmate/Parolee Signature: *Thomas Woodson*                          Date Submitted: *8/29/06*

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____                Date Returned to Inmate: _____

**DUPLICATE**

RET'D SEP 18 2006

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____                           Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim                        CDC Appeal Number:

Cont. Sheet Section A

is ludicrous. Appellant has done nothing but, and screen out sheet dated: 7/17/06, Appellant informed Eloy medina that the 602 is not a staff allegation which he should have known, having read it. Appellant would have attached an 1858 rights and responsibilities form had Appellant been making a Staff Allegation. Appellant simply wants to be compensated for his loss. Appellant explained what happened to bring about the loss in Section A. Appellant even explained on screenout sheet dated: 6/27/06, that he (Eloy medina) could interview Appellant if he was having trouble comprehending the Appeal (per. 3084.3(3)).

Respectfully /s/ _Thomas Woodson_

DEPARTMENT OF CORRECTIONS

OF CALIFORNIA

858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

The California Department of Corrections has added departmental language (shown inside brackets, in

Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE. [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE _Thomas Woodson_ | DATE SIGNED 8/29/06 |
| _Thomas Woodson_ | INMATE/PAROLEE'S SIGNATURE _Thomas Woodson_ | CDC NUMBER P-18025 | DATE SIGNED 8/29/06 |
| INMATE/PAROLEE PRINTED NAME _Thomas Woodson_ | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
| RECEIVING STAFF'S PRINTED NAME | | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

**INMATE (PAROLEE) APPEAL SCREENING FORM**

CDCR-695

INMATE: _Woodson_     CDC #: _P-76095_     CDC HOUSING: _D8-124_

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

<u>YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):</u>

[ ] Duplicate Appeal; Same Issue

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[ ] Incomplete 602

[ ] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Request for Interview; Not an Appeal

[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Inappropriate Statements

[ ] Action / Decision Not Taken By CDCR

[ ] DRB Decisions Are Not Appealable

[ ] Appealing Action Not Yet Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.

[ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND <u>RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS</u>**

Comments: You may write on back of this form to clarify or respond to the above.

_Appeal cancelled due to the Y/m's refusal to cooperate w/ screening forms_

Eloy Medina, CC-II
**Appeals Coordinator**

DELIVERED AUG 2 8 2006

Date: _8/11/06_

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

<u>**PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE***</u>

INMATE: __Woodson__  CDC #: __P-76095__  CDC HOUSING: __D8-124__

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] Duplicate Appeal; Same Issue

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[ ] Incomplete 602

[X] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Request for Interview; Not an Appeal

[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Inappropriate Statements

[ ] Action / Decision Not Taken By CDCR

[ ] DRB Decisions Are Not Appealable

[ ] Appealing Action Not Yet Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.

[ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**
Comments:  You may write on back of this form to clarify or respond to the above.

Woodson- this is your last opportunity to comply w/ the original screening instructions. Remove the allegations of staff misconduct (they must be addressed separately). The issue on the appeal is the correspondence course & the confiscation of materials due to ASU placement. You have already appealed the other issues.

RECD AUG 1 0 2006

This is not a staff allegation, this is about my course. I want to be compensated for my loss.

8/1/06

DELIVERED JUN 2 4 2008

DELIVERED AUG 2 3 2006

~~signature~~
Eloy Medina, CC-II
Appeals Coordinator

Date: __7/17/06__

This screening action may not be appealed.  If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.*  Please return this form to the Appeals Coordinator with the necessary information attached.

## PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE*

State of California  **INMATE / PAROLEE APPEAL SCREENING FORM**  Department of Corrections and Rehabilitation

CDCR-695

INMATE: _Woodson_  CDC #: _P-76095_  CDC HOUSING: _D8-124_

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] Duplicate Appeal; Same Issue

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[ ] Incomplete 602

[X] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Request for Interview; Not an Appeal

[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Inappropriate Statements

[ ] Action / Decision Not Taken By CDCR

[ ] DRB Decisions Are Not Appealable

[ ] Appealing Action Not Yet Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.

[ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**
  Comments:  You may write on back of this form to clarify or respond to the above.

See previous screening form.

