# EXHIBIT

# "J"

# Packing List

**Order Number: MO-003091-1**

Please refer to the above number on all correspondence.

## Coastline College Bookstore

**SHIPPING ADDRESS**

Coastline College Bookstore
11460 Warner Ave.
Fountain Valley CA 92708-2597
USA
**Phone:** 714-241-6101 **Fax:** 714-241-6261
**E-Mail:** bookstore@mail.ccc.cccd.edu
**URL:** www.coastlinebookstore.com

Create Date: 02/08/2006
Processed Date: 02/08/2006
Processed By: maryj

**Customer:**

Name: Thomas Woodson P76095
Account Number: p76095
E-mail:
Alias:
Comment:

C3-105

**Ship To:** **Via:** US Postal Service

Thomas Woodson P76095
Salinas Valley State Prison
PO Box 1050
Soledad CA 93960-1050

**Phone:** **Ext:**
**Phone:** **Ext:**
**Phone:** **Ext:**

**Ordered By:**

Marlene Masha
16600 Orange Ave. Sp 143
Paramount CA 90723

**Phone:** 562-630-2691 **Ext:**
**Phone:** **Ext:**
**Phone:** **Ext:**

**Order Comment:** shipped 02/08/06 MY, 1z9x23510341338034

| Order Qty | Back Order Qty | Cancel Qty | Ship Qty | SKU / Description / Packing Comment | Item Name / Item Order Comment | Price | Discount | Ext Price |
|---|---|---|---|---|---|---|---|---|
| 1N | 0 | 0 | 1 | 10004937 | TELECOURSE / BUSINESS 222 STUDENT HANDBOOK | $7.00 | $0.00 | $7.00 |
| 1 | 0 | 0 | 1 | 10020432 | SCANTRON PKG OF 4 | $0.56 | $0.00 | $0.56 |
| 1N | 0 | 0 | 1 | 10030097 | HATTEN / SMALL BUSINESS MANAGEMENT 06 3 | $126.50 | $0.00 | $126.50 |

sign here ↘ Thomas Woodson

| | |
|---|---|
| **Sub Total:** | $134.06 |
| **Shipping Total:** | $7.95 |
| **Total Taxes:** | $9.72 |
| **Total:** | $151.73 |

# Coastline Community College

## Student Test Report On Quiz 3 A

Course #: 8046
Course Title: Bus 222
Day/Time: TV

Instructor: Gold, B./Vega, B.
Description: Small Business Operation/Mgmt
Term/Year: Spring2006

**Student Name: WOODSOn(P-76095), THOMAS**

**Student ID: 01006085** **Code:**

| | Possible Pts. | Raw | Objective | Subj./Essay | Percent | Grade |
|---|---|---|---|---|---|---|
| QUIZ 3: | 20.00 | 19.00 | 13.00 | 6 | 95.00% | A |

Response Description:

| | | | | | |
|---|---|---|---|---|---|
| <dash> | correct response | <#> | multiple marks | <space> | no response |
| <alphabet> | student's incorrect response | <*> | bonus test item | | |

| Test Items: | 1-5 | 6-10 | 11-15 | 16-20 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Key: | B,C,A,B,D | A,D,C,B,C | B,A,D,C,B | C,A,B,D,C | | | | | | |
| Answers | -,-,-,-,- | -,-,-,-,- | -,-,-,-,- | B,-,-,-,- | | | | | | |

Remarks:

Student's Answer to Multiple Mark Question:

No multiple mark answers or answer keys found on this test.



Your exams have been mailed to your proctor. Please call your proctor to verify that each exam, as noted in this letter, has been received. Make an appointment with your proctor now to complete your exams. Please be aware that your exams are due back in the Distance Learning office by the date the exams are being administered to the local students, unless otherwise noted on your course website. If you have other courses not listed in this letter, be aware that not all exams are mailed at the same time. You can expect exams to arrive approximately 3 weeks before they are due. If more than two weeks have passed since your exams were mailed and your proctor has not received them, please notify the Distance Learning office at (714) 241-6142.

Ann French
Testing Specialist
(714) 241-6142
Distance Learning Department
Coastline Community College

Student Name: **Woodson, Thomas  P-76095**
Student ID# 01006085

Proctor Name and Address:  Herron, B
Salinas Valley SP
P.O. Box 1020
Soledad, CA 93960

Exam Type  Final Exam
Exam mailed on:  4/26/2006
Course:  ( 8046)  Business 222
Semester:  Spring 2006

COASTLINE COMMUNITY COLLEGE
11460 WARNER AVENUE
FOUNTAIN VALLEY, CA 92708

GRADE REPORT

THOMAS R WOODSON (P-76095)
P O BOX 1050 (C-3-105)
SOLEDAD CA 93960

STUDENT ID: 0100-6085
TERM:        SPRING 2006
TERM DATES: 01/30/06 TO 05/28/06
TERM GPA:  0.00

| COURSE NO. | TITLE | START DATE | END DATE | GRADE | UNITS |
|---|---|---|---|---|---|
| BUS 222 | SMALL BUS OPER/MGMT | 01/30/06 | 05/28/06 | F | 3.00 |

* * * L A S T   I T E M * * *

DATE: 07/07/06   TIME: 11:16

# Coastline Community College
## Progress Report

| | | | | | |
|---|---|---|---|---|---|
| Course #: | 8046 | Instructor: | Gold, B./Vega, B. | Date: | 06/06/06 |
| Course Title: | Bus 222 | Description: | Small Business Operation/Mgmt | Total No. of Tests: | 8 |
| Day/Time: | TV | Term/Year: | Spring2006 | Code: | |

ID: 01006085
Name: WOODSOn(P-76095), THOMAS

| No. | Date | Test Name | Description | Possible Points | Score |
|---|---|---|---|---|---|
| 1 | / / | Quiz 1 | | 20.00 | 19.00 |
| 2 | / / | Quiz 2 | | 20.00 | 18.00 |
| 3 | / / | Quiz 3 | | 20.00 | 19.00 |
| 4 | / / | Quiz 4 | | 20.00 | |
| 5 | / / | Midt 1 | | 100.00 | 77.00 |
| 6 | / / | Rept 1 | | 100.00 | |
| 7 | / / | Finl 1 | | 100.00 | 67.00 |
| 8 | / / | Xtra 1 | | 0.00 | |

Comments

| | | |
|---|---|---|
| Total | 380.00 | 200.00 |
| Score % | | 52.63 |
| Overall Total | 380.00 | |
| Overall Score % | | 52.63 |
| Overall Grade | | F |