EXHIBIT "K"

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE WOODSON, P76095  
Current Housing: D8-124

Date: June 14, 2006

From: INMATE APPEALS OFFICE

Re: APPEAL

ASSIGNED STAFF REVIEWER: CTC  
APPEAL ISSUE: MEDICAL

Inmate WOODSON, this acts as a notice to you that your appeal has been sent to the above staff for INFORMAL response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal to this office for the FIRST level of review.


T. VARIZ, CC-II / E. MEDINA CC-II  
Appeals Coordinators  
Salinas Valley State Prison

Nº 965520

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☑

NAME: Woodson
CDC NUMBER: P-76095
HOUSING: D-8-124
PATIENT SIGNATURE:
DATE: 4-13-6

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) "Follow up" on Ibuprofen. The administration on C-facility has retaliated against me for reporting misconduct and placed me in Ad-Seg. They have thrown away my medication. Please send me a refill. Thank you. Also send me a copy of this request.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 0800  4-13-6       Received by: John Anderson
Date / Time Reviewed by RN:                Reviewed by: John Anderson

S:   Pain Scale:  1  2  3  4  5  6  7  8  9  10

Medicine Resolved —
4o. Skin eruption (R) Knee

O:  T:   P: 73   R: 14   BP: 122/72   WEIGHT: # 215

Hx scrape abrasion (R) Knee — now so
skin eruption — ? infection unless cloth

A: Eruption — Skin (R) Knee or sweats —
P: Medline —

☐ See Nursing Encounter Form

✓ Motrin 600mg

E: RTC PRN — Keep appt — Medline —

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION: SVSP | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED 4-18-6 · 1430 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

No 950790
DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☑   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Woodson
CDC NUMBER: P-76095
HOUSING: C-3-105

PATIENT SIGNATURE: Thomas Woodson
DATE: 3/25/06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): Dr. Sid, Please send me two copies of my 7219 injury report documented 3-23-06. ASAP - Also need stronger pain medication. The brutal assault upon my person has increased my suffering.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 3-25 / [illegible]   Received by: [illegible]
Date / Time Reviewed by RN: 3-8 / [illegible]   Reviewed by: [illegible]

Pain Scale:   1   2   3   4   5   6   7   8   9   10

S: Inmate insists this RN provide him with copies of 7219 & that staff has done this in the past. Demanding stronger meds. Accused this writer of being part of a cover up.

O: T:    P:    R:    BP:    WEIGHT:

Told inmate at all front that this info could not be provided by C-Med & could be obtained by submitting request for Olsen review. He then became demanding calling me a liar & party conspiring.

A: Wants 7219. Agitated. Requested to see MD for cover up.
P: OK to educate Tues. / stronger meds
☐ See Nursing Encounter Form

E:

MD - Inmate request stronger Meds

APPOINTMENT SCHEDULED AS:
EMERGENCY (IMMEDIATELY) ☐
URGENT (WITHIN 24 HOURS) ☐
ROUTINE (WITHIN 14 CALENDAR DAYS) ☑

REFERRED TO PCP:
DATE OF APPOINTMENT:
COMPLETED BY: Nina Moore
NAME OF INSTITUTION: SVSP

PRINT / STAMP NAME: Nina Moore
SIGNATURE / TITLE: Nina Moore
DATE/TIME COMPLETED: 3-27-06 1410

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☑   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Woodson
CDC NUMBER: P-76095
HOUSING: C-3-105

PATIENT SIGNATURE: Thomas Woodson
DATE: 3/26/06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Shoulder joint feeling very weak after being seperated due to excessive force on March 23, 2006. May have ligament damage need prescription to help heal ligaments. Do not destroy this slip

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 3/27/06 0700     Received by: [signature]
Date / Time Reviewed by RN: 3/27/06 0800     Reviewed by: [signature]

Pain Scale: 1 2 3 4 5 6 7 8 9 10

S: States Rt shoulder is painful + burning, putting pressure on back. When I put pressure on Rt knee it feels like it is going to give out. — Inmate hostile + sarcastic

O: T: 98.5  P: 48  R: 18  BP: 177/94  WEIGHT: no scale
On Thurs on 23rd Inmate had to be carried to hobby because he repeatedly dropped to knee while being escorted & hopfly — C/O injury to Rt shoulder back, Rt knee

A: Inmate reports injury from incident of 3-24 - Rt shoulder, back, Rt knee
P: Refer to MD for F/U — Inmate demanding MD apt

☐ See Nursing Encounter Form

N/O

E:

Injury Rt shoulder
MD [signature]

APPOINTMENT SCHEDULED AS:   EMERGENCY (IMMEDIATELY) ☐   URGENT (WITHIN 24 HOURS) ☐   ROUTINE (WITHIN 14 CALENDAR DAYS) ☑

REFERRED TO PCP: 
DATE OF APPOINTMENT:
COMPLETED BY: Nina Moore
NAME OF INSTITUTION: SVSP

PRINT / STAMP NAME: Nina M
SIGNATURE / TITLE: Nina Moore RN
DATE/TIME COMPLETED: 3-28-07 11⁵

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS |
|---|---|---|
| CDC 7362 (Rev. 03/04) | HEALTH CARE SERVICES REQUEST FORM | |

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: Woodson
CDC NUMBER: P-76095
HOUSING: C-3-105

PATIENT SIGNATURE:
DATE: 4/6/06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): Follow up I've sent three slips in since I was assaulted and injured by c/o's on 3-23-06. I'm requesting for the fourth time about seeing a doctor about my damage shoulder and stronger pain medication.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 4/8/06    Received by: [signature]
Date / Time Reviewed by RN: 4/8/06    Reviewed by: [signature]

