e/27

**SALINAS VALLEY RADIOLOGISTS, INC.**
A MEDICAL GROUP
669 Abbott Street · Salinas, California 93901
Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. SASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
ROY MARTINEZ, M.D.
F. SCOTT PERELES, M.D.

PATIENT NAME: THOMAS-P76095 WOODSON
ACCOUNT NO: 9377191
RADIOLOGY NUMBER: 9203925

AT THE REQUEST OF
RANDY SID MD
31625 HIGHWAY 101
SOLEDAD, CA 93960

DATE OF BIRTH: 03/31/1971
AGE/SEX: 35/M
DATE OF SERVICE: 04/14/2006

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

**MRI LEFT SHOULDER WITHOUT CONTRAST**

HISTORY: Patient is a 35-year-old-male. Evaluate for rotator cuff tear. The rest of the history is illegible.

PROCEDURE: 1.5T imaging in three standard planes with typical T1 and T2 techniques as deemed appropriate.

FINDINGS: The body and anterior portion of the acromion process appear considerably hypertrophied and disfigured. There is downward encroachment on the anterior portion of the supraspinatus tendon by this bony overgrowth. I have no x-rays with which to compare. I think that there is some congenital component here also, with anterior and lateral downsloping, but also suspect that there may have been old trauma. The supraspinatus tendon itself if not grossly torn. There is some minor increase in signal within its fibers. The muscle is normal with no retraction. The infraspinatus appears to be normal as does the subscapularis and the bicipital. The labrum anteriorly is somewhat ill-defined in its inferior part, but I cannot document any clear-cut abnormalities. There are no other findings of note.

IMPRESSION: Abnormal anterior acromion with downward encroachment on the supraspinatus tendon and moderate tendinopathy/tendinitis resulting. No frank tear, however.

Thank you for referring your patient to us,

Arthur M. Nathanson, MD
AMN/pa
4/18/06

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

Name: Woodson    CDC#: P76095    HOUSING#:

Type of Test: MRI - left shoulder    Date of Test: 4-14-06

YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.
☒ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.
☐ A repeat test will be ordered. You will be ducted for this test.
☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

Name/Title: [signature]

Physician's Signature    Date: 4/25/06

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

Name: Woodson    CDC#: P76095    HOUSING#:

Type of Test: MRI left shoulder    Date of Test: 4-14-06

YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.
☒ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.
☐ A repeat test will be ordered. You will be ducted for this test.
☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

Name/Title: [signature]

Physician's Signature    Date: 4/25/06

## SALINAS VALLEY RADIOLOGISTS, INC.
A MEDICAL GROUP
559 Abbott Street • Salinas, California 93901
Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
ROY MARTINEZ, M.D.
F. SCOTT PERELES, M.D.

PATIENT NAME: **THOMAS-P76095 WOODSON**
ACCOUNT NO: **9377191**
RADIOLOGY NUMBER: **9203925**

AT THE REQUEST OF: **RANDY SID MD**
**31625 HIGHWAY 101**
**SOLEDAD, CA 93960**

DATE OF BIRTH: **03/31/1971**
AGE/SEX: **35/M**
DATE OF SERVICE: **04/14/2006**

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

MRI LEFT SHOULDER WITHOUT CONTRAST

HISTORY: Patient is a 35-year-old-male. Evaluate for rotator cuff tear. The rest of the history is illegible.

PROCEDURE: 1.5T imaging in three standard planes with typical T1 and T2 techniques as deemed appropriate.

FINDINGS: The body and anterior portion of the acromion process appear considerably hypertrophied and disfigured. There is downward encroachment on the anterior portion of the supraspinatus tendon by this bony overgrowth. I have no x-rays with which to compare. I think that there is some congenital component here also, with anterior and lateral downsloping, but also suspect that there may have been old trauma. The supraspinatus tendon itself if not grossly torn. There is some minor increase in signal within its fibers. The muscle is normal with no retraction. The infraspinatus appears to be normal as does the subscapularis and the bicipital. The labrum anteriorly is somewhat ill-defined in its inferior part, but I cannot document any clear-cut abnormalities. There are no other findings of note.

