Dodson P76095
Box 3130
Sus CA 96127

STATE PRISON

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

RECEIVED
PM 1:48
WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA