Thomas Woodson P76025
"C" facility Calipatria State Prison
Calipatria, CA. 92233

Filed

07 NOV 28 PM 2:00

To: United States District Court
for the Northern District
of California

RE: Case no. C-07-4925 CW (PR)
(Docket no. 5)

Plaintiff ~~Woodson~~ in the above case writes to inform the court that he has been extradited on 11/15/07 from H.D.S.P to Calipatria State Prison. Plaintiff request that all further correspondence in the above entitled case no C-07-4925 CW (PR) be forwarded to the latter institution. Thank you

Date: 11/25/07                    Respectfully /s/ Thomas Woodson
                                                    In proper

Proof of Service by U.S. Mail

I, Thomas R. Woodson am the Declarant in the above entitled matter. I, Thomas R. Woodson placed this document in Sealed U.S. mail envelope sending it to the U.S. District Court for the Northern District on the above Date: 11/25/07 under penalty of perjury this verification is true and correct.

Respectfully /s/ Declarant
Thomas Woodson