Thomas R. Woolson P-76095
"C" facility Calipatria State Prison
Calipatria CA 92233

United States District Court for the Northern
District of California
450 Golden Gate Ave
San Fran, CA 94102

"Legal mail"