**OFFICE OF THE CLERK**
## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
**400S**
    **CLERK**
**5212**

1301 CLAY STREET, SUITE

OAKLAND, CALIFORNIA 94612-

(510) 637-3530

May 21, 2008

FILED

MAY 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
OAKLAND, CALIFORNIA

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

    Re: C-07-4925 CW (PR), <u>Woodson v. Rodriguez, et al.</u>

Dear Sir/Madam:

    Enclosed are copies of the complaint, order of service, and
request for waiver of service in the above-captioned case that has
been filed against Salinas Valley State Prison employees which I am
sending to you for forwarding to the named defendants.  If you are
unable to forward the documents, please return them to me with a cover
letter explaining the circumstances of non-delivery; the documents
should be mailed back to Sheilah Cahill, Clerk's Office, U.S. District
Court, 1301 Clay Street, Suite 400S, Oakland, CA 94612.  Please do not
send the documents to the U.S. Marshal's Service.

    If you have any questions, please feel free to contact me at
(510) 637-3542.

    Thank you for your cooperation in this matter.

                Very truly yours,

                *Sheilah Cahill*

                SHEILAH CAHILL
                Deputy Clerk

scc

encls.