**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
CLERK

1301 CLAY STREET, SUITE 400S
OAKLAND, CALIFORNIA 94612-5212
(510) 637-3530

May 21, 2008



Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA  94102

    Re:  C-07-4925 CW (PR), <u>Woodson v. Rodriquez, et al.</u>

Dear Sir:

    Enclosed are copies of the Complaint, Order of Service, and Notice of Lawsuit and Request for Waiver of Service of Summons in the above-captioned case which are being provided **as a courtesy**.  These documents have also been mailed to the named Defendants for acceptance of service as set forth in the Order of Service.

                        Very truly yours,


                        SHEILAH CAHILL
                        Deputy Clerk

scc

encls.