STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION              ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**SALINAS VALLEY STATE PRISON**
Litigation Coordinator
31625 Highway 101
P.O. Box 1020
Soledad, CA 93960

(831) 678-5573

**FILED**

JUN - 2 2008



RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

May 23, 2008

United States Department of Justice
United States Marshals Service
ATTN: SHIELAH CAHILL
1301 Clay St.
Room 1500
Oakland, CA  94612-5217

To Whom It May Concern:

Subject:    Notice and Acknowledgment of receipt of Summons and Complaint
            Woodson v. Rodriguez, USDC ND  C07-4925 CW

The enclosed Summons and Complaint, for the below listed named defendant(s) is/are returned to your attention for the following reason(s).

| NAME OF DEFENDANT | REASON FOR NON DELIVERY |
|---|---|
| Officer E. Camerena | Transferred to Calipatria State Prison 7018 Blair Rd. Calipatria, CA 92233 |

If you have any questions, please contact me at (831) 678-5573

E. Donnelly
Litigation Coordinator

RTS-DOJ-Okland