OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
400S
    CLERK
5212

1301 CLAY STREET, SUITE

OAKLAND, CALIFORNIA 94612-

(510) 637-3530

June 2, 2008

FILED
JUN - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Litigation Coordinator
Calipatria State Prison
7018 Blair Road
Calipatria, CA  92233

    Re: C-07-4925 CW(PR), <u>Woodson v. Rodriquez, et al.</u>

Dear Sir/Madam:

    Enclosed are copies of the complaint, order of service, and request for waiver of service in the above-captioned case that has been filed against a Calipatria State Prison employee which I am sending to you for forwarding to the named defendant.  If you are unable to forward the documents, please return them to me with a cover letter explaining the circumstances of non-delivery; the documents should be mailed back to Sheilah Cahill, Clerk's Office, U.S. District Court, 1301 Clay Street, Suite 400S, Oakland, CA 94612.  Please do not send the documents to the U.S. Marshal's Service.

    If you have any questions, please feel free to contact me at (510) 637-3542.

    Thank you for your cooperation in this matter.

                                  Very truly yours,

                                  *Sheilah Cahill*

                                  SHEILAH CAHILL
                                  Deputy Clerk

scc

encls.