**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5781
Facsimile: (415) 703-5843
E-Mail: Jose.ZelidonZepeda@doj.ca.gov

June 9, 2008



FILED
JUN 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Clerk of Court
United States District Court
Northern District of California
Ronald V. Dellums Federal Building
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212

RE:   T. R. Woodson v. J. Rodriguez, et al.
      <u>United States District Court, Northern District of California, Case No. C 07-04925</u> CW

Dear Clerk of Court:

Defendants **D. Vega**, **J. Parra**, **M. Kircher**, and **J. Rodriguez** acknowledge receipt of your request that they waive service of a summons in the above-referenced action. Defendants also acknowledge receipt of a copy of the complaint in the action, two copies of the request for waiver, and a means by which they can return the signed waiver without cost.

Defendants agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that they (or the entity on whose behalf they are acting) be served with judicial process in the manner provided by Federal Rule of Civil Procedure 4.

Defendants (or the entity on whose behalf they are acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Defendants understand that a judgment may be entered against them (or the party on whose behalf they are acting) if an answer or motion under Rule 12 is not filed with the U.S.
/ / /
/ / /

Clerk of Court, Northern District of California
June 9, 2008
Page 2

District Court and served upon plaintiff within 60 days after May 21, 2008.

                        Sincerely,

                        JOSE A. ZELIDON-ZEPEDA
                        Deputy Attorney General

        For    EDMUND G. BROWN JR.
               Attorney General

               As counsel of record for Defendants D. Vega, J.
               Parra, M. Kircher, and J. Rodriguez

cc: Thomas Ray Woodson, Calipatria State Prison

20115716.wpd