```
1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5781
     Fax: (415) 703-5843
8    Email: Jose.ZelidonZepeda@doj.ca.gov

9  Attorneys for Defendants J. Rodriguez, M. Kircher, J.
   Parra and D. Vega
10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THOMAS RAY WOODSON, | C 07-4925 |
|---|---|
| Plaintiff, | ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS J. RODRIGUEZ, M. KIRCHER, J. PARRA AND D. VEGA |
| v. | |
| J. RODRIGUEZ, et al., | |
| Defendants. | Judge: The Honorable Claudia Wilken |

TO PLAINTIFF THOMAS RAY WOODSON AND CLERK OF COURT:

PLEASE TAKE NOTICE that the undersigned counsel enters an appearance in this action on behalf of Defendants J. Rodriguez, M. Kircher, J. Parra, and D. Vega. The contact

///

///

Defs.' Entry of Appearance

T. R. Woodson v. J. Rodriguez, et al.
C 07-4925

1

1  information for counsel is as follows:

2      Jose A. Zelidon-Zepeda
    Deputy Attorney General
3      455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
4      Telephone: (415) 703-5781
    Facsimile: (415) 703-5843

5

6  Dated: June 25, 2008

7      Respectfully submitted,

8      EDMUND G. BROWN JR.
    Attorney General of the State of California

9      DAVID S. CHANEY
    Chief Assistant Attorney General

10

11      FRANCES T. GRUNDER
    Senior Assistant Attorney General

12      JONATHAN L. WOLFF
    Supervising Deputy Attorney General

13

14

15

16      JOSE A. ZELIDON-ZEPEDA
    Deputy Attorney General
    Attorneys for Defendants J. Rodriguez, M. Kircher, J. Parra and
17      D. Vega

18

19  20118631.wpd
SF2008200044

20

21

22

23

24

25

26

27

28

Defs.' Entry of Appearance      T. R. Woodson v. J. Rodriguez, et al.
    C 07-4925

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **T. R. Woodson v. J. Rodriguez, et al.**

Case No.:    **C 07-4925**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 25, 2008, I served the attached

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS J. RODRIGUEZ, M. KIRCHER, J. PARRA AND D. VEGA**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Thomas R. Woodson
P-76095
Calipatria State Prison
P.O. Box 5001
Calipatria, CA 92233-5001
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 25, 2008**, at San Francisco, California.

| M. Xiang | *[signature]* |
|---|---|
| Declarant | Signature |