Thomas Woodson P-76095 B-4-110
Calipatria State Prison
P.O. Box 5005
Calipatria, CA. 92233

**ORIGINAL**

C-07-4925 CW

**FILED**
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN The United States District Court
for the Northern District of California

NC

Thomas R. Woodson
                    Plaintiff
        V

Correctional Officer J. Rodriguez
                    et. al.
                    Defendants

Motion for Appointment of
Counsel and Declaration
Civil Action No.

Pursuant to 28 USC § 1915 (e)(1) Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited access to the law library and limited knowledge of the law. The institution is constantly on lockdown and conducting intrusive searches affecting loss, disregard and or destruction of legal papers and materials.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses. Plaintiff has been transferred from the institution where the incident occured making it difficult to obtain discovery and interrogatories.

4. Plaintiff has made repeated efforts to obtain a lawyer, the law firm of Amitai Schwartz pro bono panel with negative results.

(1)

Wherefore, Plaintiff request that the Court appoint a Valid member of the Bar as Plaintiffs counsel in this case.

June 26, 2008

*Thomas Woodson*
Thomas Woodson

Calipatria State Prison
P.O. Box 5005
Calipatria, CA. 92233

(2)

STATE OF CALIFORNIA  
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CALIPATRIA STATE PRISON | June 26, 2008 | CAL-INST-08-010 |

- [ ] NORMAL PROGRAM
- [x] MODIFIED PROGRAM
- [ ] LOCKDOWN
- [ ] STATE OF EMERGENCY
- [ ] INITIAL
- [x] UPDATE
- [ ] CLOSURE

RECEIVED JUN 26 2008 BY: ___

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- [ ] INSTITUTION
- [x] FACILITY: A, B, C, & D
- [ ] HOUSING UNIT:
- [ ] VOCATION:
- [ ] EDUCATION:

**INMATES AFFECTED**
- [x] ALL
- [ ] BLACKS
- [ ] WHITE
- [ ] HISPANIC
- [ ] OTHER

**REASON**
- [ ] BATTERY ON PEACE OFFICER
- [ ] DEATH
- [ ] RIOT / DISTURBANCE
- [ ] GROUPING
- [x] OTHER: Dangerous Contraband

**MOVEMENT**
- [x] NORMAL:
- [ ] ESCORT ALL MOVEMENT
- [ ] UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- [ ] CONTROLLED MOVEMENT:
- [ ] OTHER:

**WORKERS**
- [ ] CRITICAL WORKERS ONLY:
- [x] CULINARY
- [x] CLERKS
- [ ] VOCATION/EDUCATION
- [x] CANTEEN
- [x] CLOTHING ROOM
- [ ] RESTRICTED WORK PROGRAM
- [x] PORTERS

**DAYROOM**
- [ ] NORMAL
- [x] NO DAYROOM ACTIVITIES
- [ ] MODIFIED:

**RECREATION**
- [ ] NORMAL
- [x] NO RECREATIONAL ACTIVITIES:
- [ ] MODIFIED:

**FEEDING**
- [x] NORMAL
- [ ] CELL FEEDING
- [ ] CONTROLLED FEEDING IN DINING ROOM
  - [ ] HOUSING UNIT/DORM AT A TIME
  - [ ] DORM POD AT A TIME
  - [ ] TIER AT A TIME
  - [ ] HOUSING UNIT SECTION AT A TIME
- [ ] SACK MEAL BREAKFAST
- [x] SACK MEAL LUNCH
- [ ] SACK MEAL DINNER

**SHOWERS**
- [x] NORMAL:
- [ ] CONTROLLED:
- [ ] ONE INMATE PER SHOWER – OWN TIER
- [ ] CELL PARTNERS TOGETHER – OWN TIER
- [ ] DORM SHOWERING BY GROUP
- [ ] CRITICAL WORKERS ONLY
- [ ] NO SHOWERS

**CANTEEN**
- [x] NORMAL
- [ ] NO CANTEEN:
- [ ] MODIFIED:

**PACKAGES**
- [x] NORMAL
- [ ] NO PACKAGES:
- [ ] MODIFIED:

**DUCATS**
- [x] ALL DUCATS HONORED
- [ ] MEDICAL DUCATS ONLY
- [ ] CLASSIFICATION DUCATS
- [ ] PRIORITY DUCATS ONLY

**MEDICAL**
- [x] NORMAL MEDICAL PROGRAM
- [ ] PRIORITY DUCATS ONLY
- [ ] LVN CONDUCT ROUNDS IN UNITS
- [ ] INMATES ESCORTED TO SICK CALL
- [ ] EMERGENCY MEDICAL ONLY
- [ ] OTHER:

**PHONE CALLS**
- [x] NORMAL
- [ ] NO PHONE CALLS:
- [ ] MODIFIED:

**VISITING**
- [x] NORMAL VISITING
- [ ] NON-CONTACT ONLY
- [ ] NO VISITING:
- [ ] OTHER:

**LEGAL LIBRARY**
- [x] NORMAL
- [ ] APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- [ ] NORMAL
- [ ] NO RELIGIOUS SERVICES
- [x] MODIFIED: in-cell

**REMARKS:** On Monday, May 26, 2008 at approximately 0630 hours dangerous contraband was confiscated from a Dining Worker. The Institution will remain on a Modified Program pending investigation into this incident and until it can be determined that the Institution can safely return to normal program. MSF and ASU's will operate under normal program. Administrative Staff will review and update this PSR on Monday, June 30, 2008.

| PREPARED BY: J. BUILTEMAN, AW-CENT OPS | DATE 6/25/08 | NAME / SIGNATURE (WARDEN) LARRY SMALL, WARDEN (A) | DATE 6/25/08 |
|---|---|---|---|

# *VERIFICATION*

STATE OF CALIFORNIA
COUNTY OF IMPERIAL



(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _Thomas R. woodson_ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE _Declarant_ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _26_ DAY OF: _June_, _2008_ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) _____
(DECLARANT/PRISONER)

---

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _Thomas R. woodson_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON _June 28_, 200_8_ I SERVED THE FOREGOING: _Motion for Appointment of Counsel to the United States District Court for the Northern District_

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _June 28, 2008_                         _Thomas Woodson_
                                              (DECLARANT/PRISONER)