

Thomas Woodson P76095 B-4-110
Calipatria State Prison
P.O. Box 5005
Calipatria, CA 92233

Office of Clerk
U.S. District Court
Northern District of Calif.
1301 Clay St. Suite 400S
Oakland, CA 94612-5212

LEGAL MAIL ONLY