

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

**RECEIVED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5781
Facsimile: (415) 703-5843
E-Mail: Jose.ZelidonZepeda@doj.ca.gov

July 1, 2008

Clerk of Court
United States District Court
Northern District of California
Ronald V. Dellums Federal Building
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212

RE: T. R. Woodson v. J. Rodriguez, et al.
    United States District Court, Northern District of California, Case No. C 07-4925 CW

Dear Clerk of Court:

Defendant E. Camarena (Defendant) acknowledges receipt of your request that he waive service of a summons in the above-referenced action. Defendant also acknowledges receipt of a copy of the complaint in the action, two copies of the request for waiver, and a means by which he can return the signed waiver without cost.

Defendant agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that he (or the entity on whose behalf he is acting) be served with judicial process in the manner provided by Federal Rule of Civil Procedure 4.

Defendant (or the entity on whose behalf he is acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Defendant understands that a judgment may be entered against him (or the party on whose behalf he was acting) if an answer or motion under Rule 12 is not filed with the U.S.
/ / /
/ / /

Clerk of Court, Northern District of California
July 1, 2008
Page 2

District Court and served upon plaintiff within 60 days after June 2, 2008.

                                        Sincerely,

                                        JOSE A. ZELIDON-ZEPEDA
                                        Deputy Attorney General

                    For    EDMUND G. BROWN JR.
                          Attorney General


                                    As counsel of record for Defendant E. Camarena


cc:    Thomas R. Woodson, Calipatria State Prison


20119385.wpd