EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5781
  Fax: (415) 703-5843
  Email: Jose.ZelidonZepeda@doj.ca.gov

Attorneys for Defendants J. Rodriguez, M. Kircher, J. Parra, D. Vega, and E. Camarena

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>                      Plaintiff,<br><br>v.<br><br>J. RODRIGUEZ, et al.,<br><br>                      Defendants. | C 07-4925 CW<br><br>**DECLARATION E. MEDINA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:    The Honorable<br>             Claudia Wilken |

I, E. Medina, declare as follows:

1.    I am an employee of the California Department of Corrections and Rehabilitation (CDCR), working as an Appeals Coordinator at Salinas Valley State Prison, California (SVSP). I am familiar with the institutional policies and practices at SVSP for processing inmate appeals. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, would and could so testify. I submit this declaration in support of Defendants' Motion to Dismiss.

///

Decl. E. Medina Support. Mot. Dism.                                      T. R. Woodson v. J. Rodriguez, et al.
                                                                                                                                      C 07-4925 CW

1    2.    I am familiar with the sections of title 15 of the California Code of Regulations that govern an inmate appeal. Section 3084.5 describes the levels of review that are available for an inmate grievance. These levels include the Informal Level; the First Formal Level (Level I); the Second Formal Level (Level II); and the Third Formal Level (Level III, or Director's Level). Informal Level, Level I, and Level II review take place at the institutional level.

3.    SVSP maintains an electronic record of each inmate appeal that has been processed through Level II.

4.    The inmate appeal records are made at or near the time that the inmate grievances are investigated and decided, and they are made by a person with knowledge of the matters addressed, or according to information provided by a person with knowledge of those matters. These appeal records are made and kept in the course of regularly conducted activity, as a regular practice.

5.    Attached as Exhibit A is a true and correct copy of a computer printout of the Inmate/Parolee Appeals Tracking System, Level I & II, for Plaintiff Thomas Ray Woodson, P-76095 (Appeal Listing). This print-out lists each inmate appeal submitted by Plaintiff that was processed through Level II or screened out, while he was housed at SVSP, through July 3, 2008.

6.    For each inmate appeal that is properly submitted, the Appeal Listing provides the inmate's CDCR number, the inmate's name, the area of origin, the issue involved, and the institutional log number. Below this information, the Appeal Listing sets out the levels of review for each inmate appeal, according to how far along the process the inmate pursued his grievance.

/ / /
/ / /

Decl. E. Medina Support. Mot. Dism.    T. R. Woodson v. J. Rodriguez, et al.
C 07-4925 CW

07/16/2008  Case 4:07-cv-04925-CW   Document 26   SVSP LITIGATION OFFC  Filed 07/18/2008   Page 3 of 3  PAGE 02/02
JUL/15/2008/TUE 01:04 PM                                                                                  P. 005

7. The Appeal Listing for Plaintiff reflects that he submitted only one appeal within 15 days after the March 23, 2006 incident giving rise to this action. This appeal was received on March 27, 2006, and assigned log number SVSP-C-06-00952.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed on ~~August~~ July 16, 2008, at Soledad, California.

E. Medina
Appeals Coordinator
Salinas Valley State Prison

Decl. E. Medina Support. Mot. Dism.

T. R. Woodson v. J. Rodriguez, et al.
C 07-4925 CW

3