# EXHIBIT  A

Salinas Valley State Prison

07/03/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| P76095 | WOODSON, T | FAC. C-7 | CASE INFO./RECORDS | SVSP-C-01-01893 | |
| Informal Review: | Received: 04/13/2001 | Due: | Completed: 05/11/2001 | Disposition: DENIED | |
| Level I Review: | Received: 04/13/2001 | Due: 07/18/2001 | Completed: 07/13/2001 | Disposition: GRANTED | |
| Level II Review: | Received: 04/13/2001 | Due: 08/23/2001 | Completed: 11/28/2001 | Disposition: DENIED | |
| P76095 | WOODSON, T | R&R | MAIL | SVSP-C- | |
| Informal Review: | Received: 05/14/2001 | Due: | Completed: 08/01/2001 | Disposition: GRANTED IN PART | |
| P76095 | WOODSON, T | FAC. C-7 | CUSTODY/CLASS. | SVSP-C- | |
| Informal Review: | Received: 06/29/2001 | Due: | Completed: 07/20/2001 | Disposition: DENIED | |
| P76095 | WOODSON, T | FAC. B 3 | LEGAL | SVSP-B- | |
| P76095 | WOODSON, T | FAC. B 3 | PROPERTY | SVSP-B- | |
| P76095 | WOODSON, T | FAC. B 3 | PROPERTY | SVSP-B- | |
| Informal Review: | Received: 04/04/2002 | Due: | Completed: 04/29/2002 | Disposition: CANCELLED | |
| P76095 | WOODSON, T | FAC. B 3 | LIVING CONDITIONS | SVSP-B-02-02758 | |
| Informal Review: | Received: 05/03/2002 | Due: | Completed: 06/21/2002 | Disposition: DENIED | |
| Level I Review: | Received: 05/03/2002 | Due: 08/20/2002 | Completed: 08/16/2002 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 05/03/2002 | Due: 08/20/2002 | Completed: 09/27/2002 | Disposition: GRANTED IN PART | |
| Level III Review: | Received: 08/03/2002 | Due: 09/19/2002 | Completed: 01/29/2003 | Disposition: DENIED | |
| P76095 | WOODSON, T | FAC. B 3 | LEGAL | SVSP-B-02-02737 | |
| Level I Review: | Received: 06/28/2002 | Due: 08/20/2002 | Completed: 08/16/2002 | Disposition: GRANTED IN PART | |
| P76095 | WOODSON, T | FAC. B 3 | CUSTODY/CLASS. | SVSP-B-02-03256 | |
| Level I Review: | Received: 07/16/2002 | Due: 09/25/2002 | Completed: 09/12/2002 | Disposition: CANCELLED | |
| P76095 | WOODSON, T | FAC. B 3 | PROPERTY | SVSP-B-02-04811 | |
| Informal Review: | Received: 12/10/2002 | Due: | Completed: 12/27/2002 | Disposition: CANCELLED | |
| Level I Review: | Received: 12/10/2002 | Due: 02/11/2003 | Completed: 01/13/2003 | Disposition: CANCELLED | |
| P76095 | WOODSON, T | FAC. B 3 | PROPERTY | SVSP-B-03-00192 | |

Salinas Valley State Prison

07/03/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Review | Received | Due | Completed | Disposition | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|---|---|---|---|---|
| 276095 | WOODSON, T | Informal Review: | 12/10/2002 | | 01/10/2003 | DENIED | FAC. B 3 | LIVING CONDITIONS | SVSP-B-03-00194 | |
| | | Level I Review: | 12/16/2002 | 03/13/2003 | 02/07/2003 | DENIED | | | | |
| | | Level II Review: | 12/16/2002 | 03/21/2003 | 03/19/2003 | GRANTED IN PART | | | | |
| 276095 | WOODSON, T | Informal Review: | 12/26/2002 | | 01/10/2003 | GRANTED IN PART | FAC. B 3 | PROPERTY | SVSP-B-03-00722 | |
| | | Level I Review: | 12/26/2002 | 03/13/2003 | 02/13/2003 | GRANTED | | | | |
| 276095 | WOODSON, T | Informal Review: | 01/02/2003 | | 01/28/2003 | GRANTED IN PART | FAC. B 3 | PROPERTY | SVSP-B- | |
| | | Level I Review: | 01/02/2003 | 03/20/2003 | 02/17/2003 | GRANTED | | | | |
| 276095 | WOODSON, T | Informal Review: | 06/12/2003 | | 07/02/2003 | GRANTED | FAC. B 3 | LIVING CONDITIONS | SVSP-B- | |
| 276095 | WOODSON, T | Level I Review: | 07/23/2003 | 10/28/2003 | 07/31/2003 | CANCELLED | FAC. B 3 | LIVING CONDITIONS | SVSP-B- | |
| 276095 | WOODSON, T | Informal Review: | 07/23/2003 | | 09/05/2003 | DENIED | FAC. B 3 | PROGRAM | SVSP-B- | |
| 276095 | WOODSON, T | Informal Review: | 08/26/2003 | | 10/23/2003 | DENIED | FAC. B 3 | LIVING CONDITIONS | SVSP-B-03-03067 | |
| 276095 | WOODSON, T | Informal Review: | 08/18/2003 | | 09/19/2003 | DENIED | FAC. B 5 | PROPERTY | SVSP-B-03-03374 | |
| | | Level I Review: | 08/18/2003 | 11/21/2003 | 10/29/2003 | CANCELLED | | | | |
| 276095 | WOODSON, T | Level II Review: | 11/07/2003 | 12/24/2003 | 01/09/2004 | DENIED | FAC. B 4 | DISCIPLINARY | SVSP-B-03-03826 | |
| | | Level III Review: | | | 06/24/2004 | DENIED | | | | |

