# EXHIBIT A

Inmate Appeals Branch

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History
CDCR Number: P76095

06/06/2008

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| P76095 | WOODSON, THOMAS | CAL | 11/16/2007 | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0205255 | LIVING CONDITIONS | Prior to subcategory | 11/04/2002 | SVSP-02-02758 | 02/04/2003 | 01/29/2003 | DENIED |
| 0310405 | DISCIPLINARY | Prior to subcategory | 04/01/2004 | SVSP-03-03826 | 06/25/2004 | 06/24/2004 | DENIED |
| 0411456 | DISCIPLINARY | Prior to subcategory | 05/23/2005 | SVSP-05-00732 | 08/17/2005 | 08/16/2005 | DENIED |
| 0411474 | PROPERTY | Prior to subcategory | 05/23/2005 | SVSP-04-03527 | 08/17/2005 | 08/17/2005 | DENIED |
| 0503231 | STAFF COMPLAINTS | Prior to subcategory | 09/21/2005 | SVSP-05-00609 | 12/20/2005 | 12/15/2005 | DENIED |
| 0603277 | DISCIPLINARY | Prior to subcategory | 09/15/2006 | SVSP-06-02173 | 12/14/2006 | 11/30/2006 | DENIED |
| 0606000 | STAFF COMPLAINTS | Prior to subcategory | 11/20/2006 | SVSP-06-00952 | 02/21/2007 | 02/21/2007 | DENIED |
| 0606071 | PROGRAM | Prior to subcategory | 11/20/2006 | SVSP-06-02170 | 02/21/2007 | 02/08/2007 | DENIED |
| 0617908 (Group) | PROGRAM | Prior to subcategory | 06/27/2007 | HDSP-07-00085 | 09/21/2007 | 08/21/2007 | DENIED |
| 0729388 (Group) | LIVING CONDITIONS | Modified/Lockdown | 04/21/2008 | CAL-08-00282 | 07/16/2008 | | PENDING |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0310405 | DISCIPLINARY | Prior to subcategory | 02/11/2004 | SVSP-03-03826 | 02/11/2004 | | MISSING DOCUMENTATION |
| 0606000 | STAFF COMPLAINTS | Prior to subcategory | 09/12/2006 | SVSP-06-00952 | 09/12/2006 | | MISSING DOCUMENTATION |
| 5001263 | PROPERTY | Prior to subcategory | 02/01/2005 | SVSP-04-03527 | 02/01/2005 | | MISSING DOCUMENTATION |
| 5002388 | STAFF COMPLAINTS | Prior to subcategory | 07/27/2005 | SVSP-D-05-00173 | 07/27/2005 | | APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |
| 5002388 | STAFF COMPLAINTS | Prior to subcategory | 02/24/2005 | SVSP-D-05-00173 | 05/25/2005 | | MISSING DOCUMENTATION |

Inmate Appeals Branch

06/06/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs |
|---|---|---|---|---|---|---|
| P76095 | WOODSON, THOMAS | CAL | 11/16/2007 | | | |
| 5007453 | OTHER | | | Prior to subcategory | 06/14/2005 | 08/04/2005 | MISSING DOCUMENTATION |
| 5029192 | TRANSFER | | | Prior to subcategory | 10/24/2006 SVSP-06-02482 | 10/24/2006 | MISSING DOCUMENTATION |
| 5048261 | OTHER | | | Prior to subcategory | 04/16/2001 CAL-01-084 & | 04/16/2001 | IMPROPERLY REJECTED OR OVERDUE |
| 5080089 | LIVING CONDITIONS | | | Prior to subcategory | 08/08/2003 | 08/08/2003 | MUST BE COMPLETED THROUGH 2ND LEVEL |

Page: 2