Thomas Woodson E-76995 B-3-109
Calipatria State Prison
P.O. Box 5005
Calipatria, CA 92233

FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

In The United States District Court
for the Northern District of California
Oakland Division

Thomas Ray Woodson
   Plaintiff
v.
J. Rodriguez, et al.,
   Defendants

Case No. C07-4925 CW
Letter to Court requesting
Extension of time to respond
to Defendants Motion to Dismiss

NC

Plaintiff hereby moves this court to allow an extension of time for plaintiff to respond to defendants "motion to dismiss". Plaintiff was recently forced to defend himself against a violent attack by another inmate. Also plaintiff has sent several request to the institutional law library w/ negative results. Prison officials say its because of the budget package. Plaintiff respectfully request an extension of time to respond.

Date: August 17, 2008

Respectfully (s) Thomas Woodson
Thomas Woodson