Thomas Woodson P-70095, B8-109
Calipatria State Prison
P.O. Box 5005
Calipatria, CA 92233

"Legal Mail"

Office of the Clerk
U.S. District Court
Northern District of Calif.
1301 Clay St. Suite 400S
Oakland, CA 94612-5212

94612$525 C037



GENERATED FROM
CALIPATRIA STATE PRISON

02 1A
000462789
MAILED FROM ZIP CODE 92233
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.42⁰
AUG 18 2008





GENERATED FROM
CALIPATRIA STATE PRISON

02 1A
0004627869
MAILED FROM ZIP CODE 92233
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.00⁰
JUN 13 2008