1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5781
     Fax:  (415) 703-5843
8    Email:  Jose.ZelidonZepeda@doj.ca.gov

9  Attorneys for Defendants J. Rodriguez, M. Kircher, J.
   Parra, D. Vega, and E. Camarena

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>                                Plaintiff,<br><br>              v.<br><br>J. RODRIGUEZ, et al.,<br><br>                                Defendants. | C 07-4925<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO MOTION TO DISMISS**<br><br>Judge:     The Honorable<br>               Claudia Wilken |

On July 18, 2008, Defendants filed a motion to dismiss this case under Federal Rule of Civil Procedure 12(b).  Plaintiff has filed a request for an extension of time to respond to Defendants' motion to dismiss.  However, Plaintiff does not specify the length of the extension of time he seeks to respond to the motion to dismiss.

Pursuant to Civil Local Rule 7-3(b), Defendants inform the Court that Defendants have no objection to a 30-day extension of time for Plaintiff to respond to the motion to dismiss.  If the

/ / /

/ / /

Defs.' Non-Opp. to Pl.'s Request for EOT                                T. R. Woodson v. J. Rodriguez, et al.
                                                                                                                  C 07-4925

1

1 | Court grants an extension of time, however, Defendants request that the due date for Defendants'
2 | reply also be re-set.

3 |        Dated: August 22, 2008

4 |               Respectfully submitted,

5 |               EDMUND G. BROWN JR.
    Attorney General of the State of California

6 | DAVID S. CHANEY
   Chief Assistant Attorney General

7 | ROCHELLE C. EAST
8 | Senior Assistant Attorney General

   JONATHAN L. WOLFF
9 | Supervising Deputy Attorney General

13 | JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
   Attorneys for Defendants J. Rodriguez, M. Kircher, J. Parra, D.
14 | Vega, and E. Camarena

16 | 20134898.wpd
   SF2008200044

Defs.' Non-Opp. to Pl.'s Request for EOT     T. R. Woodson v. J. Rodriguez, et al.
C 07-4925

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **T. R. Woodson v. J. Rodriguez, et al.**

Case No.:    **C 07-4925**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 25, 2008</u>, I served the attached

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO MOTION TO DISMISS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Thomas R. Woodson
P-76095
Calipatria State Prison
P.O. Box 5001
Calipatria, CA 92233-5001
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 25, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M. Xiang | _(signature)_ |
| Declarant | Signature |

20135337.wpd