IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>    Plaintiff,<br><br>  v.<br><br>J. RODRIGUEZ, et al.,<br><br>    Defendants.               / | No. C 07-04925 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion to Dismiss. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion to Dismiss will be extended up to and including <u>thirty (30) days</u> from the date of this Order.

If Defendants wish to file a reply brief, they shall do so no later than <u>fifteen (15) days</u> after the date Plaintiff's opposition is filed.

This Order terminates Docket no. 31.

IT IS SO ORDERED.

Dated: 9/9/08

                                          CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

THOMAS RAY WOODSON,

        Plaintiff,

v.

J. RODRIGUEZ et al,

        Defendant.

Case Number: CV07-04925 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Alfonso Zelidon-Zepeda
Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Thomas Ray Woodson P-76095
&quot;C&quot; Facility Calipatria State Prison
Calipatria, CA 92253

Dated: September 9, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk