1  EDMUND G. BROWN JR.
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
4  State Bar No. 227108
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5781
6   Fax:  (415) 703-5843
    E-mail:  Jose.ZelidonZepeda@doj.ca.gov
7  *Attorneys for Defendants*
   *J. Rodriguez, M. Kircher, J. Parra, D. Vega, and*
8  *E. Camarena*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>                              Plaintiff,<br><br>     v.<br><br>J. RODRIGUEZ, et al.,<br><br>                              Defendants. | C 07-4925 CW (PR)<br><br>**STIPULATION REQUESTING REFERRAL OF THIS CASE TO PRO SE SETTLEMENT PROGRAM WITH MAGISTRATE JUDGE NANDOR VADAS AND TO STAY PROCEEDINGS; ORDER**<br><br>Judge     The Honorable Claudia Wilken |

The parties to this action jointly request, under Northern District Civil Local Rule 7-12, that the Court refer this case to the Pro Se Settlement Program with Magistrate Judge Nandor Vadas, in order to explore the possibility of settlement. The parties further request that the Court stay proceedings in this action, including all outstanding discovery, pending the outcome of the

/ / /

/ / /

1

Stip. Req. Referral to Med.; [Prop.] Ord.  (C 07-4925)

1  settlement conference.  If the settlement conference proves unsuccessful, all responses to

2  outstanding discovery shall be served 30 days after the settlement conference takes place.

3  Defendants' motion for summary judgment shall be due 60 days after the settlement conference.

4  Plaintiff's opposition shall be due 30 days after the motion for summary judgment is filed.

5

6  Defendants may file a reply 30 days after the Plaintiff's opposition is filed.

7           IT IS SO STIPULATED.

8

9       Date: _____                                    _____
                                                            Thomas Ray Woodson, Plaintiff in Pro se
10

11
        Date:_____                                    _____
12                                                         Jose A. Zelidon-Zepeda, Dep. Atty. Gen.
                                                            Attorney for Defendants M. Kircher, J.
13                                                         Rodriguez, J. Parra, E. Camarena, and D.
                                                            Vega
14

15

16          PURSUANT TO THE PARTIES STIPULATION, IT IS SO ORDERED.

17           7/1/09

18      Date:_____                                    _____
19                                                         The Honorable Claudia Wilken
                                                            United States District Judge
20

21

22  SF2008200044
    20201224.doc

23

24

25

26

27

28

2

Stip. Req. Referral to Med.; [Prop.] Ord.  (C 07-4925)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

THOMAS RAY WOODSON,

    Plaintiff,

v.

J. RODRIGUEZ et al,

    Defendant.
_____/

Case Number: CV07-04925 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Ray Woodson P-76095
"C" Facility Calipatria State Prison
P.O. Box 5001
Calipatria, CA 92253

Dated: July 1, 2009

                         Richard W. Wieking, Clerk
                         By: Sheilah Cahill, Deputy Clerk

3

Stip. Req. Referral to Med.; [Prop.] Ord.  (C 07-4925)