1   EDMUND G. BROWN JR.
    Attorney General of California
2   JAY C. RUSSELL
    Supervising Deputy Attorney General
3   JOSE A. ZELIDON-ZEPEDA
    Deputy Attorney General
4   State Bar No. 227108
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 703-5781
6     Fax:  (415) 703-5843
      E-mail:  Jose.ZelidonZepeda@doj.ca.gov
7   *Attorneys for Defendants*
    *J. Rodriguez, M. Kircher, J. Parra, D. Vega, and E.*
8   *Camarena*

9                 IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13

14   **THOMAS RAY WOODSON,**                  C 07-4925 CW (PR)

15                         Plaintiff,    **[PROPOSED] ORDER DIRECTING
                                         TRANSFER OF PLAINTIFF THOMAS
16              v.                       RAY WOODSON FROM CALIPATRIA
                                         STATE PRISON TO CALIFORNIA
17                                       STATE PRISON, SOLANO, FOR
                                         PURPOSES OF SETTLEMENT
18   **J. RODRIGUEZ, et al.,**           CONFERENCE**

                           Defendants.
19
                                         Judge        The Honorable Nandor Vadas
20                                       Action Filed:  September 21, 2007

21        On July 1, 2009, this case was referred for inclusion in the Pro Se Settlement Program.

22   Defendants have agreed to hold a settlement conference on September 21, 2009 at California

23   State Prison-Solano in Vacaville, California.  In order to facilitate a meaningful settlement

24   conference, it is necessary to have the plaintiff, Thomas Ray Woodson, CDCR No. P-76095

25   (Plaintiff), appear in person.  However, Plaintiff is currently incarcerated at Calipatria State

26   Prison in Calipatria, California.

27   / / /

28   / / /

                                              1

                    [Prop.] Order Directing Transfer of Pl. for Settlement Conf.  (C 07-4925)

1   Accordingly, Larry Small, Warden of Calipatria State Prison, is hereby ORDERED to

2 transfer Plaintiff from Calipatria State Prison to California State Prison-Solano so that he may

3 appear in person at the scheduled settlement conference on September 21, 2009.

4   IT IS SO ORDERED.

5

6  7/20/09
  ————————————
  Date

7

IT IS SO ORDERED

Judge Nandor J. Vadas

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8 SF2008200044
9 20210438.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1             [Prop.] Order Directing Transfer of Pl. for Settlement Conf.  (C 07-4925)