IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>    Plaintiff,<br><br>JAY RODRIGUEZ et al.,<br><br>    Defendants.<br>_____/ | No. C 07-4925 CW<br><br>ORDER VACATING JULY 20, 2009 ORDER TO TRANSFER PLAINTIFF THOMAS RAY WOODSON FROM CALIPATRIA STATE PRISON TO SOLANO FOR SETTLEMENT CONFERENCE AND ORDER FOR TELEPHONE APPEARANCE SEPTEMBER 21, 2009 AT 1:00 PM |

    Pursuant to Plaintiff's request for his settlement conference to be held by telephone and there being no objection by Defendant, IT IS HEREBY ORDERED that the Order Directing Transfer of Plaintiff Thomas Ray Woodson From Calipatria State Prison to California State Prison, Solano, for Purposes of Settlement Conference be VACATED.  Plaintiff shall appear by telephone at the presently set date and time, September 21, 2009 at 1:00 p.m.  The California State Attorney General's Office will facilitate said telephone appearance.

SO ORDERED:

Dated: 9/9/09



_____
Judge Nandor J. Vadas