United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Ray Woodson,<br><br>  Plaintiff,<br><br>    v<br><br>J. Rodriguez, et al.,<br><br>  Defendants. | Case No C 07-4925 CW (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

  A settlement conference in this matter was held on September 21, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

  ☒ Plaintiff - Thomas Woodson

  ☐ Warden or warden's representative

  ☒ Office of the California Attorney General -Jose Zelidon

  ☒ Other: California Department of Corrections and Rehabilitation - Jason Gatchalian

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement.

☒ The parties are unable to reach an agreement at this time. The case did not settle.

Date: October 20, 2009

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

THOMAS RAY WOODSON,

        Plaintiff,

v.

J. RODRIGUEZ et al,

        Defendant.

Case Number: CV07-04925 CW (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Alfonso Zelidon-Zepeda
Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Thomas Ray Woodson P-76095
C Facility; Calipatria State Prison
Calipatria, CA 92253

Dated: October 20, 2009

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk