IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>J. RODRIGUEZ, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 07-4925 CW<br><br>STIPULATION CHANGING DATE FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

On April 30, 2010, the Court scheduled a case management conference for this case on May 11, 2010. (Doc. 72.) Counsel for Defendants J. Rodriguez, *et al.*, is unavailable on this date due to a previously-scheduled evidentiary hearing. Accordingly, the parties stipulate under Civil Local Rule 6-12 that the case management conference be moved to June 1, 2010 at

///

///

///

1

1  2:00 p.m. The parties further stipulate that the joint Case Management Conference Statement will
2  be filed no later than seven days before the Case Management Conference.

3
4  Dated: 5/3/10

Jose A. Zelidon-Zepeda
Deputy Attorney General
California Attorney General's Office
Counsel for Defendants J. Rodriguez, et al.

8  Dated: May 3, 2010

Catharine Baker, Esq.
Morrison & Foerster
Counsel for Plaintiff Thomas Ray Woodson

13  Pursuant to the parties' stipulation, IT IS SO ORDERED.

15  Dated: 5/5/2010

The Honorable Claudia Wilken
United States District Judge

2

Stip. Changing CMC; [Prop.] Ord. (C 07-4925 CW)