IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>    Plaintiff,<br><br>  v.<br><br>J. RODRIGUEZ,<br><br>    Defendant.<br>_____/ | No. C 07-04925 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

    Pursuant to Civil Local Rule 72-1 and the request of parties, IT IS HEREBY ORDERED that the above-captioned case is referred to a Magistrate Judge Ryu for a settlement conference to be held at the convenience of the Magistrate Judge's calendar.  Counsel shall contact the assigned Magistrate Judge's chambers immediately to schedule a date and time for a settlement conference.

DATED: 6/14/2010

                                                        */s/ Claudia Wilken*<br>
                                                        CLAUDIA WILKEN<br>
                                                        UNITED STATES DISTRICT JUDGE

cc:  Susan I.; ADR; DMR