1  EDMUND G. BROWN, JR.
   Attorney General of California
2  JAY C. RUSSELL (CA SBN 122626)
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA (CA SBN 227108)
   Deputy Attorney General
4  Jose.ZelidonZepeda@doj.ca.gov
   NEAH HUYNH (CA SBN 235377)
5  Deputy Attorney General
   Neah.Huynh@doj.ca.gov
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, California 94102-5781
7  Telephone: 415.703.5781
   Facsimile:  415.703.5843
8
   Attorneys for Defendants
9  J. RODRIGUEZ, E. CAMARENA, J. PARRA,
   D. VEGA, and SERGEANT KIRCHER
10
   MATTHEW I. KREEGER (CA SBN 56398)
11 MKreeger@mofo.com
   CATHARINE B. BAKER (CA SBN 210011)
12 CBaker@mofo.com
   JANELLE SAHOURIA (CA SBN 253699)
13 JSahouria@mofo.com
   MORRISON & FOERSTER LLP
14 425 Market Street
   San Francisco, California 94105-2482
15 Telephone: 415.268.7000
   Facsimile:  415.268.7522
16
   Attorneys for Plaintiff
17 THOMAS RAY WOODSON

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                            OAKLAND DIVISION

21

22  THOMAS RAY WOODSON,                    Case No.    4:07-CV-04925-CW

23              Plaintiff,                 **STIPULATION AND [PROPOSED]
                                           ORDER RESETTING CASE
24       v.                                MANAGEMENT DATES**

25  J. RODRIGUEZ, et al.,                  Judge:   The Honorable Claudia Wilken
    Defendants.
26                                         Complaint Filed: September 21, 2007
                                           Trial Date:      June 27, 2011
27

28

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT DATES
CASE NO. 4:07-CV-04925-CW
sf-2874157

1    Pursuant to Northern District Local Rules 7-12 and 16-2, counsel for Plaintiff Thomas R.
Woodson and counsel for Defendants J. Rodriguez, E. Camarena, J. Parra, D. Vega, and Sergeant
Kircher hereby submit this Stipulation and Proposed Order regarding case management dates and
discovery proceedings.

WHEREAS, counsel for Mr. Woodson, Catharine B. Baker, has to take a leave of absence
from her work with Morrison & Foerster LLP from August 1, 2010 through approximately
November 1, 2010, for personal reasons;

WHEREAS, the parties agree that the interests of the parties and judicial economy would
be best served by continuing the case management dates other than the trial and final pre-trial
conference dates, as set forth below;

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their
respective counsel, that:

1. The case management dates be reset as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Deadline to add parties or claims | 9/1/10 | 11/19/10 |
| ADR session to be held by | 10/1/10 (settlement conference currently set for 9/3/10) | 12/17/10 |
| Fact discovery cut-off | 10/1/10 | 12/17/10 |
| Expert disclosures (names, reports) | 10/29/10 | 1/14/11 |
| Expert rebuttal reports | 11/19/10 | 2/1/11 |
| Expert discovery cut-off | 12/17/10 | 2/18/11 |
| MSJ Hearing, CMC | 2/3/11 at 2:00 p.m. | 4/7/11 at 2:00 p.m., or such date thereafter as the Court designates. |
| Pretrial Conference | 6/14/11 at 2:00 p.m. | same |
| Trial | 6/27/11 | same |

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT DATES
CASE NO. 4:07-CV-04925-CW
sf-2874157

2.  Unless the parties agree otherwise in writing, no written discovery directed to any party or non-party propounded after the date of this stipulation shall be due before November 1, 2010. Depositions shall not be taken until after November 1, 2010.

3.  Unless the parties agree otherwise in writing, any discovery propounded in this action by either party as of the date of this stipulation is not to be limited by this stipulation and can be the subject of any further negotiations and agreements between the parties and any necessary motions, including motions to compel.

Dated: July 23, 2010

Respectfully Submitted,

MATTHEW I. KREEGER
CATHARINE B. BAKER
JANELLE SAHOURIA
MORRISON & FOERSTER LLP

By: /s/ Catharine B. Baker
CATHARINE B. BAKER

Attorneys for Plaintiff
THOMAS RAY WOODSON

Dated: July 22, 2010

JOSE A. ZELIDON-ZEPEDA
NEAH HUYNH
CALIFORNIA ATTORNEY GENERAL'S OFFICE

By: /s/
JOSE A. ZELIDON-ZEPEDA

Attorneys for Defendants
J. RODRIGUEZ, E. CAMARENA, J. PARRA, D. VEGA, AND SERGEANT KIRCHER

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 7/26/2010

/s/ Claudia Wilken
HONORABLE CLAUDIA WILKEN
United States District Court Judge