1  EDMUND G. BROWN, JR.
   Attorney General of California
2  JAY C. RUSSELL (CA SBN 122626)
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA (CA SBN 227108)
   Deputy Attorney General
4  Jose.ZelidonZepeda@doj.ca.gov
   NEAH HUYNH (CA SBN 235377)
5  Deputy Attorney General
   Neah.Huynh@doj.ca.gov
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, California  94102-5781
7  Telephone: 415.703.5781
   Facsimile:  415.703.5843
8
   Attorneys for Defendants
9  J. RODRIGUEZ, E. CAMARENA, J. PARRA,
   D. VEGA, and SERGEANT KIRCHER
10
   MATTHEW I. KREEGER (CA SBN 56398)
11 MKreeger@mofo.com
   CATHARINE B. BAKER (CA SBN 210011)
12 CBaker@mofo.com
   JANELLE SAHOURIA (CA SBN 253699)
13 JSahouria@mofo.com
   MORRISON & FOERSTER LLP
14 425 Market Street
   San Francisco, California  94105-2482
15 Telephone: 415.268.7000
   Facsimile:  415.268.7522
16
   Attorneys for Plaintiff
17 THOMAS RAY WOODSON

18                UNITED STATES DISTRICT COURT

19               NORTHERN DISTRICT OF CALIFORNIA

20                       OAKLAND DIVISION

21

22 THOMAS RAY WOODSON,              | Case No.    4:07-CV-04925-CW

23                Plaintiff,        | STIPULATION AND [PROPOSED]
                                    | ORDER RESCHEDULING
24       v.                         | SETTLEMENT CONFERENCE

25 J. RODRIGUEZ, et al.,            | Judge:   The Honorable Donna M. Ryu
   Defendants.
26                                  | Complaint Filed: September 21, 2007
                                    | Trial Date:      June 27, 2011
27

28

For the reasons set forth below, counsel for Plaintiff Thomas R. Woodson and counsel for Defendants J. Rodriguez, E. Camarena, J. Parra, D. Vega, and Sergeant Kircher stipulate to vacate and reschedule the settlement conference currently set for September 3, 2010.

1. The settlement conference in this case is currently set for September 3, 2010;

2. Counsel for Mr. Woodson, Catharine B. Baker, has to take a leave of absence from her work with Morrison & Foerster LLP from August 1, 2010 through approximately November 1, 2010, for personal reasons;

3. The parties agreed that the interests of the parties and judicial economy would be best served by continuing the case management dates other than the trial and final pre-trial conference dates, including the settlement conference, as set forth below;

4. On July 26, 2010, Judge Claudia Wilken entered a stipulated Order Resetting Case Management Dates (the "July 26, 2010 Order"), attached hereto as Exhibit A, which rescheduled dates as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Deadline to add parties or claims | 9/1/10 | 11/19/10 |
| ADR session to be held by | 10/1/10 (settlement conference currently set for 9/3/10) | 12/17/10 |
| Fact discovery cut-off | 10/1/10 | 12/17/10 |
| Expert disclosures (names, reports) | 10/29/10 | 1/14/11 |
| Expert rebuttal reports | 11/19/10 | 2/1/11 |
| Expert discovery cut-off | 12/17/10 | 2/18/11 |
| MSJ Hearing, CMC | 2/3/11 at 2:00 p.m. | 4/7/11 at 2:00 p.m.. |
| Pretrial Conference | 6/14/11 at 2:00 p.m. | same |
| Trial | 6/27/11 | same |

STIPULATION AND [PROPOSED] ORDER RESETTING SETTLEMENT CONFERENCE
CASE NO. 4:07-CV-04925-CW
sf-2876450

1

Case4:07-cv-04925-CW   Document89   Filed07/28/10   Page3 of 4

1     5. The July 23, 2010 Order also provided, as stipulated, that unless the parties agree otherwise in writing, no written discovery directed to any party or non-party propounded after July 23, 2010 shall be due before November 1, 2010, and no depositions shall be taken until after November 1, 2010;

    6. No depositions in this action have been taken since the parties conferred with the Court at the Scheduling Settlement Conference on June 29, 2010;

    Accordingly, IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their respective counsel, that:

    1. The settlement conference scheduled for September 3, 2010, be taken off calendar.

    2. The settlement conference shall be rescheduled for a date and time between ~~December~~ November 1, 2010 and December 17, 2010, subject to the availability of the Court.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER RESETTING SETTLEMENT CONFERENCE     2
CASE NO. 4:07-CV-04925-CW
sf-2876450

1      3.    The parties shall contact the Court on or before October 15, 2010, to reschedule
2  the settlement conference.

3  Dated: July 27, 2010                  Respectfully Submitted,

4                                              MATTHEW I. KREEGER
                                            CATHARINE B. BAKER
5                                              JANELLE SAHOURIA
                                            MORRISON & FOERSTER LLP
6

7                                         By: …/s/ Catharine B. Baker….
                                                 CATHARINE B. BAKER
8
                                            Attorneys for Plaintiff
9                                              THOMAS RAY WOODSON

10
   Dated: July 27, 2010                  JOSE A. ZELIDON-ZEPEDA
11                                             NEAH HUYNH
                                            CALIFORNIA ATTORNEY GENERAL'S
12                                             OFFICE

13                                          By: …/s/ Jose A. Zelidon-Zepeda…….
                                              JOSE A. ZELIDON-ZEPEDA
14

15                                             Attorneys for Defendants
                                            J. RODRIGUEZ, E. CAMARENA, J.
                                            PARRA, D. VEGA, AND SERGEANT
16                                             KIRCHER

17

18 **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

19 Dated: *July 28, 2010*                               *[signature]*
20                                             HONORABLE. JUDGE DONNA M. RYU
                                            United States Magistrate Judge

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RESETTING SETTLEMENT CONFERENCE           3
CASE NO. 4:07-CV-04925-CW
sf-2876450