**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAY WOODSON, | No. C-07-04925-CW (DMR) |
| Plaintiff, | **ORDER RE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| J. RODRIGUEZ, et al., | |
| Defendants. | |

The Court is in receipt of the request from Defendants Rodriguez, Kircher, Camarena, Parra, and Vega ("Defendants") to be excused from personally appearing at the settlement conference on **December 13, 2010 at 11:30 a.m.** Defendants' counsel represents that Plaintiff's counsel has been contacted about this request and Plaintiff has no objection. The Court GRANTS Defendants' request to be excused from personal attendance. Per the Court's previous orders regarding the settlement conference, *see* Docket Nos. 84 and 91, the personal representative(s) attending the settlement conference on behalf of Defendants must have full authority on their behalf to make the final decision as to whether any settlement offer is made, accepted, or rejected.

IT IS SO ORDERED.

Dated: November 24, 2010

_____
DONNA M. RYU
United States Magistrate Judge