EDMUND G. BROWN, JR.
Attorney General of California
JAY C. RUSSELL (CA SBN 122626)
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA (CA SBN 227108)
Deputy Attorney General
Jose.ZelidonZepeda@doj.ca.gov
NEAH HUYNH (CA SBN 235377)
Deputy Attorney General
Neah.Huynh@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, California  94102-5781
Telephone:  415.703.5781
Facsimile:   415.703.5843

Attorneys for Defendants
J. RODRIGUEZ, E. CAMARENA, J. PARRA,
D. VEGA, and SERGEANT KIRCHER

MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
DANIEL P. MUINO (CA SBN 209624)
DMuino@mofo.com
J. MANENA BISHOP (CA SBN 222172)
MBishop@mofo.com
JANELLE J. SAHOURIA (CA SBN 253699)
JSahouria@mofo.com
JOE K. KANADA (CA SBN 251401)
JKanada@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile:   415.268.7522

Attorneys for Plaintiff
THOMAS RAY WOODSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS RAY WOODSON, | Case No.    4:07-CV-04925-CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY CUT-OFF FOR CERTAIN DEPOSITIONS** |
| v. | |
| J. RODRIGUEZ, *et al.*, Defendants. | Judge:    The Honorable Claudia Wilken |
| | Complaint Filed:  September 21, 2007 Trial Date:         June 27, 2011 |

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT DATES
CASE NO. 4:07-CV-04925-CW
sf-2935047

1       Pursuant to Northern District Local Rules 7-12 and 16-2, counsel for Plaintiff Thomas R.

2   Woodson and counsel for Defendants J. Rodriguez, E. Camarena, J. Parra, D. Vega, and

3   Sergeant Kircher hereby submit this Stipulation and Proposed Order to extend the fact discovery

4   cut-off for the purpose of taking the depositions of Defendant J. Rodriguez, Defendant E.

5   Camarena, Defendant J. Parra, Defendant D. Vega, Defendant Sergeant Kircher, Inmate Victor

6   Roldan, Inmate Michael Bell, and the 30(b)(6) deposition of Salinas Valley State Prison.

7       The parties previously agreed to extend the case management dates, as set forth in the

8   stipulated order adopted by this Court on July 26, 2010 (Dkt. 88), because counsel for

9   Mr. Woodson, Catharine B. Baker, had to take a leave of absence from her work with Morrison &

10  Foerster LLP from August 1, 2010, through approximately November 1, 2010, for personal

11  reasons;

12      Ms. Baker's leave has been extended through at least December 31, 2010;

13      The parties have worked with the California Medical Facility and Corcoran State Prison to

14  schedule the respective depositions of Inmates Michael Bell and Victor Roldan;

15      The parties are also coordinating with the law firm of McNamara, Ney, Beatty, Slattery,

16  Borges & Brothers LLP, counsel for the California Department of Corrections and Rehabilitation,

17  to schedule the 30(b)(6) deposition of Salinas Valley State Prison;

18      The parties agree to extend the fact discovery cut-off until January 14, 2011 solely for the

19  purpose of taking the depositions of Defendant J. Rodriguez, Defendant E. Camarena,

20  Defendant J. Parra, Defendant D. Vega, Defendant Sergeant Kircher, Inmate Victor Roldan,

21  Inmate Michael Bell, and the 30(b)(6) deposition of Salinas Valley State Prison;

22      Additionally, the parties believe that the testimony of Inmate Foster Gaines will not be

23  necessary for the adjudication of this lawsuit;

24      IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their

25  respective counsel, that:

26      1.      The fact discovery cut-off shall be extended from December 17, 2010, to

27  January 14, 2011, for the sole purpose of taking the depositions of Inmates Victor Roldan and

28  Michael Bell, and the 30(b)(6) deposition of Salinas Valley State Prison.

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT DATES
CASE NO. 4:07-CV-04925-CW
sf-2935047

1    2.    The fact discovery cut-off shall also be extended from December 17, 2010, to

2    January 14, 2011 to allow Plaintiff's counsel to take the depositions of Defendants J. Rodriguez,

3    E. Camarena, J. Parra, D. Vega, and Sergeant Kircher.

4    3.    If during the course of any of the depositions that go forward after December 17,

5    2010, information comes to light regarding relevant documents that the parties could not have

6    known about except as a result of the deposition testimony, and these documents were covered by

7    previous discovery requests that were served before December 17, 2010, the parties will be

8    permitted up until January 31, 2011, to issue appropriate documents requests or subpoenas for

9    those relevant documents.

10    4.    Unless the parties otherwise agree in writing or by court order, all written

11    discovery directed to any party or non-party will comply with the original discovery cut-off of

12    December 17, 2010 (Dkt. 88).  This agreement will not limit or alter a party's right to pursue

13    discovery served or subpoenaed prior to the December 17, 2010 discovery cut-off.

14    5.    None of the other case management dates are altered by this stipulation.

15    6.    The parties agree that they will not call or otherwise seek to introduce the

16    testimony of Inmate Foster Gaines at trial.

17

18    Dated: December 21, 2010                    Respectfully Submitted,

19                                                MATTHEW I. KREEGER
                                                  DANIEL P. MUINO
20                                                J. MANENA BISHOP
                                                  JANELLE J. SAHOURIA
21                                                JOE K. KANADA
                                                  MORRISON & FOERSTER LLP
22

23                                                By:  _Janelle J. Sahouria_
                                                       JANELLE J. SAHOURIA
24
                                                  Attorneys for Plaintiff
25                                                THOMAS RAY WOODSON

26

27

28

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT DATES
CASE NO. 4:07-CV-04925-CW
sf-2935047

Dated: December 21, 2010

JOSE A. ZELIDON-ZEPEDA
NEAH HUYNH
CALIFORNIA ATTORNEY GENERAL'S
OFFICE

By: _____
JOSE A. ZELIDON-ZEPEDA

Attorneys for Defendants
J. RODRIGUEZ, E. CAMARENA, J.
PARRA, D. VEGA, AND SERGEANT
KIRCHER

1

2

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

3

Dated:        **12/23/2010**                    _____

4

HONORABLE CLAUDIA WILKEN
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28