1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL (CA SBN 122626)
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA (CA SBN 227108)
   Deputy Attorney General
4  Jose.ZelidonZepeda@doj.ca.gov
   NEAH HUYNH (CA SBN 235377)
5  Deputy Attorney General
   Neah.Huynh@doj.ca.gov
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, California 94102-5781
7  Telephone: 415.703.5781
   Facsimile: 415.703.5843
8
   Attorneys for Defendants
9  J. RODRIGUEZ, E. CAMARENA, J. PARRA,
   D. VEGA, and SERGEANT KIRCHER
10
   MATTHEW I. KREEGER (CA SBN 153793)
11 MKreeger@mofo.com
   DANIEL P. MUINO (CA SBN 209624)
12 DMuino@mofo.com
   J. MANENA BISHOP (CA SBN 222172)
13 MBishop@mofo.com
   JANELLE J. SAHOURIA (CA SBN 253699)
14 JSahouria@mofo.com
   JOE K. KANADA (CA SBN 251401)
15 JKanada@mofo.com
   MORRISON & FOERSTER LLP
16 425 Market Street
   San Francisco, California 94105-2482
17 Telephone: 415.268.7000
   Facsimile: 415.268.7522
18
   Attorneys for Plaintiff
19 THOMAS RAY WOODSON

20                    UNITED STATES DISTRICT COURT
21                   NORTHERN DISTRICT OF CALIFORNIA
22                            OAKLAND DIVISION

23 THOMAS RAY WOODSON,                  | Case No.  4:07-CV-04925-CW
24        Plaintiff,                    | **STIPULATION AND [PROPOSED]
                                        | ORDER EXTENDING DISCOVERY
25    v.                                | CUT-OFF FOR DEPOSITIONS AND
                                        | EXPERT WITNESSES**
26 J. RODRIGUEZ, *et al.*,
27        Defendants.
28

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF
CASE NO. 4:07-CV-04925-CW
sf-2940635

Pursuant to Northern District Local Rules 7-12 and 16-2, counsel for Plaintiff Thomas R. Woodson and counsel for Defendants J. Rodriguez, E. Camarena, J. Parra, D. Vega, and Sergeant Kircher hereby submit this Stipulation and Proposed Order to extend the fact discovery cut-off for the purpose of taking the depositions of Defendant Sergeant Kircher, Inmate Victor Roldan, and the FRCP 30(b)(6) deposition of Salinas Valley State Prison, and to extend the deadlines for the expert reports, expert rebuttal reports, and the expert discovery cut-off.

The Parties previously agreed to extend the case management dates, as set forth in the stipulated order adopted by this Court on December 21, 2010 (Dkt. 100).

On December 20, 2010, Plaintiff filed a motion to compel outstanding discovery and to further extend the discovery deadlines to accommodate depositions that Plaintiff contends were dependent on the outstanding discovery (Dkt. 95-97).

The Court referred the December 20 motion to Magistrate Judge Beeler, who denied Plaintiff's motion without prejudice and directed the parties to follow her standing order regarding discovery disputes (Dkt. 103).

After meeting and conferring on January 6, 2011 regarding the discovery issues raised in the motion, Plaintiff has determined that another limited extension of the discovery cut-off is necessary awaiting production of relevant documents and in light of scheduling conflicts. Defendants disagree that there are any outstanding documents that warrant further delay of discovery, but do not oppose a limited extension.

Counsel for Plaintiff is attempting to schedule the deposition of Inmate Victor Roldan with the institution where he is housed.

The Parties are also coordinating with the law firm of McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP, counsel for the California Department of Corrections and Rehabilitation ("CDCR"), to schedule the 30(b)(6) deposition of Salinas Valley State Prison.

Furthermore, Plaintiff avers that the expert witnesses Plaintiff retains will not be able to complete the expert report by the current deadline without production of outstanding discovery by counsel for Defendants. Defendants do not agree that there are any outstanding document

requests that should affect the expert discovery deadline, but have no objection to a limited extension of expert discovery.

       IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their respective counsel, that:

       1.    The fact discovery cut-off shall be extended from January 14, 2011, to January 26, 2011, for the sole purpose of taking the depositions of Sergeant Kircher, Inmate Victor Roldan, and the 30(b)(6) deposition of Salinas Valley State Prison.

       2.    The case management dates related to expert witnesses are to be reset as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Expert disclosures (names) | 1/14/11 | Same |
| Expert reports | 1/14/11 | 1/28/11 |
| Expert rebuttal reports | 2/1/11 | 2/15/11 |
| Expert discovery cut-off | 2/18/11 | 3/4/11 |

       3.    None of the other case management dates are altered by this stipulation.

       4.    If Inmate Roldan's deposition is not completed within the applicable deadline, the parties stipulate that his testimony will not be offered at trial, either live or by declaration. This stipulation does not impact the ability of the parties to seek admission of testimony (live or by declaration) from Inmate Flores or any other witnesses.

       5.    If Plaintiff designates an expert witness to testify regarding Plaintiff's alleged psychological distress or psychological problems (apart from physical pain and suffering) purportedly caused by the incident at issue in this case, Defendants shall have an opportunity to conduct a Rule 35 mental examination of Plaintiff.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated: January 13, 2011 | MATTHEW I. KREEGER<br>DANIEL P. MUINO<br>J. MANENA BISHOP<br>JANELLE J. SAHOURIA<br>JOE K. KANADA<br>MORRISON & FOERSTER LLP |
|   | By:  /s/Daniel P. Muino<br>       DANIEL P. MUINO |
|   | Attorneys for Plaintiff<br>THOMAS RAY WOODSON |
| Dated: January 13, 2011 | JOSE A. ZELIDON-ZEPEDA<br>NEAH HUYNH<br>CALIFORNIA ATTORNEY GENERAL'S OFFICE |
|   | By:  /s/Jose A. Zelidon-Zepeda<br>       JOSE A. ZELIDON-ZEPEDA |
|   | Attorneys for Defendants<br>J. RODRIGUEZ, E. CAMARENA, J. PARRA, D. VEGA, AND SERGEANT KIRCHER |

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Discovery Cut-off for Depositions and Expert Witnesses. In compliance with General Order 45, X.B., I hereby attest that Jose A. Zelidon-Zepeda has concurred in this filing.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 1/14/2011

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge