KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL (CA SBN 122626)
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA (CA SBN 227108)
Deputy Attorney General
Jose.ZelidonZepeda@doj.ca.gov
NEAH HUYNH (CA SBN 235377)
Deputy Attorney General
Neah.Huynh@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, California  94102-5781
Telephone:  415.703.5781
Facsimile:   415.703.5843

Attorneys for Defendants
J. RODRIGUEZ, E. CAMARENA, J. PARRA,
D. VEGA, and SERGEANT KIRCHER

MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
DANIEL P. MUINO (CA SBN 209624)
DMuino@mofo.com
J. MANENA BISHOP (CA SBN 222172)
MBishop@mofo.com
JANELLE J. SAHOURIA (CA SBN 253699)
JSahouria@mofo.com
JOE K. KANADA (CA SBN 251401)
JKanada@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

Attorneys for Plaintiff
THOMAS RAY WOODSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>                              Plaintiff,<br><br>           v.<br><br>J. RODRIGUEZ, *et al.*,<br>                              Defendants. | Case No.     4:07-CV-04925-CW<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF FOR EXPERT WITNESSES**<br><br>Judge:     The Honorable Claudia Wilken<br><br>Complaint Filed:  September 21, 2007<br>Trial Date:            June 27, 2011 |

Pursuant to Northern District Local Rules 7-12 and 16-2, counsel for Plaintiff Thomas R. Woodson and counsel for Defendants J. Rodriguez, E. Camarena, J. Parra, D. Vega, and Sergeant Kircher hereby submit this Stipulation and Proposed Order to extend the expert discovery cut-off for medical experts.

The Parties previously agreed to extend the case management dates, as set forth in the stipulated order adopted by this Court on January 14, 2011 (Dkt. 107);

On January 14, 2011, the parties disclosed their proposed medical and non-medical expert witnesses;

On January 25, 2011, counsel for Defendant sent a letter to Counsel for Plaintiff supplementing its June 28, 2010 responses to Plaintiff's request for production of documents, indicating, for the first time, the existence of three x-ray scans and two MRI scans for Plaintiff that "cannot be copied, but are available for inspection at High Desert State Prison, 475-750 Rice Canyon Road, Susanville, CA, 96127";

Plaintiff's medical expert, who is located in Huntington Beach, California, will not be able to complete the expert report by the current deadline without review of these x-rays and MRI scans;

The parties are currently meeting and conferring regarding the production of these relevant medical documents after the December 17, 2010 fact discovery cut-off.

IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their respective counsel, that:

1. The case management dates related to non-medical expert witnesses remain the same as ordered in the January 13, 2011 order.

2. The case management dates related to medical expert witnesses be reset as follows:

| Event | Current Deadline | Stipulated Deadline |
| --- | --- | --- |
| Medical expert reports | 1/28/11 | 2/11/11 |
| Medical expert rebuttal reports | 2/15/11 | 3/1/11 |
| Medical expert discovery cut-off | 3/4/11 | 3/18/11 |

3. None of the other case management dates are altered by this stipulation.

Respectfully Submitted,

Dated: January 28, 2011

MATTHEW I. KREEGER
DANIEL P. MUINO
J. MANENA BISHOP
JANELLE J. SAHOURIA
JOE K. KANADA
MORRISON & FOERSTER LLP

By: /s/ Janelle J. Sahouria
    JANELLE J. SAHOURIA

Attorneys for Plaintiff
THOMAS RAY WOODSON

Dated: January 28, 2011

JOSE A. ZELIDON-ZEPEDA
NEAH HUYNH
CALIFORNIA ATTORNEY GENERAL'S OFFICE

By: /s/ Neah Huynh
    NEAH HUYNH

Attorneys for Defendants
J. RODRIGUEZ, E. CAMARENA, J. PARRA, D. VEGA, AND SERGEANT KIRCHER

**ECF ATTESTATION**

I, JANELLE J. SAHOURIA, am the ECF User whose ID and password are being used to file the following document: STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF FOR EXPERT WITNESSES. In compliance with General Order 45, X.B., I hereby attest that Neah Huynh has concurred in this filing.

Dated: January 28, 2011

JANELLE J. SAHOURIA
**MORRISON & FOERSTER** LLP

By: /s/ Janelle J. Sahouria
     JANELLE J. SAHOURIA

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **2/1/2011**

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge