KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL (CA SBN 122626)
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA (CA SBN 227108)
Deputy Attorney General
Jose.ZelidonZepeda@doj.ca.gov
NEAH HUYNH (CA SBN 235377)
Deputy Attorney General
Neah.Huynh@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, California  94102-5781
Telephone:  415.703.5781
Facsimile:  415.703.5843

Attorneys for Defendants
J. RODRIGUEZ, E. CAMARENA, J. PARRA,
D. VEGA, and SERGEANT KIRCHER

MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
DANIEL P. MUINO (CA SBN 209624)
DMuino@mofo.com
J. MANENA BISHOP (CA SBN 222172)
MBishop@mofo.com
JANELLE J. SAHOURIA (CA SBN 253699)
JSahouria@mofo.com
JOE K. KANADA (CA SBN 251401)
JKanada@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Plaintiff
THOMAS RAY WOODSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>              Plaintiff,<br><br>     v.<br><br>J. RODRIGUEZ, *et al.*,<br><br>              Defendants. | Case No.     4:07-CV-04925-CW<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF FOR EXPERT WITNESSES**<br><br>Judge:     The Honorable Claudia Wilken<br><br>Complaint Filed:  September 21, 2007<br>Trial Date:            June 27, 2011 |

STIP. AND [PROP.] ORDER EXTENDING DISCOVERY CUT-OFF FOR EXPERT WITNESSES
CASE NO. 4:07-CV-04925-CW
sf-2955785

Pursuant to Northern District Local Rules 7-12 and 16-2, counsel for Plaintiff Thomas R. Woodson and counsel for Defendants J. Rodriguez, E. Camarena, J. Parra, D. Vega, and Sergeant Kircher hereby submit this Stipulation and Proposed Order to extend the expert discovery cut-off for medical experts.

The Parties previously agreed to extend the case management dates, as set forth in the stipulated order adopted by this Court on January 14, 2011 (Dkt. 107) and February 1, 2011 (Dkt. 109);

On January 14, 2011, the parties disclosed their proposed medical and non-medical expert witnesses;

On January 25, 2011, counsel for Defendants supplemented discovery responses indicating the existence of three x-ray scans and two MRI scans for Plaintiff, and indicating that these would be made available for inspection and copying as required by the Federal Rules of Civil Procedure;

Subsequently, Defendants offered to make these documents available in San Francisco, California, for inspection and copying, and Plaintiff agreed;

On February 7, 2011, a copying service retained by counsel for Plaintiff scanned the x-rays and MRI scans. Plaintiff avers that his medical expert received the copies on February 9, 2011, and that Plaintiff's medical expert needs additional time to review these documents;

On February 9, 2011, after the deadline for submission of expert reports, Plaintiff's counsel disclosed a supplemental expert report by Mr. Roger Clark, Plaintiff's retained expert, based on publicly-available documents referred to in a January 26, 2011 deposition of Salinas Valley State Prison, where the events underlying this lawsuit occurred. The parties agree that an extension of time for any rebuttal expert to Mr. Clark is appropriate.

In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their respective counsel, that:

1. The case management dates related to medical expert witnesses be reset as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Medical expert reports | 2/11/11 | 2/18/11 |
| Medical expert rebuttal reports | 3/1/11 | 3/8/11 |
| Medical expert discovery cut-off | 3/18/11 | 3/25/11 |

2. The deadline for Defendants to disclose a rebuttal use of force expert and expert report is extended to February 18, 2011.

3. None of the other case management dates are altered by this stipulation.

Dated: February 9, 2011                     Respectfully Submitted,

        MATTHEW I. KREEGER
        DANIEL P. MUINO
        J. MANENA BISHOP
        JANELLE J. SAHOURIA
        JOE K. KANADA
        MORRISON & FOERSTER LLP

        By:  /s/ Janelle J. Sahouria
            JANELLE J. SAHOURIA

        Attorneys for Plaintiff
        THOMAS RAY WOODSON

Dated: February 9, 2011                     JOSE A. ZELIDON-ZEPEDA
        NEAH HUYNH
        CALIFORNIA ATTORNEY GENERAL'S OFFICE

        By:  /s/ Jose A. Zelidon-Zepeda
            JOSE A. ZELIDON-ZEPEDA

        Attorneys for Defendants
        J. RODRIGUEZ, E. CAMARENA, J. PARRA, D. VEGA, AND SERGEANT KIRCHER

**ECF ATTESTATION**

I, JANELLE J. SAHOURIA, am the ECF User whose ID and password are being used to file the following document: STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF FOR EXPERT WITNESSES.  In compliance with General Order 45, X.B., I hereby attest that Jose A. Zelidon-Zepeda has concurred in this filing.

Dated: February 9, 2011

JANELLE J. SAHOURIA
**MORRISON & FOERSTER** LLP

By:  /s/ Janelle J. Sahouria
    JANELLE J. SAHOURIA

1

2

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

3

4  Dated: **2/15/2011**

                                                                          _____
5                                                                            HONORABLE CLAUDIA WILKEN
                                                                                 United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28