KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5781
  Fax:  (415) 703-5843
  E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants J. Rodriguez, M. Kircher, J. Parra, D. Vega, and E. Camarena*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THOMAS RAY WOODSON,**<br><br>                        Plaintiff,<br><br>v.<br><br>**J. RODRIGUEZ, et al.,**<br><br>                        Defendants. | C 07-4925 CW<br><br>**STIPULATION EXTENDING DEADLINE FOR MEDICAL REBUTTAL EXPERT DISCLOSURE AND REPORT; ORDER**<br><br>Judge      The Honorable Claudia Wilken<br>Trial Date   June 27, 2011<br>Action Filed:  September 21, 2007 |

In accordance with Northern District Civil Local Rule 7-12, the parties, through their respective counsel, stipulate as follows:

1. Per the Court's February 9, 2011 order, the deadline for disclosure of rebuttal medical experts and expert reports was March 8, 2011;

2. Due to a logistical problem, Defendants' rebuttal expert, Dr. Robert Bowman, could not finish his report in time for Defendants to disclose his report to Plaintiff's counsel;

3. Defendants' counsel contacted Plaintiff's counsel on March 8, 2011 to request a 1-day extension of time for Dr. Bowman's rebuttal expert report;

/ / /

1

Stip. Re: Deadline for Rebuttal Experts; [Prop.] Order  (C 07-4925 CW)

1    4. Plaintiff's counsel has no objection to this requested extension;

2    Accordingly, the parties stipulate to extend the deadline for rebuttal medical expert

3  disclosures and reports to March 9, 2011. All other dates remain unchanged.

Dated: _____
  
_____
Janelle Sahouria, Esq.
Morrison Foerster, LLP
Counsel for Plaintiff

Dated: _____

_____
Jose A. Zelidon-Zepeda, Esq.
California Attorney General's Office
Counsel for Defendants

Per the parties' stipulation, IT IS SO ORDERED.

Dated:  **3/10/2011**

_____
Honorable Claudia Wilken
United States District Judge

SF2008200044
40487764.doc

2