1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL (CA SBN 122626)
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA (CA SBN 227108)
   Deputy Attorney General
4  Jose.ZelidonZepeda@doj.ca.gov
   NEAH HUYNH (CA SBN 235377)
5  Deputy Attorney General
   Neah.Huynh@doj.ca.gov
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, California  94102-5781
7  Telephone:  415.703.5781
   Facsimile:   415.703.5843
8
   Attorneys for Defendants
9  J. RODRIGUEZ, E. CAMARENA, J. PARRA,
   D. VEGA, and SERGEANT KIRCHER
10
   MATTHEW I. KREEGER (CA SBN 153793)
11 MKreeger@mofo.com
   DANIEL P. MUINO (CA SBN 209624)
12 DMuino@mofo.com
   J. MANENA BISHOP (CA SBN 222172)
13 MBishop@mofo.com
   JANELLE J. SAHOURIA (CA SBN 253699)
14 JSahouria@mofo.com
   JOE K. KANADA (CA SBN 251401)
15 JKanada@mofo.com
   MORRISON & FOERSTER LLP
16 425 Market Street
   San Francisco, California  94105-2482
17 Telephone:  415.268.7000
   Facsimile:   415.268.7522
18
   Attorneys for Plaintiff
19 THOMAS RAY WOODSON

20                UNITED STATES DISTRICT COURT

21                NORTHERN DISTRICT OF CALIFORNIA

22                       OAKLAND DIVISION

23 | THOMAS RAY WOODSON, | Case No.    4:07-CV-04925-CW |
|---|---|
24 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF FOR EXPERT WITNESSES** |
25 | v. | |
26 | J. RODRIGUEZ, *et al.*, Defendants. | Judge:   The Honorable Claudia Wilken |
27 | | |
28 | | Complaint Filed: September 21, 2007<br>Trial Date:         June 27, 2011 |

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT DATES
CASE NO. 4:07-CV-04925-CW

Pursuant to Northern District Local Rules 7-12 and 16-2, counsel for Plaintiff Thomas R. Woodson and counsel for Defendants J. Rodriguez, E. Camarena, J. Parra, D. Vega, and Sergeant Kircher hereby submit this Stipulation and Proposed Order to extend the deadline to depose David Tristan.

The Parties previously agreed to extend the case management dates, as set forth in the stipulated order adopted by this Court on January 14, 2011, February 1, 2011, and February 15, 2011 (Dkt. 107, 109, & 111);

On February 15, 2011, the deadline to disclose a rebuttal use of force expert and expert report was extended to Friday, February 18, 2011;

On February 18, 2011, Defendants disclosed David Tristan as their rebuttal use of force expert and disclosed Mr. Tristan's expert report;

On March 2, 2011, Plaintiff noticed Tristan's deposition for March 4, 2011, the current discovery cut-off for use-of-force experts;

Tristan objected to the deposition notice on various grounds;

On March 3, 2011, the parties met and conferred about Tristan's anticipated deposition and agreed to extend discovery to allow Plaintiff to depose Tristan.

IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their respective counsel, that:

1. The deadline to depose Mr. Tristan is extended to March 17, 2011.

CASE NO. 4:07-CV-04925-CW

|     |                       |                                                           |
| --- | --------------------- | --------------------------------------------------------- |
| 1   |                       |                                                           |
| 2   |                       | Respectfully Submitted,                                   |
| 3   | Dated: March 4, 2011  | MATTHEW I. KREEGER                                        |
| 4   |                       | DANIEL P. MUINO                                           |
|     |                       | J. MANENA BISHOP                                          |
| 5   |                       | JANELLE J. SAHOURIA                                       |
|     |                       | JOE K. KANADA                                             |
| 6   |                       | MORRISON & FOERSTER LLP                                   |

By:  /s/ Joe Kanada
         JOE KANADA

Attorneys for Plaintiff
THOMAS RAY WOODSON

Dated: March 4, 2011

JOSE A. ZELIDON-ZEPEDA
NEAH HUYNH
CALIFORNIA ATTORNEY GENERAL'S OFFICE

By:  /s/  Neah Huynh
         NEAH HUYNH

Attorneys for Defendants
J. RODRIGUEZ, E. CAMARENA, J. PARRA, D. VEGA, AND SERGEANT KIRCHER

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT DATES
CASE NO. 4:07-CV-04925-CW

1

2

## ECF ATTESTATION

I, JOE KANADA, am the ECF User whose ID and password are being used to file the following document: STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF FOR EXPERT WITNESSES.  In compliance with General Order 45, X.B., I hereby attest that Neah Huynh has concurred in this filing.

Dated: March 4, 2011                                    JOE KANADA
                                                       **MORRISON & FOERSTER LLP**

                                                       By: /s/ Joe Kanada
                                                              JOE KANADA

1

2

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

3

4  Dated: __3/10/2011__    _____

5  HONORABLE CLAUDIA WILKEN
   United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT DATES
CASE NO. 4:07-CV-04925-CW