IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>    Plaintiff,<br><br>  v.<br><br>J. RODRIGUEZ, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-04925 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the Motion to Quash Subpoena and **all further discovery motions** filed in the above-captioned case are referred to Magistrate Judge Beeler. Hearing noticed for Thursday, June 9, 2011 is vacated. Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Beeler.

Dated: 5/4/2011

CLAUDIA WILKEN
United States District Judge

cc: Sue; LB.