KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5781
  Fax: (415) 703-5843
  E-mail: Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants*
*J. Rodriguez, M. Kircher, J. Parra, D. Vega, and E. Camarena*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>                 Plaintiff,<br><br>v.<br><br>J. RODRIGUEZ, et al.,<br><br>                Defendants. | C 07-4925 CW<br><br>**JOINT STATEMENT OF SETTLEMENT; REQUEST TO VACATE TRIAL DATE AND PRETRIAL DEADLINES; [~~PROPOSED~~] ORDER**<br><br>Judge    The Honorable Claudia Wilken<br>Trial Date    August 5, 2011<br>Action Filed:  September 21, 2007 |

    This case is currently scheduled for a jury trial on August 5, 2011. (Doc. 123.) The parties inform the Court that the case has settled.

    Plaintiff's counsel is working with Plaintiff and Defendants' counsel to finalize the settlement documents, including Plaintiff's voluntary dismissal. In light of this, the parties jointly

/ / /

/ / /

1

Jt. Statement Settl.; Req. Vacate Tr. (C 07-4925 CW)

1  request that the Court vacate the August 5, 2011 trial date, and all pretrial deadlines.  The parties

2  will file a voluntarily dismissal within one week of entering into a settlement agreement.

4     IT IS SO STIPULATED.

6  Date:  7/5/2011                                      _____/s/_____
                                                     Daniel P. Muino, Esq.
                                                     Morrison Foerster, LLP
                                                     Counsel for Plaintiff

9  Date:  7/5/2011                                        _____/s/_____
                                                     Jose A. Zelidon-Zepeda
                                                     California Attorney General's Office
                                                     Counsel for Defendants

13     Per the parties' stipulation, IT IS SO ORDERED.

14  Date:  __7/6/2011__                                _____
                                                     Honorable Claudia Wilken
                                                     United States District Judge

17  SF2008200044
    20482524.doc

# CERTIFICATE OF SERVICE

Case Name:   **T. R. Woodson v. J. Rodriguez, et al.**   No.   **C 07-4925 CW**

I hereby certify that on **July 5, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATEMENT OF SETTLEMENT; REQUEST TO VACATE TRIAL DATE AND PRETRIAL DEADLINES; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 5, 2011**, at San Francisco, California.

| M. Thai | /s/ M. Thai |
|---|---|
| Declarant | Signature |

20482829.doc