KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL (CA SBN 122626)
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA (CA SBN 227108)
Deputy Attorney General
Jose.ZelidonZepeda@doj.ca.gov
NEAH HUYNH (CA SBN 235377)
Deputy Attorney General
Neah.Huynh@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, California  94102-5781
Telephone:  415.703.5781
Facsimile:   415.703.5843

Attorneys for Defendants
J. RODRIGUEZ, E. CAMARENA, J. PARRA,
D. VEGA, and SERGEANT KIRCHER

MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
DANIEL P. MUINO (CA SBN 209624)
DMuino@mofo.com
J. MANENA BISHOP (CA SBN 222172)
MBishop@mofo.com
JOE K. KANADA (CA SBN 251401)
JKanada@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

Attorneys for Plaintiff
THOMAS RAY WOODSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| THOMAS RAY WOODSON,<br><br>            Plaintiff,<br><br>    v.<br><br>J. RODRIGUEZ, *et al.*,<br>    Defendants. | Case No.      4:07-CV-04925-CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE IN CONDITIONAL ORDER OF DISMISSAL (DKT. 146)**<br><br>Judge:    The Honorable Claudia Wilken<br>Complaint Filed:  September 21, 2007 |

1    Plaintiff Thomas R. Woodson and counsel for Defendants J. Rodriguez, E. Camarena,

2   J. Parra, D. Vega, and Sergeant Kircher hereby submit this Stipulation and Proposed Order to

3   extend the deadline for consideration to be delivered for the settlement of the case as set in the

4   Conditional Order of Dismissal (Dkt. 146).

5    On July 5, 2011, the parties filed a joint request for the court to vacate the trial date and

6   pretrial deadlines in the case because the parties were in the process of negotiating the terms of a

7   settlement agreement.  (Dkt. 145)

8    On July 7, 2011, the Court issued an order conditionally dismissing the case with

9   prejudice and indicating that, "however, that if any party hereto shall certify to this Court, with

10   proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that

11   the agreed consideration for said settlement has not been delivered over, the foregoing Order shall

12   stand vacated and this cause shall forthwith be restored to the calendar to be set for trial."  (Dkt.

13   146).

14    The parties agree that it is not feasible for consideration to be delivered by the 90-day

15   deadline of October 5, 2011, in light of the fact that the settlement agreement and related

16   documents have not been finalized.

17    IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED by the Parties, by

18   and through their respective counsel, that the Court amend its July 7, 2011 Conditional Order of

19   Dismissal as follows:

20    "This cause be dismissed with prejudice; provided, however, that if any party hereto shall

21   certify to this Court, with proof of service of a copy thereon on opposing counsel, within 180 days

22   from full execution of the settlement agreement, that the agreed consideration for said settlement

23   has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith

24   be restored to the calendar to be set for trial."

25

26

27

28

STIP. AND [PROP.] ORDER EXTENDING DEADLINE IN CONDITIONAL ORDER OF DISMISSAL          1
CASE NO. 4:07-CV-04925-CW
sf-2955436

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

Dated:  August 2, 2011

MATTHEW I. KREEGER
DANIEL P. MUINO
J. MANENA BISHOP
JOSEPH K. KANADA
MORRISON & FOERSTER LLP

By:  /s/ Joseph K. Kanada
          JOSEPH K. KANADA

Attorneys for Plaintiff
THOMAS RAY WOODSON

Dated:  August 2, 2011

JOSE A. ZELIDON-ZEPEDA
NEAH HUYNH
CALIFORNIA ATTORNEY GENERAL'S
OFFICE

By:  /s/ Jose A. Zelidon-Zepeda
          JOSE A. ZELIDON-ZEPEDA

Attorneys for Defendants
J. RODRIGUEZ, E. CAMARENA, J.
PARRA, D. VEGA, AND SERGEANT
KIRCHER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, JOSEPH K. KANADA, am the ECF User whose ID and password are being used to file the following document:  STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE IN CONDITIONAL ORDER OF DISMISSAL.  In compliance with General Order 45, X.B., I hereby attest that Jose A. Zelidon-Zepeda has concurred in this filing.

Dated: August 2, 2011                   JOSEPH K. KANADA
                                        **MORRISON & FOERSTER** LLP

                                        By:   /s/ Joseph K. Kanada
                                              JOSEPH K. KANADA

1

2

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

3    Dated: _____**8/9/2011**_____          _____

4                                                                    HONORABLE CLAUDIA WILKEN
                                                                       United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28