KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5781
  Fax:  (415) 703-5843
  E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants*
*J. Rodriguez, M. Kircher, J. Parra, D. Vega, and E. Camarena*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THOMAS RAY WOODSON,**<br><br>Plaintiff,<br><br>v.<br><br>**J. RODRIGUEZ, et al.,**<br><br>Defendants. | C 07-4925 CW<br><br>**PARTIES' SECOND JOINT STIPULATION EXTENDING DEADLINES IN CONDITIONAL DISMISSAL ORDER**<br><br>Judge      The Honorable Claudia Wilken<br>Action Filed:   September 21, 2007 |

On September 12, 2011, by stipulation, the parties agreed to dismiss this action under Federal Rule of Civil Procedure 41(a)(1). (Doc. 150.) The parties' stipulation further provided, "Pursuant to the Court's August 9, 2011 Order (Docket 149), if any party hereto shall certify to this Court . . . within 180 days of August 30, 2011, that the agreed consideration for this settlement has not been delivered, this Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial."

In light of an unforeseen delay in payment of the settlement, the parties stipulate to extend the deadline for reopening this case, to March 30, 2012.  If any party hereto shall certify to this

1

Jt. Stip. Ext. Deadline re: Settlement  (C 07-4925 CW)

Court, on or before March 30, 2012, that the agreed consideration for this settlement has not been delivered, the Court's order of dismissal shall be vacated, and this cause shall be restored to the calendar to be set for trial.

Dated: February 24, 2012

/s/ Joseph K. Kanada
MATTHEW I. KREEGER
DANIEL P. MUINO
JOSEPH K. KANADA
Morrison Foerster, LLP
Attorneys for Plaintiff Thomas Woodson

Dated: February 24, 2012

/s/ Jose A. Zelidon-Zepeda
Jose A. Zelidon-Zepeda, Deputy Atty. Gen.
Neah Huynh, Deputy Att. Gen.
California Attorney General's Office
Attorneys for Defendants J. Rodriguez, M. Kircher, J. Parra, D. Vega, and E. Camarena

Per the parties' stipulation, IT IS SO ORDERED.

Dated: 2/27/2012

Honorable Claudia Wilken
United States District Judge

SF2008200044
40535657.doc

2

Jt. Stip. Ext. Deadline re: Settlement  (C 07-4925 CW)