*CCR Title 15 § 3084.3 (3) When an appeal indicates the Appellant has difficulty describing the problem in writing or has a primary language other than english, the appeals coordinator shall arrange an interview with the Appellant to provide assistance in clarifying or completing the Appeal.*

*Plain and simple I want the $151.00 dollars I paid for my correspondence course that I was unable to complete due to State CDCR impedingment*

_Thomas Woodson P-76095_

**DELIVERED JUN 2 4 2006**

RECD JUL 1 4 2006

~~Eloy Medina, CC-II~~
**Eloy Medina, CC-II**
**Appeals Coordinator**

Date: _6/27/06_

This screening action may not be appealed.  If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on this actual page* and return this form to the Appeals Coordinator with the necessary information attached.  RECD AUG 1 0 2006

PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

STATE OF CALIFORNIA                                                        DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**          Location:  Institution/Parole Region       Log No.              Category    5  -
**APPEAL FORM**                    1. _____        1. _____
CDC 602 (12/87)                                                                          CA2 INF 1969
                                   2. _____        2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification
committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff
member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting
documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken
for using the appeals procedure responsibly.    Property - allowable Asu pop

| NAME           | NUMBER  | ASSIGNMENT | UNIT/ROOM NUMBER |
|----------------|---------|------------|------------------|
| Woodson, T     | P-76095 |            | D1 124           |

A. Describe Problem: On 4/11/06 Appellant was taken out of General Prison Population and Placed
In administrative Segregation in retaliation and reprisal for reporting staff misconduct on
9/23/06. Appellants property was Confiscated and storaged without Appellant witnessing. Appellant
paid $151.00 dollars to take a Bus. 222 course with Coastline Community College that advertises on
institutional channel. Appellant has unduly been Prevented from Completing his Course due
to the reprisal he is suffering under present Circumstances. Appellant never asked to be moved
nor was he supposed to be stripped of his property.

                                                        REC'D MAY - 2 2006

If you need more space, attach one additional sheet.

B. Action Requested: To be Compensated one hundred and fifty one dollars, the Cost of Appellants
Correspondence Course with Coastline Community College.

Inmate/Parolee Signature: _Thomas Woodson_                    Date Submitted: 4/30/06
                                                             REC'D MAY 23 2006

C. INFORMAL LEVEL (Date Received: 5/22/06  )            1642
Staff Response: Denied, while you were placed in Ad/Seg for
Allegations of Staff misconduct, this was in no way
retaliatory in nature. Your placement in Ad/SEG is to
ensure the integrity of the investigation. Your
request for Compensation is denied

Staff Signature: _____  DELIVERED JUN 05 2006   Date Returned to Inmate: 5/22/06

D. FORMAL LEVEL              DELIVERED JUL 07 2006      RECEIVED JUN 26 2006
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and
submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Due to excessive and unnecessary, Wanton, Sadistic and malicious use of
force as harassment of Appellant and the subsequent kidnapping and Confiscation of
Appellants property. Appellant was unable to Complete all the required quizez
and assignments from Coastline Community College. S.V.S.P. is liable for Appellants
loss $151.00 The Price of the Course
Signature: _Thomas Woodson_                          Date Submitted: 6/15/06
Note: Property/Funds appeals must be accompanied by a completed               Appeal Number:
Board of Control form BC-1           DELIVERED AUG 23 2006    RETD JUL 06 2006

                                                                    REC'D AUG 10 2006
      RECD JUL 14 2006    DELIVERED JUN 28 2006
              CANCELLED                           DELIVERED JUN 24 2006

**INMATE / PAROLEE APPEAL SCREENING FORM**

CDCR-695

INMATE: _Woodson_    CDC #: _P-76095_    CDC HOUSING: _D8-124_

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

<u>YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):</u>

[ ] Duplicate Appeal; Same Issue

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[ ] Incomplete 602

[X] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Request for Interview; Not an Appeal

[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Inappropriate Statements

[ ] Action / Decision Not Taken By CDCR

[ ] DRB Decisions Are Not Appealable

[ ] Appealing Action Not Yet Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.

[ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND <u>RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS</u>**
    Comments:  You may write on back of this form to clarify or respond to the above.

do    not    combine    staff    complaint
issues    w/other    issues.

you    have    already    appealed    ASU    placement, you
must    continue    the    ASU    placement    issue    w/ original
appeal.

_My issue here is being compensated for my loss. In every_
_paragraph on this 602 my action requested is the $151.00_
_dollars I spent on a correspondence class I was unable to com-_
_plete and subsequently failed due to being placed in Ad-Seg on_
_a disciplinary D1D status vindictively under the guise of investigation_
_of staff misconduct. Compensation $151.00 dollars_

Eloy Medina, CC-II          _Thomas Woodson P-76095_    Date: _6/19/06_
Appeals Coordinator                      _6/25/06_

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

<u>**PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE***</u>

NMATE: . Woodson _____ CDC #: P-76095 _____ CDC HOUSING: D2-127

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR
RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] Duplicate Appeal; Same Issue

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[ ] Incomplete 602

[ ] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Request for Interview; Not an Appeal

[X] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Inappropriate Statements

[ ] Action / Decision Not Taken By CDCR

[ ] DRB Decisions Are Not Appealable

[ ] Appealing Action Not Yet Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Not A Request Form; Use CDCR-7362 – to access Medical
Services, submit your request on a CDCR-Form 7362.
If necessary, sign up for sick call.