S:    Pain Scale: 1  2  3  4  5  6  7  8  9  10

O:  T:  P:  R:  BP:    WEIGHT:

A:
P: Seen by MD 4/7/06.
☐ See Nursing Encounter Form

| NTMENT | EMERGENCY | URGENT | ROUTINE |
| ULED AS: | (IMMEDIATELY) ☐ | (WITHIN 24 HOURS) ☐ | (WITHIN 14 CALENDAR DAYS) ☐ |

ED TO PCP:    DATE OF APPOINTMENT:
ED BY: Flynn RN    NAME OF INSTITUTION: SVSP
AMP NAME: Flynn RN    SIGNATURE / TITLE:    DATE/TIME COMPLETED: 4/9/06

362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA  
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☑ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Woodson | P-76095 | D2 127 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Thomas Woodson | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Please Refill my Medication for Back Pain, Shoulder Knee and feet Pain! I Take Baclofen/Ibuprofen, have been since March, 2005. Please refill

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: | C.Flynn RN |
|---|---|---|
| Date / Time Reviewed by RN: | Reviewed by: | C.Flynn RN |

S:   Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T:  P:  R:  BP:  WEIGHT:

A:  
P: On MD line. Ewel M.D. on 8/11/06  
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| | 8/11/06 | SVSP | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA  
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*
*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☑ |
|---|---|---|---|---|

NAME: Woodson
CDC NUMBER: P76095
HOUSING: D-2-127

PATIENT SIGNATURE: *Irvine Woodson*
DATE: 6/28/06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): 20mg Baclofen / Ibuprofen for pain.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☑ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 06-29-06 A07:21 RCVD    Received by: C.Flynn RN
Date / Time Reviewed by RN: 6-29-06 A07:21 RCVD    Reviewed by: C.Flynn RN

S:

Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T:    P:    R:    BP:    WEIGHT:

A: See Soap note.
P: MD line for review

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:    DATE OF APPOINTMENT:
COMPLETED BY: C Flynn RN    NAME OF INSTITUTION: SVSP
PRINT/STAMP NAME: C Flynn RN    SIGNATURE/TITLE: *(signed)*    DATE/TIME COMPLETED: 6/29/06

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

N⁰ 966643

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Woodson
CDC NUMBER: P-76095
HOUSING: D-2-127

PATIENT SIGNATURE: Thomas Woodson
DATE: 6-29-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

C/O's J. Rodriguez, and E. Camarena stole patients Lumbar Support brace. Need brace replaced. Payed $20.00 for it in febuary 06. 602's already in on it. They are not returning it to me.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 29 JUN 06 @ 12
Received by: [signature]

Date / Time Reviewed by RN:
Reviewed by:

S:

Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T:   P:   R:   BP:   WEIGHT:

A:

P: I/m informed this is a custody issue. and needs to speak c̄ Srg for yard. Sr̄s
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY: C.Flynn RN | | NAME OF INSTITUTION: SVSP | |
| PRINT / STAMP NAME C.Flynn RN | SIGNATURE / TITLE [signature] RN | | DATE/TIME COMPLETED 6/30/0 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Nº 956995

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Woodson
CDC NUMBER: P-76095
HOUSING: D-2-127
PATIENT SIGNATURE: [signature]
DATE: 6/30/06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Follow up on my Back Pain. Have no Mattress. Back is injured.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 
Received by:
Date / Time Reviewed by RN: 7-1-06 14
Reviewed by: M.M RN

S:   Pain Scale: 1  2  3  4  5  6  7  8  9  10

O: T:   P:   R:   BP:   WEIGHT:

A:
P: Meds reordered. MD x14 for chrono review
☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:
EMERGENCY (IMMEDIATELY) ☐
URGENT (WITHIN 24 HOURS) ☐
ROUTINE (WITHIN 14 CALENDAR DAYS) ☒

REFERRED TO PCP: MD 7/5/06 chrono
DATE OF APPOINTMENT:

COMPLETED BY: C.Flynn RN
NAME OF INSTITUTION: SVSP

PRINT / STAMP NAME: C.Flynn RN
SIGNATURE / TITLE: [signature]
DATE/TIME COMPLETED: 7/5/06

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

№ 968871

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☑

NAME: Woodson
CDC NUMBER: P-76095
HOUSING: D-2-127

PATIENT SIGNATURE: Thomas Woodson
DATE: 7/3/06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): Third slip / Need refill on pain medication please! Baclofen / Ibuprofen

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 3 Jul 06 @ 12
Received by: [signature]
Date / Time Reviewed by RN: 7-4-06
Reviewed by: [signature]

S:

Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T:    P:    R:    BP:        WEIGHT:

A:
P: see slip 956995
☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:   EMERGENCY (IMMEDIATELY) ☐   URGENT (WITHIN 24 HOURS) ☐   ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:
COMPLETED BY: C. Flynn RN
DATE OF APPOINTMENT:
NAME OF INSTITUTION: SVSP

PRINT / STAMP NAME: C. Flynn RN
SIGNATURE / TITLE: [signature]
DATE/TIME COMPLETED: 7/5/06

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA  
CDC 7393 (11/02)

DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

NAME: Woodson

CDC NUMBER: P76095

INSTITUTION: SVSP

HOUSING:

TYPE OF TEST: (1) Shoulder MRI

DATE OF TEST: 4/14/06

YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☒ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____  
NAME / TITLE

_____  
PHYSICIAN SIGNATURE

DATE: 6/19/06

ORIGINAL - File in UHR     CANARY - Scheduler     PINK - Patient