IMPRESSION: Abnormal anterior acromion with downward encroachment on the supraspinatus tendon and moderate tendinopathy/tendinitis resulting. No frank tear, however.


Thank you for referring your patient to us,

*[signature]*

Arthur M. Nathanson, MD
AMN/pa
4/18/06

APR 2 1 2006

| State of California | Department of Corrections | Salinas Valley State Prison | CCCMS:C Facility |
|---|---|---|---|
| CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: | | All Staff, Clinicians, Treatment Teams. | |

ID Information: Age: **35**  Race: **Af Am**  1st CDC Arrival: **2000**  Points: **66**  EPRD: **2015**  DDP: **NCF**

Date: **4/7/06**
Time: **1137**

Sleep: Good **Fair** Poor — "off + on"
Appetite: **Good** Fair Poor
Energy Level: Good **Fair** Poor
Taking Medications: Yes  No  **No Rx**  Intermittent Compliance
Disciplinary Problems: **Yes** No — 115 resisting staff
Medication Problem: Yes  No  Not getting  I/M requesting change
Homicidal Ideation: None **noted or stated**

Location:
C.Clinic
O.Chapel
C.Educ
**C.Hobby**

S. Issues Discussed: IM seen for COL follow-up. Discussed custody related concerns + frustration w/ lockdown.

Treatment Problem #1: anger managmt  Progress: 0 incidents
Treatment Problem #2: h/o sub abuse  Progress: 0 use (IM denies)
Treatment Problem #3: ___  Progress: ___

O Mental Status:
General Appearance: **WNL**  Poorly Groomed  Odor Apparent  Disheveled  Bizarre  Effeminate
Eye Contact: **Appropriate**  Averts gaze  Minimal  None  Glaring/Intense
Speech: **WNL**  Excessive  Incoherent  Mute  Rapid  Slow  Stammer  Slurred  Disorganized  Poverty
Behavior: **Cooperative**  Evasive  Guarded  Menacing  Withdrawn  Enraged  Restless  Agitated  Argumentative  Passive  Resistant
Mood: Euthymic  Dysphoric  **Irritable**  Anxious  Angry  Elevated  Expansive  Stated: "frustrated" "I'm doing my best"
Affect: **Appropriate**  Inappropriate  Flat  Blunted  Constricted  Labile  Sad  Angry  Anxious  Elated
Thought Process: **WNL**  Circumstantial  Tangential  Flight of Ideas  Word Salad  Slowed  Blocking  Loosening
Thought Content: **WNL**  Compulsions  Obsessions  Ruminations  Phobias  Anxieties  Distortions  Exaggerations
Delusions: **WNL**  Withdrawal  Insertion  Outside Control  Paranoid  Grandiose  Erotic  Religious
Perceptual Disturbance: **Denied**  AH  VH  Other:
Suicidal Ideation: **Absent**  Present No Plan  Current Plan  Recent Attempt  Denied History  **History of Attempt**
History of Attempt: Timeframe: last x 2003  Methods: made noose in SHU

A Assessment: IM irritable w/ custody concerns, recent 115, but handling appropriately. No acute decompensation noted.

P Plan: 1. Group Assignment: anger management  2. Work/School Assignment: on WL
3. Con't current tx plan  A-2-B

E Education of the Patient: Reviewed request procedures, provided breathing relaxation materials

Signature: M. Williams, Ph.D., Clinical Psychologist  /  L. Tobin, Ph.D., Clinical Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: Woodson | First Name: Thomas |
|---|---|---|---|
| MH 3 [October 5, 2001] | **CCCMS** | CDC #: P76095 | DOB: 3/31/76 |