Salinas Valley State Prison

07/03/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| P76095 | WOODSON, T | FAC. B 4 | MEDICAL | SVSP-B-04-00197 | |
| Informal Review: | | Received: 12/10/2003 | Due: | Completed: 01/13/2004 | Disposition: GRANTED IN PART |
| Level I Review: | | Received: 12/10/2003 | Due: 03/03/2004 | Completed: 03/04/2004 | Disposition: GRANTED IN PART |
| P76095 | WOODSON, T | CSP/AVENAL | PROPERTY | SVSP-D-04-00499 | |
| Informal Review: | | Received: 01/06/2004 | Due: | Completed: 01/27/2004 | Disposition: DENIED |
| Level I Review: | | Received: 01/06/2004 | Due: 03/17/2004 | Completed: 03/19/2004 | Disposition: DENIED |
| Level II Review: | | Received: 04/13/2004 | Due: 05/11/2004 | Completed: 05/14/2004 | Disposition: DENIED |
| P76095 | WOODSON, T | FAC. D 1 | LEGAL | SVSP-D-04-00198 | |
| Level I Review: | | Received: 01/16/2004 | Due: 03/17/2004 | Completed: 03/11/2004 | Disposition: GRANTED |
| P76095 | WOODSON, T | FAC. D 1 | MEDICAL | SVSP-D- | |
| Informal Review: | | Received: 02/06/2004 | Due: | Completed: 02/06/2004 | Disposition: GRANTED IN PART |
| P76095 | WOODSON, T | FAC. D 1 | LEGAL | SVSP-D-04-00947 | |
| Informal Review: | | Received: 02/05/2004 | Due: | Completed: 02/26/2004 | Disposition: DENIED |
| Level I Review: | | Received: 02/05/2004 | Due: 04/27/2004 | Completed: 04/23/2004 | Disposition: DENIED |
| Level II Review: | | Received: 05/03/2004 | Due: 06/01/2004 | Completed: 06/08/2004 | Disposition: DENIED |
| P76095 | WOODSON, T | FAC. D 1 | LEGAL | SVSP-D-04-01428 | |
| Informal Review: | | Received: 02/18/2004 | Due: | Completed: 04/02/2004 | Disposition: DENIED |
| Level I Review: | | Received: 04/07/2004 | Due: 05/19/2004 | Completed: 05/12/2004 | Disposition: CANCELLED |
| P76095 | WOODSON, T | FAC. D 1 | DISCIPLINARY | SVSP-D- | |
| Level II Review: | | Received: 04/08/2004 | Due: 05/18/2004 | Completed: 05/11/2004 | Disposition: DENIED |
| P76095 | WOODSON, T | B YARD | DISCIPLINARY | SVSP-B-04-03527 | |
| Informal Review: | | Received: 03/22/2004 | Due: 04/06/2004 | Completed: 09/02/2004 | Disposition: DENIED |
| Level I Review: | | Received: 09/22/2004 | Due: 11/04/2004 | Completed: 11/05/2004 | Disposition: DENIED |