[ ] Write your appeal in black or blue ink, this is a legal
document and pencil/inks other than black or blue do
not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND <u>RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS</u>
Comments: You may write on back of this form to clarify or respond to the above.

Woodson - your Appeal has numerous : separate issues.
(#1 ASU placement, #2 Property, #3 Staff Complaint)
in section F you introduce #4 transfer #5 ASU
retention.

I originally accepted the Appeal as an ASU placement
Appeal. However, you have numerous issues : continue
to attempt to introduce new issues.

Eloy Medina, CC-II
Appeals Coordinator

Date: 10/2/06

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation
on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please
return this form to the Appeals Coordinator with the necessary information attached.

## PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE*

EXHIBIT
"F"

NAME: WOODSON      CDC #: P76095      BED: D-2-127L

### COMMITTEE ACTION SUMMARY

REFER CSR RX TX HDSP-IV(180)/SAC-IV(180) RETAIN ASU PENDING TRANSFER, CONTINUE MAX CUSTODY, WG/PG D1/D EFFECTIVE 4-11-06, W/A YARD, ADJUST PLACEMENT SCORE BY+4, 2X CELL, PSYCH CCCMS, S/A B. MARTINEZ, CCI.

### COMMITTEE'S COMMENTS

Inmate WOODSON appeared before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Annual/Program Review. WOODSON stated that his health was good and was willing to proceed. WOODSON received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, WOODSON was introduced to the committee members.

According to WOODSON'S CDC 114D, he was placed into SVSP's ASU on 4/11/2006 for: Investigation into Allegations of Staff Misconduct. ICC notes investigation into Allegations of Staff Misconduct has been completed , refer to 128B dated 7-11-06. Although the allegation of Staff misconduct were unfounded, ICC feels is best to transfer WOODSON to an alternate institution as the affected staff members are still employed at SVSP and due to the seriousness of the allegations, ICC elects to refer case to the CSR RX TX HDSP-IV(180)/SAC-IV(180). These institutions have been identified as suitable. This transfer is adverse in nature as WOODSON's actions caused the need for this transfer. Upon transfer he will be eligible for CLO B and WG/PG A2B. His housing remains appropriate due to 180 criteria (SHU term assessed during the last 3-years). This committee elects to address WOODSON's annual review. The review period is from 6-01-05 to 5-31-06. His placement score was adjusted by +4 due to IQP of disciplinary free behavior, and 1 Serious CDC 115, and No QP's of favorable work performance. Double Cell is deemed appropriate as there is no history of in-cell violence or predatory behavior towards a cellmate. CDC forms 812-812C, 127, MCSF, and 840 reviewed and updated as needed.

Based upon a review of WOODSON'S CDC 114D, Central File, case factors, and through discussion with him, committee elects to: Refer CSR RX TX HDSP-IV(180)/SAC-IV(180) Retain ASU pending transfer, Continue MAX Custody, WG/PG D1/D effective 4-11-06, W/A Yard, Adjust Placement Score by+4, 2X Cell, Psych CCCMS, S/A B. Martinez, CCI. At the conclusion of this review, WOODSON was informed of his Appeal Rights with regards to this committee's actions. WOODSON acknowledged his understanding and agreement with committee's actions.

**STAFF ASSISTANT**

Assigned: (Issues complex and/or Inmate participant in MHSDS) SA Present: B. Martinez, CCI.

### INMATE CASE FACTORS

| CUSTODY | PSL/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MAX | 74/IV | D1/D – 4/11/2006 | BPRD 7/19/2015 | 12.9 (R) | 6/1/2007 | 35 | BLA | 1st | N/A |
| RECEIVED | | RECEIVED FROM & TYPE OF TX | RECEIVED CDC | | COUNTY OF COMMITMENT | | SENTENCE | | RESTITUTION |
| 3/27/2001 | | CAL Adverse | 4/11/2000 | | Los Angeles | | 18 Years 4 Months | | $10210.00 |

**COMMITMENT OFFENSE**

Robbery 2nd, (2x) Assault w/Deadly Weapon, Poss Firearm by Ex-Felon, Terrorist Threats
Non Controlling case: Terrorist Threats, Possession Concealed Firearm, Robbery 2nd.