Confidential Client/Patient Information
See W & I Code, Section 5328

RECD APR 18 2006

**Date:** 5/09/06
**Time:**
**Location:** Outpt
**Cell Front:**
**CR Reason:**

**Subjective:** Weekly management appointment. Issues Discussed
Recent Stressors: None
I/M's Perception of Psychological Condition: Stable ↑ ↓
Comment: I/M reports he continues to adjust to ADSEG, however remains stressed re pending investigation. I/M reports he is also concerned re disruption in program due to engaging in business correspondence course. I/M eager to return to program — placement option 3½2 [illegible]

**Objective:**
**Medication Review:**
Meds Prescribed: Yes (No) I/M refusing psych meds
I/M's perception of effectiveness: None Partial effect Fully Effective
Adverse Effects: None SE's
Disciplinary Problems: Yes No  Suicidal Ideation: Yes None
Mental Status: Alert & Oriented  Other:  Sleep: WNL Hypersomnia Insomnia Nightmares
Appetite: WNL Excessive Reduced Losing Weight  Eye Contact: Good Fair Poor / Avoided Stare
Appearance: WNL (Clean/Groomed) Unkempt Dirty Malodorous Long Nails  Exercise: Yes No
Speech: Fluent Minimal Slow Hyperverbal Stutter Slurred Rambling
Thought Process: WNL Tangential Word Salad Slowed Blocking Loosening
Thought Content: WNL Compulsions Obsessions Ruminations Anxieties Distortions
Affect: Appropriate Inappropriate Smiling Labil Angry Anxious Sad Restricted Blunted Flat
Mood: Euthymic Elevated/Happy Angry Irritable Depressed Anxious Unconcerned
Behavior: Relaxed Withdrawn/Guarded Stiff Restless Playful Rocking Fidgety
Shaky/Tremors Seductive Suspicious
Presenting Attitude: Cooperative Passive Intimidating Argumentative Disengaged Resistant
Delusions: Absent Questionable Paranoid Grandiose Erotic Religious Somatic
Perceptual Disturbances: Denies Questionable AH VH Tactile

**Assessment:** I/M's psy sx are stable / unstable ; and his adjustment, coping and functioning are / are not adequate. Explanation (if any):

**Plan/Education:** Proceed as per current tx plan in place. Continue 1:1 CM contacts

**Signature:** P. Bonilla, Psy.D., Staff Psychologist

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES
MH 3 [26 March 2001]
Confidential Client/Patient Information
See W & I Code, Section 5328

**LEVEL OF CARE:** EOP  3CMS/ADSEG

**Last Name:** WOODSON
**First Name:**
**DOB:**
**CDC #:** P76095

REC'D MAY 17 2006

| | |
|---|---|
| Time: | I/M's Perception Psychological Condition: stable |
| Comment: | I/M verbalize stress on (a/med) lockup due to feels he is being retaliated by staff. I/M continues to feel depressive sx; will explore further if I/M feels necessary. |

**Objective:**

**Medication Review:**

Meds Prescribed: Yes (No) I/M refusing psych meds

I/M's perception of effectiveness: None  Partial effect  Fully Effective

Adverse Effects: None  SE's  N/A

Disciplinary Problems: Yes (No)  Suicidal Ideation: Yes (None)

Mental Status: (Alert & Oriented)  Other:  Sleep: (WNL) Hypersomnia Insomnia Nightmares

Appetite: (WNL) Excessive Reduced Losing Weight  Eye Contact: (Good) Fair Poor/ Avoided Stare

Appearance: (WNL) (Clean/ Groomed) Unkempt Dirty Malodorous Long Nails  Exercise: Yes No

Speech: (Fluent) Minimal Slow Hyperverbal Stutter Slurred Rambling

Thought Process: (WNL) Tangential Word Salad Slowed Blocking Loosening

Thought Content: (WNL) Compulsions Obsessions Ruminations Anxieties Distortions

Affect: Appropriate Inappropriate Smiling Labil Angry Anxious (Sad) Restricted Blunted Flat