Salinas Valley State Prison

07/03/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| | | | Level II Review: Received: 11/19/2004   Due: 12/21/2004   Completed: 12/20/2004   Disposition: DENIED | | |
| | | | Level III Review:   Due: 08/17/2005   Completed: 08/17/2005   Disposition: DENIED | | |
| P76095 | WOODSON, T | FAC. D 2 | STAFF COMPLAINTS | SVSP-D-05-00173 | |
| | | | Level I Review: Received: 01/18/2005   Due: 03/02/2005   Completed: 02/14/2005   Disposition: BYPASSED | | |
| | | | Level II Review: Received: 02/14/2005   Due: 03/16/2005   Completed: 02/14/2005   Disposition: GRANTED IN PART | | |
| P76095 | WOODSON, T | FAC. D 2 | PROGRAM | SVSP-D- | |
| | | | Informal Review: Received: 02/04/2005   Due: 02/18/2005   Completed: 02/08/2006   Disposition: LOST | | |
| P76095 | WOODSON, T | FAC. D 2 | STAFF COMPLAINTS | SVSP-D-05-00609 | |
| | | | Level I Review: Received: 02/07/2005   Due: 03/22/2005   Completed: 03/25/2005   Disposition: GRANTED IN PART | | |
| | | | Level II Review: Received: 05/16/2005   Due: 08/22/2005   Completed: 08/24/2005   Disposition: DENIED | | |
| | | | Level III Review:   Due: 12/15/2005   Completed: 12/15/2005   Disposition: DENIED | | |
| P76095 | WOODSON, T | FAC. D 2 | MEDICAL | SVSP-D- | |
| | | | Informal Review: Received: 02/10/2005   Due: 02/25/2005   Completed: 03/02/2005   Disposition: GRANTED IN PART | | |
| P76095 | WOODSON, T | FAC. C 3 | DISCIPLINARY | SVSP-C-05-00732 | |
| | | | Level I Review: Received: 02/14/2005   Due: 03/28/2005   Completed: 04/11/2005   Disposition: DENIED | | |
| | | | Level III Review:   Due: 08/16/2005   Completed: 08/16/2005   Disposition: DENIED | | |
| P76095 | WOODSON, T | FAC. C 3 | CUSTODY/CLASS. | SVSP-C-05-00966 | |
| | | | Level I Review: Received: 03/01/2005   Due: 04/13/2005   Completed: 03/11/2005   Disposition: GRANTED | | |
| P76095 | WOODSON, T | FAC. C 3 | MEDICAL | SVSP-C-05-01396 | |
| | | | Level I Review: Received: 04/04/2005   Due: 05/16/2005   Completed: 04/29/2005   Disposition: GRANTED IN PART | | |
| P76095 | WOODSON, T | FAC. C 3 | WORK INCENTIVE | SVSP-C- | |
| | | | Informal Review: Received: 07/05/2005   Due: 07/19/2005   Completed: 07/18/2005   Disposition: GRANTED IN PART | | |
| P76095 | WOODSON, T | FAC. C 3 | CUSTODY/CLASS. | SVSP-C-05-03333 | |
| | | | Level I Review: Received: 08/30/2005   Due: 10/13/2005   Completed: 09/30/2005   Disposition: GRANTED IN PART | | |

Salinas Valley State Prison

07/03/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| P76095 | WOODSON, T | FAC. C 3 | LIVING CONDITIONS | SVSP-C- | |

Level I Review:    Received: 03/27/2006    Due: 05/03/2006    Completed: 05/19/2006    Disposition: GRANTED IN PART    SVSP-C-06-00952
Level II Review:    Received: 08/01/2006    Due: 08/25/2006    Completed: 08/16/2006    Disposition: GRANTED IN PART

| P76095 | WOODSON, T | FAC. C 3 | STAFF COMPLAINTS | SVSP-C- | |
|---|---|---|---|---|---|

Level III Review:    Due: 09/29/2006    Completed: 02/21/2007    Disposition: DENIED

| 6095 | WOODSON, T | FAC. C 3 | PROGRAM | SVSP-C-06-02170 | |
|---|---|---|---|---|---|

Informal Review:    Received: 06/07/2006    Due: 06/21/2006    Completed: 08/30/2006    Disposition: DENIED
Level I Review:    Received: 07/14/2006    Due: 08/25/2006    Completed: 08/25/2006    Disposition: DENIED
Level II Review:    Received: 08/29/2006    Due: 09/27/2006    Completed: 09/26/2006    Disposition: DENIED