| PRIOR ARREST HISTORY | DISCIPLINARY HISTORY |
|---|---|
| ADW (Not Firearm), Caring a Concealed Weapon in Public, Carrying a Concealed Weapon on Person, DUI, Inflicting Corporal Injury on Spouse/Cohab., Obstruct/Resist a Public Officer, Poss/Sale/Mfg of a Dangerous Weapon, Rape, Rape in Concert w/Force (Attempted), Domestic Violence, Fight/Challenge Fight public Place, Exhibit Firearm | Refusal to Comply,, Participation in a Riot, Threatening Staff |

| SEX OFFENSES | | ARSON OFFENSES | | ESCAPES |
|---|---|---|---|---|
| Clear as of 6/9/2005 | | Clear as of 6/9/2005 | | Clear as of 6/9/2005 |
| ENEMIES | | GANG/TIP | | CONFIDENTIAL |
| None | | No Gang | | Noted & Reviewed |
| MEDICAL | TB - DATE 128C | DENTAL | DPP | SUBSTANCE ABUSE |
| Full Duty 4/13/00 | 32 - 4/29/2006 | 2 | N/A | None |
| PSYCH | | MDO | | DDP |
| CCCMS | | Doesn't Meet MDO Criteria | | NCF |
| | | CAMP, MSF, CCF, SAP, CCRC, REST. CENTER, & MCCF ELIGIBILITY | | |
| HOUSING | CELL STATUS | | | |
| 180 Design (A1) | Double Cell | Camp Eligible: No VIO - PLS | CCF Eligible: No VIO - PLS | CCRC Eligible: No VIO - PLS |
| | | MSP Eligible: No VIO - PLS | SAP Eligible: No VIO - PLS | Rest. Center Eligible: No VIO - PLS |
| | | MCCF Eligible: No VIO - PLS | | |
| FPTP | | HWD | | JOB ASSIGNMENT |
| US Citizen | | None | | Unassigned |

### COMMITTEE MEMBERS

*CHAIRPERSON*

**MEMBERS**

G. Lewis, FC    Dr. Torres, Psych Services

*RECORDER*

M. Moore, CDW (A)

A. Meden, CCII

| Committee Date: 7/20/2006 | **ANNUAL/PROGRAM REVIEW** | Committee: ICC |
|---|---|---|
| Typed By: AKM / Distribution: C-File & Inmate | **SALINAS VALLEY STATE PRISON** | Classification Chrono CDC 128G (Rev: 3/05) |

STATE OF CALIFORNIA

NO. P76095   NAME Woods

Custody:                                    Assignment:

DEPARTMENT OF CORRECTIONS
CDC-128G (Rev. 2/69)

Comments:

Eprd : 7/19/2015
CDC-812 : Clear
PS: 70
CCCMS : 8/2/06
TB : 32
NCF : 4/13/00
Confidential Noted

HDSP-IV 180 Endorsed
Retention in asu approved pending
transfer. Expires 12/9/06.

R.S. Seigen
CSR

Date: 8/9/06        **Classification**        Inst: SVSP

EXHIBIT "G"

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 9/98)

DEPARTMENT OF CORRECTIONS

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

Salinas Valley State Prison          Facility 'C'

INMATE'S NAME
Woodson

CDC NUMBER
P-76095

## REASON(S) FOR PLACEMENT *(PART A)*

☐ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
☒ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
☐ ENDANGERS INSTITUTION SECURITY     ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:     You, Inmate Woodson, P-76095, are being placed in Administrative Segregation for Allegation of Staff Misconduct. On 04-11-06, you made an allegation that staff had committed an act(s) of misconduct. An Investigation into this matter will be conducted within 30 days. Based on this information, your presence hinders the integrity of the investigation, and presents a threat to the institution, its staff and inmates. You will be placed in Ad-Seg pending review for appropriate housing needs. As a result of this placement, your credit earning, custody, and visiting status are subject to change. Inmate Woodson [is] [is not] a participant in the Mental Health Services Delivery System. Placement is ordered by Lieutenant J. Celaya.

☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)     ☐ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:     / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 4-11-06 | J. Celaya | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | 1115 | | | |

☒ INMATE REFUSED TO SIGN     INMATE SIGNATURE     CDC NUMBER

## ADMINISTRATIVE REVIEW *(PART B)*
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

### STAFF ASSISTANT (SA)          INVESTIGATIVE EMPLOYEE (IE)

| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|---|---|
| | | | |

### IS THIS INMATE:

LITERATE?     ☐ YES  ☐ NO     EVIDENCE COLLECTION BY IE UNNECESSARY     ☐ YES  ☐ NO
FLUENT IN ENGLISH?     ☐ YES  ☐ NO     DECLINED ANY INVESTIGATIVE EMPLOYEE     ☐ YES  ☐ NO
ABLE TO COMPREHEND ISSUES?     ☐ YES  ☐ NO     ASU PLACEMENT IS FOR DISCIPLINARY REASONS     ☐ YES  ☐ NO
FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? ☐ YES  ☐ NO     DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED     ☐ YES
DECLINING FIRST STAFF ASSISTANT ASSIGNED?     ☐ YES