Mood: Euthymic Elevated/Happy Angry Irritable (Depressed) Anxious Unconcerned

Behavior: Relaxed Withdrawn/(Guarded) Stiff Restless Playful Rocking Fidgety Shaky/Tremors Seductive Suspicious

Presenting Attitude: (Cooperative) Passive Intimidating Argumentative Disengaged Resistant

Delusions: (Absent) Questionable Paranoid Grandiose Erotic Religious Somatic

Perceptual Disturbances: (Denies) Questionable AH VH Tactile

Assessment: I/M's psy sx are (stable) unstable , and his adjustment, coping and functioning (are) are not adequate. Explanation (if any):

Plan/Education: Proceed as per current tx plan in place. Continue 1:1 CM contacts

Signature: /s/ P. Bonilla, Psy.D., Staff Psychologist

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES
MH-3 [26 March 2001]
Confidential Client/Patient Information
See W & I Code, Section 5328

LEVEL OF CARE: (SR) EOP  36 MS/ADSEG

Last Name: WOODSON
First Name: 
DOB: 
CDC #: P76095

REC'D MAY 15 2006

Subjective: Weekly case management appointment.
Recent Str: None
I/M's Perception of Psychological Condition:   Stable
Comment:

4/20/06
Time:

I/M remanded to ADSEG for investigation into staff misconduct. Unable to provide f/u level, of dev. hx.

Objective:

Medication Review:

Meds Prescribed:   Yes   (No)   I/M refusing psych meds

I/M's perception of effectiveness:   None   Partial effect   Fully Effective

Adverse Effects:   None   SE's   N/A

Disciplinary Problems:   Yes   (No)   Suicidal Ideation:   Yes   (None)

Mental Status:   Alert & Oriented   Other:   Sleep: (WNL) Hypersomnia Insomnia Nightmares

Appetite: WNL Excessive Reduced Losing Weight   Eye Contact: (Good) Fair Poor / Avoided Stare

Appearance: (WNL (Clean/ Groomed)) Unkempt Dirty Malodorous Long Nails   Exercise: Yes No

Speech: (Fluent) Minimal Slow Hyperverbal Stutter Slurred Rambling

Thought Process: (WNL) Tangential Word-Salad Slowed Blocking Loosening

Thought Content: (WNL) Compulsions Obsessions Ruminations Anxieties Distortions

Affect: (Appropriate) Inappropriate Smiling Labil Angry Anxious Sad Restricted Blunted Flat

Mood: (Euthymic) Elevated/Happy Angry Irritable Depressed Anxious Unconcerned

Behavior: (Relaxed) Withdrawn/Guarded Stiff Restless Playful Rocking Fidgety
Shaky/Tremors Seductive Suspicious

Presenting Attitude: (Cooperative) Passive Intimidatin Argumentative Disengaged Resistant

Delusions: (Absent) Questionable Paranoid Grandiose Erotic Religious Somatic

Perceptual Disturbances: (Denies) Questionable AH VH Tactile

Assessment: I/M's psy sx are (stable) / unstable, and his adjustment, coping and functioning (are) / are not adequate. Explanation (if any):

Plan/Education: Proceed as per current tx plan in place. Continue 1:1 CM contacts

Signature: [signed]                                                P. Bonilla, Psy.D., Staff Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [26 March 2001] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE: (SR) EOP 3CMS/ADSEG | Last Name: WOODSON First Name: DOB: CDC #: P76095 |
|---|---|---|

REC'D MAY 10 2006

Date: 5/6/06
Time:

Location: ___ Cell front ___ CF Reason: ___

Subjective: ___ case management appointment. Issues Discu___

Recent Stressors: None

I/M's Perception of Psychological Condition: (Stable) ↑ ↓

Comment: I/M repts he continues to have difficulty adjusting to ADSEG. I/M repts he continues to feel depressed due to feeling he was misplaced in ADSEG. I/M reports re: has been making efforts to ??? communication ??? to ??? with ??? problem