| 6095 | WOODSON, T | FAC. D 8 | SEGREGATION HEARINGS | SVSP-D-06-02563 | |
|---|---|---|---|---|---|

Informal Review:    Received: 05/26/2006    Due: 07/11/2006    Completed: 08/09/2006    Disposition: DENIED
Level I Review:    Received: 08/23/2006    Due: 10/05/2006    Completed: 09/26/2006    Disposition: GRANTED IN PART

| P76095 | WOODSON, T | FAC. D 8 | PROPERTY | SVSP-D- | |
|---|---|---|---|---|---|

Informal Review:    Received: 05/02/2006    Due: 05/16/2006    Completed: 05/24/2006    Disposition: DENIED

| 6095 | WOODSON, T | FAC. D 8 | MEDICAL | SVSP-D- | |
|---|---|---|---|---|---|

Informal Review:    Received: 06/12/2006    Due: 06/26/2006    Completed: 06/23/2006    Disposition: DENIED

| 6095 | WOODSON, T | FAC. D 2 | DISCIPLINARY | SVSP-D-06-02173 | |
|---|---|---|---|---|---|

Level I Review:    Received: 07/14/2006    Due: 08/25/2006    Completed: 08/17/2006    Disposition: DENIED
Level II Review:    Received: 07/14/2006    Due: 08/25/2006    Completed: 11/30/2006    Disposition: DENIED

| P76095 | WOODSON, T | FAC. D 2 | PROPERTY | SVSP-D-06-02169 | |
|---|---|---|---|---|---|

Level I Review:    Received: 07/14/2006    Due: 08/24/2006    Completed: 08/24/2006    Disposition: WITHDRAWN

| P76095 | WOODSON, T | FAC. D 2 | CUSTODY/CLASS. | SVSP-D- | |
|---|---|---|---|---|---|
| P76095 | WOODSON, T | FAC. D 2 | TRANSFER | SVSP-D-06-02482 | |

07/03/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Salinas Valley State Prison

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| 76095 | WOODSON, T | FAC. D 2 | LEGAL | SVSP-D- | |
| | Level II Review: | Received: 09/15/2006 | Due: 10/16/2006 | Completed: 09/28/2006 | Disposition: DENIED |
| | Level I Review: | Received: 08/11/2006 | Due: 09/25/2006 | Completed: 09/08/2006 | Disposition: DENIED |
| 76095 | WOODSON, T | FAC. D 2 | TRANSFER | SVSP-D- | |
| 76095 | WOODSON, T | FAC. D 8 | STAFF COMPLAINTS | SVSP-D- | |
| 76095 | WOODSON, T | FAC. D 2 | PROPERTY | SVSP-D- | |
| 76095 | WOODSON, T | FAC. D 8 | STAFF COMPLAINTS | SVSP-D-06-02787 | |
| | Level I Review: | Received: 09/14/2006 | Due: 10/27/2006 | Completed: 09/25/2006 | Disposition: SCREENED OUT |
| 76095 | WOODSON, T | FAC. D 2 | LEGAL | SVSP-D- | |
| 76095 | WOODSON, T | FAC. D 2 | TRANSFER | SVSP-D- | |
| 76095 | WOODSON, T | FAC. D 2 | PROPERTY | SVSP-D- | |
| 76095 | WOODSON, T | FAC. D 8 | CUSTODY/CLASS. | SVSP-D- | |
| | Informal Review: | Received: 11/17/2006 | Due: 12/05/2006 | Completed: 12/08/2006 | Disposition: GRANTED IN PART |
| 76095 | WOODSON, T | FAC. D 8 | CASE INFO./RECORDS | SVSP-D-07-00002 | |
| | Informal Review: | Received: 11/20/2006 | Due: 12/08/2006 | Completed: 12/08/2006 | Disposition: GRANTED |
| | Level I Review: | Received: 12/26/2006 | Due: 02/08/2007 | Completed: 01/26/2007 | Disposition: GRANTED |
| 76095 | WOODSON, T | FAC. D 8 | MEDICAL | SVSP-D- | |
| | Informal Review: | Received: 11/27/2006 | Due: 12/11/2006 | Completed: 12/12/2006 | Disposition: GRANTED IN PART |
| 76095 | WOODSON, T | FAC. D 8 | TRANSFER | SVSP-D- | |
| 76095 | WOODSON, T | FAC. C 8 | PROPERTY | SVSP-C- | |
| 76095 | WOODSON, T | FAC. C 8 | PROPERTY | SVSP-C- | |
| | Informal Review: | Received: 03/16/2007 | Due: 03/30/2007 | Completed: 04/03/2007 | Disposition: GRANTED IN PART |

Salinas Valley State Prison

07/03/2008

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|

Total: 61