Any "NO" requires SA assignment          Any "NO" may require IE assignment

☐ NOT ASSIGNED          ☐ NOT ASSIGNED

### INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER     ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

☐ NO WITNESSES REQUESTED BY INMATE     INMATE SIGNATURE     DATE

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:**  ☐ RELEASE TO UNIT/FACILITY_____     ☐ RETAIN PENDING ICC REVIEW     ☐ DOUBLE CELL     ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

See Chronological Classification Review document (CDC 128-G) for specific hearing information

STATE OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev 10/98)

| DISTRIBUTION: | |
|---|---|
| WHITE · CENTRAL FILE | CANARY · WARDEN |
| BLUE · INMATE (2ND COPY) | PINK · HEALTH CARE MGR. |
| GREEN · ASU | GOLDENROD · INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER | |
|---|---|---|
| WOODSON | P-76095 | D-717L |

## REASON(S) FOR PLACEMENT (PART A)

- [ ] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
- [X] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
- [ ] ENDANGERS INSTITUTION SECURITY          [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On 04/11/06, you Inmate WOODSON P-76095, were originally placed in AD-Seg due to the following: " Allegations Of Staff Misconduct." On 07/12/06 you are being retained in Ad-Seg pending transfer to an alternate Institution. Therefore, you will remain in AD-Seg pending, appropriate housing and program needs. Based on this information you are deemed a threat to the safety and security of the Institution, Staff and Inmate Population. Additionally your credit earning, custody level and visiting status are subject to change. Your retention in AD-Seg is being ordered per Lieutenant R. Boccella. Inmate WOODSON is a participant in the MHSDS at CCCMS level of care.

| [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | | [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: | / / |
|---|---|---|---|
| DATE OF ASU PLACEMENT 07/12/06 | SEGREGATION AUTHORITY'S PRINTED NAME R. Boccella | SIGNATURE (4) | TITLE Lieutenant |
| DATE NOTICE SERVED 7/13/06 | TIME SERVED 2000 | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE C/O |
| [X] INMATE REFUSED TO SIGN | | INMATE SIGNATURE    RTS | CDC NUMBER |

## ADMINISTRATIVE REVIEW (PART B)

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME ASSIGNED | TITLE CCI | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

| | | | EVIDENCE COLLECTION BY IE UNNECESSARY | [X] YES | [ ] NO |
|---|---|---|---|---|---|
| LITERATE? | [X] YES | [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [X] YES | [ ] NO |
| FLUENT IN ENGLISH? | [X] YES | [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [X] YES | [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [X] YES | [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [X] YES | |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] YES | [ ] NO | | | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [X] YES | | | | |

| [ ] NOT ASSIGNED | Any "NO" requires SA assignment | [ ] NOT ASSIGNED | Any "NO" may require IE assignment |
|---|---|---|---|

### INMATE WAIVERS

| [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER | [X] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME | |
|---|---|---|
| [ ] NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE   RTS | DATE 7-19-06 |

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____  [X] RETAIN PENDING ICC REVIEW  [ ] DOUBLE CELL  [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION: Retain ASU pending ICC and TX to alternate Inst. due to Results of Investigation Concluded by Facility C.

| ADMINISTRATIVE REVIEWER'S PRINTED NAME J.D. Bennett | TITLE Capt (A) | DATE OF REVIEW 7-19-06 | TIME 1520 | ADMINISTRATIVE REVIEWER'S SIGNATURE Capt (A) |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

**See Chronological Classification Review document (CDC 128-G) for specific hearing information**

EXHIBIT "H"

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region          Log No.                  Category
1. SVSP d                         1. 06-02781            # # 11
2. _____              2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. Cell search staff conduct, staff search    Unit Status    Tribe complaints PC

| NAME Woodson | NUMBER P-76095 | ASSIGNMENT | RECD SEP 05 2006 | UNIT/ROOM NUMBER D-8-225 |

A. Describe Problem: This appeal is an inmates citizen complaint per. P.C. 832.5 and Title 15 Admin. Code 3391(a). Reporting misconduct on C/o Blevins. On 4/11/06 C/o Blevins working C-yard, packed Appellants property from C-lower yard bldg 3. cell 105, without Appellant being present. Appellant was detained in a strip cage in C-yard hobby shop being processed for (retaliatory) ad-seg placement. Blevins came to Appellant with a 1083 CDC form, saying to Appellant. "I didn't put everything on here but I packed all your stuff." August 28, 2006 while in Ad-Seg D-2-127 Appellants gets two well overdue pieces of mail from his mother and sister n-law stating that an anonymous inmate sent a big manilla envelope package of Appellants personal items discarded and left behind after Appellant was removed from C.P. (Pictures, letters, cards, shoes Etc.) Inmates Michael

If you need more space, attach one additional sheet. I Breal C-11296, D-8-130 and I/m T. Barnes E-#3015 can confirm this 60¢

B. Action Requested: Appellant seek for the Warden to be put on notice that C/o Blevins is a rogue and has no respect for departmental policy Title 15 Admin Code 3391(a). furthermore the Warden should know that as a result of the above. Appellants mother had a break down worrying about what SVSP Rogue, renegade officers had done to Appellant. furthermore Appellant seeks to view all of his property to make sure what was put on the CDC 1083 is actually there.