Objective:

Medication Review:

Meds Prescribed: Yes (No) I/M refusing psych meds

I/M's perception of effectiveness: (None) Partial effect  Fully Effective

Adverse Effects: None  SE's  N/A

Disciplinary Problems: Yes (No)   Suicidal Ideation: Yes (None)

Mental Status: (Alert & Oriented)  Other: ___  Sleep: (WNL) Hypersomnia  Insomnia  Nightmares

Appetite: (WNL) Excessive  Reduced  Losing Weight   Eye Contact: Good  Fair  Poor / Avoided  Stare

Appearance: (WNL (Clean/ Groomed))  Unkempt  Dirty  Malodorous  Long Nails   Exercise: Yes  No

Speech: (Fluent) Minimal  Slow  Hyperverbal  Stutter  Slurred  Rambling

Thought Process: (WNL) Tangential  Word Salad  Slowed  Blocking  Loosening

Thought Content: (WNL)  Compulsions  Obsessions  Ruminations  Anxieties  Distortions

Affect: Appropriate  Inappropriate  Smiling  Labil  Angry  Anxious (Sad) Restricted  Blunted  Flat

Mood: Euthymic  Elevated/Happy  Angry  Irritable (Depressed) Anxious  Unconcerned

Behavior: Relaxed (Withdrawn) Guarded  Stiff  Restless  Playful  Rocking  Fidgety  Shaky/Tremors  Seductive  Suspicious

Presenting Attitude: (Cooperative) Passive  Intimidating  Argumentative  Disengaged  Resistant

Delusions: (Absent) Questionable  Paranoid  Grandiose  Erotic  Religious  Somatic

Perceptual Disturbances: (Denies) Questionable  AH  VH  Tactile

Assessment: I/M's psy sx are (stable) / unstable ; and his adjustment, coping and functioning (are) / are not adequate.  Explanation (if any): ___

Plan/Education: Proceed as per current tx plan in place. Continue 1:1 CM contacts

Signature: ___   P. Bonilla, Psy.D., Staff Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [26 March 2001] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE: (SR) EOP 3CMS/ADSEG | Last Name: Woodson  First Name: ___  DOB: ___  CDC #: P76095 |
|---|---|---|

REC'D MAY 3 1 2006

| State of California | Department of Corrections | Salinas Valley State Prison |
|---|---|---|
| CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES | | All Staff, Clinicians |

**Date:** 6/5/06

**Time:**

**Location:** (Out of Cell)  Cell Front  **CF Reason:** Refusal f/u ; Lockdown

**Subjective:** Weekly case management appointment. Issues Discussed:
Recent Stressors: (None)
I/M's Perception of Psychological Condition: (Stable) ↑ ↓
Comment: I/M reports he continues to be frustrated c not being released from ADSEG. Investigation recently completed, I/M eager to return to yard or be put up for transfer. Processed c I/M relaxation techniques to manage frustration.

**Objective:**

**Medication Review:**
Meds Prescribed: Yes (No)  I/M refusing psych meds
I/M's perception of effectiveness: (None)  Partial effect  Fully Effective
Adverse Effects: None  SE's  N/A

**Disciplinary Problems:** Yes (No)   **Suicidal Ideation:** Yes (None)

**Mental Status:** (Alert & Oriented)  Other:   Sleep: (WNL)  Hypersomnia  Insomnia  Nightmares

**Appetite:** (WNL)  Excessive  Reduced  Losing Weight   **Eye Contact:** (Good)  Fair  Poor / Avoided  Stare

**Appearance:** (WNL (Clean/ Groomed))  Unkempt  Dirty  Malodorous  Long Nails   **Exercise:** Yes  No

**Speech:** (Fluent)  Minimal  Slow  Hyperverbal  Stutter  Slurred  Rambling

**Thought Process:** (WNL)  Tangential  Word Salad  Slowed  Blocking  Loosening

**Thought Content:** (WNL)  Compulsions  Obsessions  Ruminations  Anxieties  Distortions

**Affect:** (Appropriate)  Inappropriate  Smiling  Labil  Angry  Anxious  Sad  Restricted  Blunted  Flat

**Mood:** (Euthymic)  Elevated/Happy  Angry  Irritable  Depressed  Anxious  Unconcerned

**Behavior:** (Relaxed)  Withdrawn/Guarded  Stiff  Restless  Playful  Rocking  Fidgety
Shaky/Tremors  Seductive  Suspicious