Inmate/Parolee Signature: Thomas Woodson                     Date Submitted: 9/4/06

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____                  RET'D SEP 13 2006
                                                                  RECD SEP 1 4 2006

                          BYPASS

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

                          BYPASS

Signature: _____                                    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim                     CDC Appeal Number:

06-2169 Property to stored property        06-2170 /cell search
    wanted access by 1/m on 8/24/06        property denied on 8/25/06
                                           at FLR

I, MICHAEL ISREAL, DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF CALIFORNIA AND THE UNITED STATES THAT ALL OF THE BELOW STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF,:

ON OR ABOUT MID TO LATE APRIL OF 2006, WHILE PERFORMING MY DUTIES AS SECOND WATCH PORTER FOR BUILDING C3. INMATE BARNES, E-08666, MY CO-WORKER CALLED ME OVER TO CELL C3-105, WHERE A HISPANIC INMATE HAD RECENTLY BEEN MOVED INTO. THE HISPANIC INMATE ASKED US IF WE KNEW WHO THE PRIOR OCCUPANT OF THE CELL WAS, WE ANSWERED HIM YES. HE THEN BEGAN TO SHOW US ALL THE PROPERTY THAT HE HAD FOUND IN THE CELL WHEN HE MOVED IN. THE PROPERTY WAS LEGAL WORK, LETTERS, PICTURES, SHOE'S, CARDS AND PERSONAL CLOTHING. ALL BELONGING TO THE PRIOR OCCUPANT OF CELL C3-105, INMATE WOODSON, WHO'S CDC # P-76095. BARNES AND MYSELF HAD BEEN TOLD BY INMATE WOODSON, P-76095, A WEEK OR SO EARLIER THAT SEVERAL CORRECTIONAL OFFICERS HAD TAKEN HIM FROM HIS CELL DOING A CELL SEARCH AND HAD ASSAULTED HIM AND DRAGGED HIM FACE FIRST ON THE GROUND SCRAPPING HIS FACE UP. DAYS LATER WOODSON DISAPPEARED. BARNES AND MYSELF FIGURED THAT SINCE SO MUCH OF WOODSON'S PROPERTY HAD BEEN LEFT BEHIND, IT MUST HAVE BEEN DONE DELIBERATELY. I HAVE BEEN INCARCERATED OVER 27 1/2 YEARS AND KNEW THAT NO OFFICER COULD MISTAKENLY LEAVE THAT MUCH OF AN INMATES PROPERTY BEHIND. IT WOULD BE IMPOSSIBLE FOR AN OFFICER PACKING A SINGLED CELLED INMATES PROPERTY (WOODSON WAS SINGLED CELLED AT THE TIME OF HIS DISAPPEARANCE) TO MISS NEARLY TWO BOXES OF PROPERTY, UNLESS IT WAS DONE DELIBERATELY SO. ADD TO THAT ITS SALINAS VALLEY STATE PRISON POLICY TO SEARCH A CELL BEFORE PUTTING IN A NEW OCCUPANT. THEREFORE BARNES AND MYSELF THOUGHT IT WOULD BE BEST TO CONTACT MONTEREY COUNTY DISTRICT ATTORNEY DEAN FLIPPO AND INFORM HIM AS TO WHAT WE HAD DISCOVERED (BARNES ACTUALLY WROTE THE LETTER WITH BOTH OUR INPUT). DAYS AND/OR WEEKS LATER A SERGEANT SHELBY CAME TO PICK UP THE PROPERTY OF INMATE WOODSON FROM INMATE BARNES CELL (C3-118). SHE SEEMED MAD AT BARNES AND UPSET THAT THE DISTRICT ATTORNEY HAD CONTACTED THE WARDEN WHO CONTACTED CAPTAIN C. PONDER WHO CONTACTED HER TO RETRIEVE WOODSONS PROPERTY. OR SO THIS IS MY BELIEF, ~~CONFIR~~ CONFIRMED THROUGH CONVERSATION WITH BARNES. THIS CONCLUDES MY STATEMENT.

EXECUTED HERE AT SALINAS VALLEY STATE PRISON, FACILITY "D" ON SEPTEMBER 14, 2006.