**Presenting Attitude:** (Cooperative)  Passive  Intimidatin  Argumentative  Disengaged  Resistant

**Delusions:** (Absent)  Questionable  Paranoid  Grandiose  Erotic  Religious  Somatic

**Perceptual Disturbances:** (Denies)  Questionable  AH  VH  Tactile

**Assessment:** I/M's psy sx are (stable) / unstable ; and his adjustment, coping and functioning (are) / are not adequate. Explanation (if any):

**Plan/Education:** Proceed as per current tx plan in place. Continue 1:1 CM contacts

**Signature:** [signed]                                    P. Bonilla, Psy.D., Staff Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [26 March 2001] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE: ADSEG /3CMS | Last Name: WOODSON First Name: DOB: CDC #: P76095 |

RECD JUL 27 2006

| State of California, Department of Corrections -- Institution: _____ | Prior Page Number: _____ |
|---|---|

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:** All Staff, Clinicians, Treatment Teams.

| Date/Time | ICC Review/Mental Health Inmates     LOC: (CCCMS)  EOP  MHCB  DMH |
|---|---|
| 7/20/06 | **Mental Health Treatment Review:**     Date Placed in AdSeg: 4/11/06    *staff misconduct* |
| | Aware of Diagnosis/Symptoms?  yes |
| | Aware of Treatment Plan? |
| | Aware of Medication: Not on meds |
| | Receiving prescribed meds regularly  Yes  No |
| | Attending scheduled CM interviews: Yes  No  If not, Why? |
| | **New Mental Health Problems** |
| | **Out of Cell Interview:** Offered  Requested  Declined  Clinically Indicated  Yes  No |
| | Adjustment to AdSeg environment: *fair*    CSP Sac / HDSP SAC |
| | **Mental Status Exam** |
| | Hallucinations  ø |
| | Delusions  ø |
| | Suicidal Ideation/Impulses/Intent |
| | Mood/Affect  angry |
| | Is the inmates mental illness of such severity to impair his ability to comprehend the ICC Proceedings sufficiently to require the assignment of a staff assistant? |
| | Yes  No  (Determination already made)  I/M is EOP level of care in MHSDS, staff assistant required |
| | Was I/M released from AdSeg?  Yes  No  Yard released to: |
| | S. Torrez, Psy.D., Staff Psychologist |

REC'D JUL 31 2006

| State of California | Department of Corrections | Salinas Valley State Prison | ADSEG Program: |
|---|---|---|---|
| CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: | | | All Staff, Clinicians |

Date: 8/14/06  Out of Cell / Cell Front   Cell: D2-127

S: Reports that he will continue to be assertive but feels paranoid about current situation. Discussed having not received 1286 yet. Discussed interview w/ Mr. Meding. Discussed changes in AdSeg — slight but noticeable. Discussed dx and how AdSeg
O: may have caused "more damage." Concerned about 115
A: process — suspect. Sleep + appetite WNL. Denied

Date Placed in AdSeg:

Reason For AdSeg Placement:

Taking Medication: Yes/No (No Rx)

Suicidal: None Ideation/Intent/Plan/Means

Mental Status: Orientation X3  Delirius   Sleep: WNL  Hypersomnia  Insomnia: _____

Appetite: WNL  Excessive  Reduced Appetite  Losing weight   Eye Contact: Good  Fair  Variable  Poor:  Avoided  Stared