DATED: 09/14/06

SIGNED: *Michael Isreal*
MICHAEL ISREAL

ate of California      INMATE / PAROLEE APPEAL SCREENING FORM      Department of Corrections and Rehabilitation
CDCR-695

MATE: Woodson ___ CDC #: P-76095 ___ CDC HOUSING: D8-225

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR
RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[X] Duplicate Appeal; Same Issue
[ ] Do Not Combine Staff Complaints with Other Issues
[X] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] No Significant Adverse Effect Demonstrated
[ ] Pointless Verbiage/Appeal is vague
[ ] Incomplete 602
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Request for Interview; Not an Appeal
[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached
[ ] Inappropriate Statements
[ ] Action / Decision Not Taken By CDCR
[ ] DRB Decisions Are Not Appealable
[ ] Appealing Action Not Yet Taken
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Not A Request Form; Use CDCR-7362 – to access Medical
Services, submit your request on a CDCR-Form 7362.
If necessary, sign up for sick call.
[ ] Write your appeal in black or blue ink, this is a legal
document and pencil/inks other than black or blue do
not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND <u>RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS</u>
Comments: You may write on back of this form to clarify or respond to the above.

you have already appealed property (06-2169 : 06-2170)

date of inventory 4/11/06

This Appeal is to report staff misconduct and retaliation
taken against Appellants Appellants property in violation
of Titile 15 Admin. Code 3287(a)(4)(d)

Eloy Medina, CC-II
Appeals Coordinator

Date: 9/25/06

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation
on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please
return this form to the Appeals Coordinator with the necessary information attached.

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

CDC 1858  (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer]  **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS.  YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE.  IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.**  [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Thomas Woodson | Thomas Woodson | 9/4/06 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Thomas Woodson | Thomas Woodson | P16095 | 9/4/06 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

State of California  INMATE / PAROLEE APPEAL SCREENING FORM  Department of Corrections and Rehabilitation

CDCR-695

INMATE: __Woodson__    CDC #: __P-76095__    CDC HOUSING: __D8-225__

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR
RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] Duplicate Appeal; Same Issue

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[X] Incomplete 602

[ ] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Request for Interview; Not an Appeal

[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Inappropriate Statements

[ ] Action / Decision Not Taken By CDCR

[ ] DRB Decisions Are Not Appealable

[ ] Appealing Action Not Yet Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Not A Request Form; Use CDCR-7362 – to access Medical
 Services, submit your request on a CDCR-Form 7362.
 If necessary, sign up for sick call.

[ ] Write your appeal in black or blue ink, this is a legal
 document and pencil/inks other than black or blue do
 not copy legibly

## PLEASE FOLLOW INSTRUCTIONS AND <u>RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS</u>
 Comments:  You may write on back of this form to clarify or respond to the above.

Attach proof that you refer to in appeal

Attached and enclosed is one of the letters from Appellants correspondent informing Appellant of the issue. Enclosed, one letter and envelope post dated July 5, 2006,

g/Woodson P-76095   9/13/06

REC'D SEP 1 4 2006

Eloy Medina, CC-II
Appeals Coordinator

Date: __9/7/06__

This screening action may not be appealed.  If you allege the above reason is inaccurate, then attach an explanation
on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.*  Please
return this form to the Appeals Coordinator with the necessary information attached.

PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE*

June 30, 2006

Dear Thomas,

I hate that I have to do this but I have to. Your grandmother passed away about a week ago. Your mother and sisters are in Ohio for the homegoing services. The cause of death is still unknown from my understanding. Your grandmother was ill for a few months. She had open heart surgery not too long ago. The first few days weren't good for your mother. She took the passing hard. To make things worst, she received a package from the prison for you. Some guy sent a large envelope with cards and pictures saying that you were moved to a different cell and left the items behind. After reading that she broke down again asking what happened to you. She asked me to check on you. I told her that I would inform you. The envelope was rather large, if you want the items back, let us know and we will mail it to you. Nevertheless, stay up and call mom.

Shantrise Gordon

Mom is dealing w/ alot. If u want the package of letters & cards back, write us and we will send it to u.

EXHIBIT "I"

Declaration of Michael Pearson #T15673

I am a prisoner at Salinas Valley State Prison, P.O. Box 1050, Soledad Ca. 93960-1050; if called to testify to the statements below. I could and would compently testify to the matter set forth Below.

On 4-15-06 at Approxitmately 2:00pm I, Inmate Pearson #T15673 watched C/o Espy, a Floor Staff in A.S.U Building D8, Come to Cell 124 where inmate Woodson P-76095 and myself were housed and I heard C/o Espy call inmate Woodson P-76095 a "Bitch", "write another 602 MotherFucker I dont Care".