Appearance: Clean  Groomed  Meticulous  Shaven  Trimmed Beard  Unkempt  Dirty  Malodorous  Long Nails   Exercise: Y / N

Speech: Fluent  Quiet  Minimal  Slow  Stilted/Stiff  Hyperverbal  Stutter  Slurred  Clanging  Rambling  Word Salad  Perseveration

Affect: Appropriate  Labile  Angry  Anxious  Sad  Smiling  Blunt  Restricted  Flat

Behavior: Relaxed  Withdrawn/Guarded  Stiff  Restless  Playful  Rocking  Fidgety  Tremors/Shaky  Seductive

Mood: Euthymic  Elevated/Happy  Dysphoric  Angry  Irritable  Depressed  Anxious  Unconcerned  Expansive

Presenting Attitude: Cooperative  Passive  Disengaged  Resistant  Suspicious  Intimidating  Argumentative  Evasive

Delusions: Fixed  Fluid  Absent  Questionable   Perceptual Disturbance: Denies  Auditory  Visual  Tactile  Questionable

P/E: Weekly ein contact — still 91286 of 7/20/06
→ Tlc to chaplin Moon re: telephone to family

Signature: S. Torrez, Psy.D., Staff Psychologist, CF

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES  MH 3 [Rev. 9/4/01]  Confidential Client/Patient Information  See W & I Code, Section 5328 | LEVEL OF CARE:  ADSEG  CCCMS | Last Name:      First:  WOODSON, THOMAS  CDC # P76095  DOB: 3/31/71 |
|---|---|---|

RECD SEP 0 6 2006

| State of California | Department of Corrections | Salinas Valley State Prison | ADSEG Program; |
|---|---|---|---|
| CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: | | | All Staff, Clinicians |

Date: 7/20/06  (Out of Cell) Cell Front    Cell: D2-127

S: Reports he is angry about ICC action. Received letter from family that grandmother passed away. Wants a phone call to family. Saw P last week - refused to take meds. Reports
O: no sleep for 2 days — drinking coffee
A: for 2 dys → sleep as a result.

**Date Placed in AdSeg:**

**Reason For AdSeg Placement:**

**Taking Medication:** Yes/(No) (No Rx)

**Suicidal:** (None) Ideation/Intent/Plan/Means

**Mental Status:** (Orientation X3) Delirius    **Sleep:** WNL Hypersomnia (Insomnia)

**Appetite** (WNL) Excessive Reduced Appetite Losing weight    **Eye Contact:** (Good) Fair Variable Poor: Avoided Stared

**Appearance:** (Clean) Groomed Meticulous Shaven Trimmed Beard Unkempt Dirty Malodorous Long Nails    **Exercise:** (Y) N

**Speech:** Fluent Quiet Minimal Slow Stilted/Stiff (Hyperverbal) Stutter Slurred Clanging Rambling Word Salad Perseveration

**Affect:** Appropriate (Labile) (Angry) Anxious Sad Smiling Blunt Restricted Flat

**Behavior:** Relaxed Withdrawn/(Guarded) Stiff Restless Playful Rocking Fidgety Tremors/Shaky Seductive

**Mood:** Euthymic Elevated/Happy Dysphoric (Angry) (Irritable) Depressed Anxious Unconcerned Expansive

**Presenting Attitude:** Cooperative Passive Disengaged Resistant Suspicious Intimidating (Argumentative) Evasive

**Delusions:** Fixed Fluid (Absent) Questionable    **Perceptual Disturbance:** (Denies) Auditory Visual Tactile Questionable

P/E: Weekly em contact - T/C to chaplin Moon

Signature: S. Torrez, Psy.D., Staff Psychologist, GF

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [Rev. 9/4/01] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE: ADSEG CCCMS | Last Name: **WOODSON,**  First: **THOMAS** CDC # **P76095** DOB: **3/31/71** |
|---|---|---|

REC'D JUL 31 2006