I Michael Pearson #T15673, declare under Penalty of Purjery that the Foregoing is true and correct. Executed on this 15th day of April 2006 at Salinas Valley state Prison, P.O. Box 1050 Soledad, Ca 93960.

Notary not Required
28 U.S.C §2071
Carter V Clark 616 F. 2d-
228, 230

Michael C Pearson #T15673
Declarant Signature

Declaration of Uriah Tillett # P20183

I, Uriah Tillett # P20183 do hereby declare as to the following;

I am a prisoner at Salinas Valley State Prison Po Box 1050, Soledad, CA. 93960-1050. If called to testify to the statement below, I could and would competently do so.

On or about June 16, 2006, I, inmate Tillett # P20183, saw inmate Woodson # P76095 and Pearson # T15673 placed in cell # 127 in D2 building by C/o Franco, and C/o Chavez, and C/o Hood. I heard one of the two inmates in cell # 127 yell to the guards, "When will you bring us mattresses?!" and the guards just ignored them. I repeatedly witnessed every C/o who has come in the building ignore cell # 127. Today's June 20th, 2006 and I know the inmates in cell # 127 have not received mattresses and have complained to every staff member visable. In addition, I have mailed out letters for these two inmates because C/o's will not pick up there mail. I am also mailing a petition to the courts for the two inmates because of this very reason.

I, Uriah Tillett #P20183 declare under penalty of perjury, that the foregoing is true and correct to my knowledge, executed this 20th day of June, 2006 at Salinas Valley State Prison Po Box 1050, Soledad, CA. 93960-1050

Notary not required
28 U.S.C § 2071
Carter v. Clark, 616 f.2d, 228,230

/s/ [signature]
Declarant Signature

Dated 6·20·2006

Decleration of: TRAVIS LASSITER - K00966

I, TRAVIS LASSITER K00966 do hereby declare as follows;

I am a prisoner at Salinas Valley State Prison PO Box 1050, Soledad, Ca 93960-1050. If called to testify to the statement below, I could and would competently testify to the matter set forth below:

On the morning of 6-19-06 approx. 7:00 Am. I heard a 2nd watch C/o who was passing out breakfast trays say to I/m woodson P. 76095, and I/m Pearson T-15673 in cell 127 this statement: "... That's okay. They had gloves on when they did it."

I, TRAVIS LASSITER K00966, declare under penalty of perjury, that the foregoing is true and correct. Excuted this 20th day of June 2006, at Salinas Valley State Prison, PO Box 1050, Soledad, Ca.
.93960-1050

Travis Lassiter  K00966

Notary Not Required
28 U.S.C. § 2071
CARTER V CLARK  Cell6 F. 2d 228230

I, URIAH TILLETT #P20183 do hereby declare as to the following;

I AM A PRISONER AT SALINAS VALLEY STATE PRISON, P.O. Box 1050, SOLEDAD, CA. 93960-1050. IF CALLED to testify to the statement below, I could and would compentently testify to the matter set forth below.

ON OR ABOUT JUNE 16, 2006, I INMATE TILLETT #P20183 SAW INMATES PEARSON #T15673 AND INMATE WOODSON #P76095 be PLACED IN CELL #127 IN D-2 building, by C/O FRANCO, C/O CHAVEZ, AND C/O HOOD. I HEARD ONE OF THE two INMATES IN CELL #127 YELL to the guards, "WHEN WILL YOU bRING US MATTRESSES?!" and the guards just IGNORED them. I REPEATEDLY WITNESSED PERSONALLY the CONTINUOUS ANNOYING REQUEST FOR MATTRESSES FOR (4) DAYS, AND I HAVE WITNESSED EVERY C/O WHO has COME IN the building, IGNORE CELL #127. TODAY IS JUNE 20TH, 2006 AND I KNOW the INMATES IN CELL #127 HAVE NOT RECEIVED MATTRESSES AND HAVE COMPLAINED to EVERY STAFF MEMBER VISABLE. IN addition I HAVE MAILED OUT LETTERS FOR these two INMATES because C/O's WILL NOT PICK UP THERE MAIL. I AM ALSO MAILING A PETITION to the COURTS FOR the two INMATES because of this VERY REASON.

I, URIAH TILLETT #P20183, declare UNDER PENALTY OF PERJURY, that the FOREGOING IS TRUE AND CORRECT to MY KNOWLEDGE. EXECUTED THIS 20TH DAY OF JUNE 2006 AT SALINAS VALLEY STATE PRISON, P.O. Box 1050, SOLEDAD, CA. 93960-1050.

_____
DECLARANT SIGNATURE

NOTARY NOT REQUIRED                    DATED: 6-20-2006
28 U.S.C. §2071
CARTER V. CLARK, 616 F.2d 228, 230

EXHIBIT I